Roger Jackman
No 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO-SE

**FILED**
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for the District of Columbia

Roger Jackman, #10507-081
No 10507-081
Plaintiff     FCI - Jesup
              2680 Highway 301 South
              Jesup, GA 31599

Vs.,

Case: 1:07-cv-00691
Assigned To : Roberts, Richard W.
Assign. Date : 04/17/2007
Description: Jackman v. United States of America, et al.,

United States of America
Department of Justice - Management and Policy Makers
Bureau of Prisons - Management and Policy Makers
National Office of General Counsel - Management and Policy Makers
BOP Regional Offices - North Central, North Eastern, South Eastern - Management and Policy Makers
Wardens, Assistant Wardens, Policy Makers, Captains, Lieutenants, SHU Captains SHU Lieutenants
  SHU Prop Off. FCI RBK, Direct Unit Managers and Counselors, Supervisors of Education,
  Opticians, Dentists, Chief medical officers - At time of incarceration at:
  Weber County Correctional Facility, Iron County Correctional Facility,
    FCI Florence, FCI Allenwood, FCI Schuylkill, FCI Ray Brook, FCI Jesup, USP Lewisburg, USP Atlanta,
    Excepting: Mr Ried, Ms Cozza, Unit Manager/3A, SHU Lt - FCI ALW; Ms Bader - FCI RBK
    Mr Beverly, Mr Chipi, SHU Officers - FCI JEB
Unknown Officer - FCI FLO
Federal District Attorney - Utah 2002/2004
Federal Prosecutors Office - Ut - Director
    Prosecutor - MICHELE CHRISTIANSEN
    Prosecutor -
    Clerk -
Federal Public Defenders Office - Director 2006
    Stephen Kirkpatrick
US Marshalls Office - Utah
State of Utah
Federal Judge Winder - 10th district - Utah
Federal Judge Cassell - 10th district - Utah
Julie George Attorney
Officer Rod Layton - Weber County Sheriff
Physicians Assistant Pawanda FCI ALW
Defendants

**RECEIVED**
MAR 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1 of 13)

1.

Roger Jackson
No 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO-SE

## ADDRESS SHEET

| | |
|---|---|
| USA - United States Attorney | Washington DC |
| Department of Justice | Washington DC |
| BOP/National Office of General Counsel - Federal Bureau of Prisons - 320 First St NW | Washington DC 20534 |
| North Central Regional Office - Federal Bureau of Prisoners Gateway Complex II - 8th Fl, 400 State Ave | Kansas City KS 66101 |
| North Eastern Regional Office - US Customs House - 7th Fl, 2nd & Chestnut St, Philadelphia | PA 19106 |
| South Eastern Regional Office - 2800 Camp Creek Pkwy SW, Bld 2000 | Atlanta GA 30331 |
| Oklahoma Transfer Center | Oklahoma OK |
| USP Lewisburg Hold-Over | Lewisburg PA |
| USP Atlanta Hold-Over (FCI) | Atlanta GA |
| FCI Florence | Florence CO 81226 |
| FCI Allenwood | White Deer PA 17887 |
| FCI Schuylkill | Minersville PA 17954 |
| FCI Ray Brook | Ray Brook NY 12977 |
| FCI Jesup - 2600 Highway 301 South | Jesup GA 31599 |
| Federal District Attorney - Utah | SLC UT 84101 |
| Federal Prosecutors Office - Utah | SLC UT 84101 |
| Federal Public Defenders Office - American Towers - 46 West Broadway | SLC UT 84101 |
| US Marshalls Office - Utah | SLC UT 84101 |
| US Courthouse - 10th District - Utah - 350 South State Street | SLC UT 84104 |
| District Attorney of the State of Utah | SLC UT |
| Weber County Sheriffs Office | Ogden UT |
| Weber County Correctional Facility | Ogden UT |
| Iron County Correctional Facility | Cedar City UT |
| Julie George Attorney | SLC UT |

(2 of 13)

Roger Jackman
No. 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
Pro-Se

I) This filing is being done under the statutes:
   28 USCA §1331, 42 USCA §1983, and 5 USCA § 701

II) The following are violations of my Civil Rights, the Federal Code of Regulations, Bureau of Prison Policy Statements, and the Constitution of the United States of America; inclusive of:
   A) Article 1 Section 9 - "ex post facto" law
   B) First Ammendment - Exercize of Religion
   C) Fifth Ammendment - Life, Liberty, and Property; and Due Process
   D) Eighth Ammendment - Cruel and Unusual Punishment
   E) Ninth Ammendment - Enumeration and Disparagement of Rights
   and F) Fourteenth Ammendment - Abridgement, Equal Protection, Due Process Discrimination

III) Administrative Remedy is and has been done when and if possible

---

## COMPLAINT

1) **Let it be known:** The above defendants have and/or are participating in policy and proceedure[1] - written, implied or by assent[2] of superiors and/or policy makers; which are and/or have become a loss of protected rights, fundamental liberties, loss of due process and acts of cruel and unusual punishment; torture and discrimination[3,4]. These acts are unethical, illegal and immoral; and against any standard of decency, a violation of the office they hold, and oaths they have sworn. This practice; of which; goes against the very purpose of this institution.[5]

(3 of 13)

Roger Jackman
No. 10507-081
FCI Jesup
2680 Highway 301 South
Jesup, GA 31599
PRO-SE

## SAFETY

2) That, the defendants have knowingly and wilfully placed the plaintiff Roger Jackman, repeatedly in unsafe conditions and housing, which present an immediate threat to his physical and psychological well being. (7,8,9)

3) That, they are telling, "suggesting" and/or requireing the plaintiff to create and tell lies, fictions and stories to inmates[10] - while unsupported by the defendants - to retain and secure; on his own, his protected rights, liberty and safety.

4) But, due to existing conditions; which; in this type of facility and those like them, will not be able to house the plaintiff with any amount of safety, under "normal" operating conditions. And the transfer[11] of the plaintiff to another of its type is a violation of his rights and liberties.[12]

5) And, along with mistreatment by staff; by their action and policy; or lack there of; the defendants are allowing and/or encouraging to be caused;[2] physical, sexual and psychological harassment and abuses; rape and torture; as well as extortion and theft of personal property, loss, injury, pain, disfigurement, permanent disability and/or death. (13,14)

6) And, this treatment does instill fear, paranoia, antisocial behavior, as well as other psychosis, and contributes directly to recidivism and the endangering of the lives of the plaintiff and the lives of children, women and men, whom the defendants are sworn to "serve and protect."(15)

7) That these actions have gone unchecked for too long without thought to whom the consequences affect.

Roger Jackson
No. 10307-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO-SE

## PROTECTION

8) Up-to-now, the only "option" available to the plaintiff has been in "Special housing" units (SHUs)[16] or areas; the main purpose of which, is for punishment;[17] in which the plaintiff has been held for long periods of time, under the guise of "policy", often without due process[18]; a loss of protected constitutional rights; in which units, the plaintiff has been handcuffed and/or chained for any movement outside his cell, and unable to protect himself from danger.

9) That, he has been housed with (up to 2) non-pc inmates who represent a direct threat to his well being; and placement in the SHUs has been to seperate him from; and whom has physically, mentally and sexually abused the plaintiff,[19] whom has been left with no means to call in an emergency, and in which housing, the officers do not check on the inmates for up to 4 hours or more.

10) That, he has been denied shoes and outdoor exercise, and when he has been allowed to go outside, has been continually harassed by inmates who have been told of his charges and personal items from his BOP file,[20] and he has been forced to wear torn jumpsuits[21] to visiting; which has at times been half of that of general populations; which has caused embarrassment and humiliation.[22]

11) And, the plaintiff being placed in special housing for "safety" reasons, which has at times been denied[2,6,7]; this being the only other place he can go, has been stripped of his rights to such programs as: rehabilitation, psychological treatment, religious practice, training, hobbies and recreation.[23,24]

12) That, this treatment and denial of the above programs and others are a violation of his protected rights and fundamental liberties.[25]

Roger Jackson
No 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO-SE

## HEALTHCARE

13) Thus, in being transfered repeatedly, and being placed in special housing, the plaintiff has been denied his right to medical, dental and optical care, access to doctors, psychological treatment and rehabilitation programs, all which are available to his oppressors. (23)

14) That, this lack of needed treatment; for his knees(27) (for 4 years), eyes (his glasses(28) were broken in an assault 3 years ago and replacements continuously denied replacements) and teeth(29) (for 3 years) which were pulled and have refused a dental plate to replace them, and his hearing (for 2 years). Most of which treatment had been prescribed prior to his incarceration (22,30)

15) And, the lack of psychological(31) treatment and rehabilitation; which is not available in special housing, and the denial of his ability to obtain materials for self help; has been a loss of his rights and liberties as well.

16) So, with 4 years served, and only passive treatment, the lack of treatment has caused ongoing and unnecessary pain, headaches, tooth loss, inflammation, sore and bleeding gums, improper nutrition, physical deformity, humiliation, and severe disruption of his "normal" daily activities (22,29,33)

17) Much of this mis-treatment, has been done by negligence and/or deliberate indifference and/or without regard to future harm,(32) "policy"(28) and without consideration to need. This treatment being cruel and/or wanton.[34]

18) And, this treatment is an affront to the concepts and ideals of the health profession, and a degradation of the concept of "healthcare."

Roger Jackman
No 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 35199
PRO SE

### Due Process (38)

19) Since before his arrest, the plaintiff has suffered a complete loss of due process, equal protection, a fair trial and fair and adequate representation, denied access to all case information, given intentionally misleading information (38) from his lawyer, who did not file requested motions and only gave the plaintiff brief access to his erroneous "PSI"(35) which went uncorrected and is solely relied upon by the BOP for case information; and was coerced into a plea, uninformed, and by threats by the prosecution and others in the case of purported gang affiliation.(36)

20) He has also had to endure an officer who lied to get false testimony and sieze property illegally; and who harrassed the plaintiff and got him fired. (37)

21) He was told by BOP staff to keep no evidence of his charges (24) - which can be seen on the BOP website and shown by staff on the "Sentry" system (20) - which caused him to suffer all kinds of abuse, lack of case information, denial of law library material, denial of personal legal property, and allowed (on average) ONE (1) HOUR a (39) week in the SHU Law libraries, (40) none of which can fulfill the BOP's own requirements for a "Basic Law Library". (42)

22) Then, when filing his 2255, the Judge was given wholey inaccurate information by prosecution, he completely ignored the 86 reasons for relief (36) by the plaintiff and a letter of exoneration, then ruled before the end of the allowed time to respond, which in an attempt to reply, the plaintiff was denied access to his PSI, Central file, personal legal property and SHU Law library. (40)

23) This has created an impossible situation, total denial of access to the courts. Thus, the plaintiff has suffered a complete loss of all his Constitutional rights. (41,42,43)

Roger Jackman
No. 10507-081
FCI JESUP
2680 Highway 301 South
Jesup GA 31599
PRO-SE

## The "ADAM WALSH ACT"

24) **While** the "Walsh Act" may have been built on good intentions, it is mean spirited and vindictive. It does nothing to stop offenses or to help the offenders. They are merely a yoke to heap more abuse on those who can't protect themselves.(5)

25) By applying them to those already sentenced, it becomes a violation of the "ex post facto" article of the US Constitution. It is also a form of extreme prejudice and discrimination (like the "Jim Crow" laws) which only subject the plaintiff to more abuses(6) and loss, which are not faced by any other citizen, immigrant (legal or illegal), government official, criminal, terrorist or animal.

26) This "Act" is nothing more than a way to steal a citizens privacy, give the impression of due process; target, track and entrap,(7,15) so we can be thrown into an abusive prison system which cannot safely house those they have, nor more.

27) **In Addition**: with this Act and others like it which target only sex offenders, force them into therapy, recidivism(15) shows this doesn't work, and rejection of treatment or not, the offender gets "civilly committed". They are denied families and functions, face housing restrictions, signs, fliers, newspaper supliments; websites target the plaintiff and others, which involves innocents around them, to abuses(7,9) which are illegal, immoral and a threat to human life. This is OK?

28) All of these actions are against the United States Constitution, it is a form of terrorism and genocide.(13) These violations have made sex offences carry a "life" sentence no matter how small the infraction,(16) its requirements deny access to modern communications devices, relegate us to mostly manual labor, and create a new lower class of "Black Collar" citizen. (14)

Roger Jackman
No 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO-SE

## RELIEF SOUGHT

29) I the plaintiff, Roger Jackman, having presented these matters which are but the barest of the eminsity of this situation; am in a position of sensitivity, where retaliation from all fronts can happen swiftly and brutally, by inmates and staff; and being abused by them before; do fear for my life and safety.

30) Therefore, I do pray for declatory judgement, and beg of the court for relief by an immediate injunction, and order my removal from the penal system, and be placed on house arrest - property included - where I can safely fulfill my "debt" to society, and away from my oppressors and those whom seek to rob me of my Constitutional rights, and no longer be relegated to fear and abuse.

31) And, where I can exercize my protected rights and liberties; and be allowed access to outside medical, dental, optical, and psychological care, needed for recovery; this care to be paid for by the BOP, who denied treatment.

32) And, to my guardian, paid an annual amount (tax free) of half the amount paid to the BOP each year for my "care" and keep; paid at the start of the year beginning with date of transfer, until the end of my sentence which is approximately Feb 24 2013 - good time included - when I be released with no further requirement of any sort. (Tracking registration etc)

33) That, the "Adam Walsh Act", registration, web sites and all other requirements of sex offenders be suspended, until such actions can be proven valid and just, against the Constitution, in a court of law; and if proven valid, these requirements be made of all criminals equally.

Roger Jackson
No. 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO SE

34) Also, funding be appropriated for housing of numeric sufficiency, for the protection, care, and voluntary treatment of all sex offenders and for the study of cause and cure of sex offenses; hot lines and assistance groups to help-in confidentiality-those who are in danger of offending; and for assistance for all victims of sex offenses: perpetrator, victim, and family.

35) And, that all facilities, both public and private, which hold federal inmates, recieve complete basic law library materials for "special housing" areas as stated in BOP/CFR Policy, to be updated as required by BOP/CFR policy, and have all neccessary BOP and Federal forms available upon request.

36) Finally, I the plaintiff, do sue for award of $20,000,000 (twenty million dollars) and an additional $500,000 (five hundred thousand dollars) in penalty from each defendant. 10% to be paid on award of suit.

37) And, for any damages as the court sees fit for; pain, suffering, and loss; and for incurred expenses, court costs and lawyers fees.

38) I declare, under penalty of perjury that the forgoing is true and correct.

*Roger Jackson*

Roger Jackson
No 10507-081
PRO-SE

Roger Jackson
No. 10507-081
FCI JESUP
2680 Highway 301 South
JESUP GA 31599
PRO-SE

# CASE LAW REFERENCE

## SAFETY

1) Policy makers and oversite directors liability [Crooks Vs Nix 872 F.2d 800, 804]

★ 2) Knowledge of and failure to act is aquiescence [Brunner Vs Dunaway 684 F.2d 422 (6th 82)]

3) Safety officials are responsible for violations of Constitutional rights
[Pratt Vs Taylor 451 US 527, 101 SCt 1908, 1913 n3 (81)]

★ 4) "Any treatment to which a prisoner is subjected is a form of punishment, because its punishment above imposed sentence." [Landman Vs Royster 333 F.Supp 621, 645 (71)]

5) "Prison serves most effectively for the protection of society against crime when its' major emphasis is rehabilitation." [American Corr. Asso. Manual of Corrections Standards 10]

6) Knowledge of Vulnerability, deliberate indifference - "risk of harm"
[Taylor Vs Michigan Dept of Corrections 69 F.3d 76 (95)]

★ 7) "Every person including an incarcerated felon has the right to be free from fear of offensive bodily contact. Any person who violates either of these rights can be held liable both civilly and criminally." [Wilson Vs Seiter 475 US 312 (86)]

★ 8) "The duty owed an inmate by prison officials is the duty to exercise ordinary care for his protection and keep him safe from harm." [Wilson Vs Kelly 294 F.Supp 1005 (88)]

9) Some courts have held, personal Knowledge may be established where a series of accidents or practices prevents so wide spread... constitute a regular pattern insure the 3 is aware.
[Allen Vs City of Chicago 828 F.Supp 543 (ND ill 93)]

10) 28 CFR§ 541.13 Table 3 - Moderate "313. Lying or providing false statements..."

★ 11) It is a Constitutional interest when a transfer threatens a prisoners life and safety.
[Fitzharris Vs Wolff 702 F.2d 836 (4th 83)] [Gullantte Vs Potts 654 F.2d 1007, 1012, 1013]

12) Officials Knowledge of a problem or should Know [Hearn Vs Morris 526 F.Supp 267 DC 81]

★ 13) "The gratuitous beating or rape of a prisoner by another, serves no legitimate penalogical objective, any more than it squares with evolving standards of decency."
[Farmer Vs Brennan 511 US 825 (94)]

14) "A prison official who intentionally injures an inmate will be liable to him in tort action for damages as to be free from offensive bodily contact inflicted upon him."

Roger Jackman
No 10507-081
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
Pro-se

(H cont) [Fernelious Vs Pierce 20 cal.2d 226, 138 p.2d 12 (43)]

*15) "Punishments out of proportion to the offense, employ inhuman and archaic methods, and dictated by brutality... are demoralizing, both ~~to~~ inmates and staff. Staff punishments will substantially increase... dicipline problems... and [the inmate] will return after release." [American Criminal Standards]

## PROTECTION

*16) "... same general privileges as given to inmates in general population." 28 CFR § 541.22(d)

*17) Administrative Detention (A/D) as punishment. Diciplinary Segregation (D/S) mirrored in A/D and Protective Custody (PC) [Delany Vs Selsky 899 F.Supp 923 (NYND 95)]
— Similarity of A/D, D/S, PC [Carter Vs Garrett 905 F.Supp 99 (95)]

*18) Protected liberty intrests: due process, no A/D order, no psychological assessment "glaringly" disregards hearings. Held 514 days (I have 625, 150 + 455) [Tellier Vs Fields 230 F.3d 502 (4)]

*19) A PC inmate was put with 2 non PC — 1 violent & 1 murderer. He was beaten (and raped?)
   [Sostre Vs McGuinness 442 F.2d 178 (7) 405 US 978 (82)]

*20) Personal records cannot be shared [Powell Vs ~~Sullivan~~ 175 F.3d 107 (99)]
— And Sentencing (!) [Faison Vs Parker 823 F.Supp 1198 (93)]

*21) "... may wear normal institutional clothing..." 28 CFR § 541.21(c)(3)

*22) Humiliation suffered [Hope Vs Pelzer 536 US 730 (02)]

*23) "Positive rehabilitation is not a Constitutional right, but a penal system cannot be operated in such a manner that it impedes the ability of inmates to attempt their own rehabilitation or simply avoid physical, mental or sexal deterioration."
   [James Vs Wallace 406 F.Supp 318 (76)] [Morris Vs Travisono 499 F.Supp 149 (80)]
* " Lack of meaningful rehabilitation opportunities is one of the grounds upon which several state prison systems have been declared unconstitutional."
   [Battle Vs Anderson 376 F.Supp 402 (4)] [Miller Vs Carson 401 F.Supp 835, 900 (75)]

*24) Liberty intrests and lack of benefits [Howard Vs Smyth 365 F.2d 428]
— Denied church in A/D, D/S, PC — St Clair Vs Cuyler 634 F.2d 109 (3rd 80)

*25) PC is a substantial incremental loss of liberty [Committe on Abuse and safety in Prisons (86)]

Roger Jackman
No 10507-051
FCI Jesup
2680 Highway 301 South
Jesup GA 31599
PRO-SE

# HEALTH CARE

26) 28 CFR § 541.12(4)... "Right to health care"... "seek medical and dental as you might need it."

27) Knee problems ignored, forced to walk in pain [Castillano Vs Chicago PD 129 F.Supp.2d 1847]

28) 28 CFR § 541.24 26(x5) "Staff shall provide... eyeglasses... as needed."
  - Inmates entitled to glasses without delay [Mitchell Vs Maynard 80 F.3d 1433 (10th C)]
  - Deprivation-needed glasses, they knew his condition [Koehl Vs Dalsheim 85 F.3d 86 (96)]

29) Prison officials del. indif. refused dentures [Wynn Vs Southward 251 F.3d 588 (A7)]

30) Deliberate Indifference to serious medical needs constitutes cruel and unusual pun.
  [Estelle Vs Gamble 50 L.ED.2d 251]

31) Lack of psychiatric care is illegal [Griffen Vs Smith 943 F.Supp 269]

32) Future Risk [Helling Vs McKinney 509 US 25 (93) ≠ Fitzke Vs Shapell 468 F.2d 1072 (77)]

33) The effects of medical issues on daily life [McGucklin Vs Smith 974 F.2d 1050 (92)]

34) Conditions when left untreated cause needless pain [Gutierrez Vs Peters 111 F.3d 1364 (97)]

# DUE PROCESS

35) The court cannot adopt a PSI when facts are in dispute [US Vs Stapleton 268 F.3d 597 (A7)]

36) Threats, Intimidation [US Vs Sheer 168 F.3d 455 (95) ≠ US Vs O'connor 57 US 1174 (A4)]

37) Officer lied to get statements [US Vs Orso 234 F.3d 436; 9th Cir 537 US 828]

38) "Regulations and practices that unjustifiably obstruct the availability of professional representation or other aspects of the right of access to the courts are invalid."
  [Procunier Vs Martinez 416 US 396, 412-422 ≠ ex parte Hull 312 US 546, 85 L.ed.2d 1034]

39) 1 full day of use per inmate (8hrs) every 3 weeks [Cagle Vs Ullberry 507 F.2d 721 (74)]

40) Non Access to a law library places an impossible burden on the inmate with no legal assistance. Is a complete loss of basic Constitutional Rights [Bounds Vs Smith 430 US 87 (77)]

41) "Cannot encompass... failure... to note... valid... claim" [Procunier Vs Martinez 446 US 396, 421-422]

42) Basic Law Library 28 CFR § 543.10 (6)(G) & Appendix C

43) Domestic terrorism: 18 USCA § 2321 (5); Genocide 18 USCA § 1091(a)

44) "Treatment of crime and criminals is one of the most unfailing tests of civilization of any country." [Winster Churchill - House of Commons 1910]

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
ROGER JACKMAN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **99986**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 10507-081

## DEFENDANTS
USA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00691
Assigned To : Roberts, Richard W.
Assign. Date : 04/17/2007
Description: Jackman v. United States of America, et al.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (If not administrative agency review or Privacy Act

— 0 —

|  G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (If not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (If Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 1983 Civil Rights Violation

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $    Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE    SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



\forms\js-44.wpd