**FILED**

APR 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROGER JACKMAN,                )
                              )
         Plaintiff,           )
                              )
   v.                         )   Case: 1:07-cv-00691
                              )   Assigned To : Roberts, Richard W.
                              )   Assign. Date : 04/17/2007
UNITED STATES OF AMERICA, et al., )   Description: Jackman v. United States of America, et al.,
                              )
         Defendants.          )

## ORDER

This matter is before the Court on consideration of plaintiff's *pro se* complaint. Among other defendants, plaintiff sues two federal judges and two federal prosecutors. These defendants enjoy absolute immunity from liability for damages for acts committed within their judicial jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v. White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872). Clerks of the court, like judges, are immune from damage suits for performance of tasks that are an integral part of the judicial process. *See Sindram v. Suda*, 986 F.2d 1459 (D.C. Cir. 1993). Finally, prosecutors generally are immune from suit when they act within the scope of their duties in pursuing a criminal prosecution. *See Imbler v. Pachtman*, 424 U.S. 409 (1976). As against these defendants, the complaint fails to state a claim on which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1). Accordingly, it is hereby

ORDERED that defendants "Federal District Attorney - Utah," Federal Prosecutors Office, Prosecutor Michelle Christiansen, the "Clerk," "Federal Judge Winder" and "Federal Judge Cassell" are DISMISSED as party defendants.

Date: 4/6/07

United States District Judge