No 10507-081
FCI Jesup
2680 Harris Rd
Jesup GA 31599
Pro-Se

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Roger Jackman No 10507-081 Plaintiff<br><br>vs<br><br>United States of America et al | Civil Action 1:07-CV-00691<br><br>Judge Roberts<br><br>Reply to Order |

## REPLY

May it please your Honor to allow me to rebutt and request some of the defendants be replaced on the civil matter before the court.

First, a clarification. The "clerk" in mention was not a clerk of the court. I can't imagine what one would to be sued. The "clerk" is the one whom drafted the reply at the prosecutors office. I would have supplied a name but the folder with the documents in question is one of the so far 12 envelopes I sent out which has "dissapeared" while I was at FCI RayBrook.

The "clerk" I believe was responsible for the completely wrong information on the brief to the Judge Cassell which the prosecutor approved to be sent whereby request for relief was denied.

I can understand, but I do not agree with nor accept, the exclusion of Judge Cassell and Judge Winder.

Judge Cassell merely denied relief based on faulty information ruled before allowed response time on 84 reasons for relief with over 100 case law references for relief including:

- "Appeal waiver cannot bar an ineffective assistance of counsel claim."
    [ US vs Baramdyka 95 F.3d 840: 520 US 1132 (97) ]
- "Misinformation made plea invalid"
    [ US vs Brown 117 F.3d 471

(1)

and - Appeal Waiver not discussed
    [ US Vs Agee  83 F.3d 882 (9th 96) ]

And Judge Winder showed bias, modified a binding plea, engaged in negotiations, and adopted a disputed PSI.

- Government Prejudiced to defendant.
  [ US Vs Jones  160 F.3d 473 ]
- Cannot modify a binding plea
  [ US Vs Reyes  313 F.3d 1152 ]
- Cannot participate in negotiations
  [ US Vs Markin  263 F.3d 491 ]

and - Court cannot adopt a PSI when facts are in dispute
    [ US Vs Stapelton  268 F.3d 597 (8th 91) ]

These also included in 84 reasons for relief.
Please your Honor forgive me for stating it is easy to see why so many innocents are in prison. The arbitrary actions of the judges and the out of hand dismissal of all my reasons for requesting relief, thus requireing me to find and present New reasons to obtain a second and successive 2255.

With no liability for actions a judge can do anything much like deciding if you want to destroy an ant hill and kill the ants or not. The prospect to me is scarey.

Likewise, Sir, your Honor, The fact prosecution can freely flaunt the law it's supposed to uphold and able to go home with the knowledge the lies told and the actions taken to destroy lives is quite disheartening

To know Prosecutor Michelle Christensen can legally threaten me and promise to turn my nephews and two boys who have already suffered enough as well as my family to an unrelenting media to tear apart and destroy their lives with no responsibility for her actions or what she says is quite disheartening in the face of justice. I cant ruin their lives (the boys) but she can. I cant

(2)

threaten her being illegal for me but legal for her.
- Threats
  [ US vs O'Connor 44 F.3d 389 (2nd 97) ]
- Intimidation
  [ US vs Sheer 168 F.3d 445 ]

I must be responsible but she doesn't have too. A sad day indeed.

I am hoping the other prosecutor who allowed the make believe work of the clerk or of his own devising which was presented to the judge and my claim denied wasn't released from his responsibility to supervise or be accountable for the shoddy work.

The Federal district attorney for Utah and Federal Prosecutors offices should (in my opinion) be responsible for the actions of their subordinates for denial of my constitututional rights as is listed in:
  [ McClelland vs Factean 410 F.2d 643 (10th 71) ]

( ) I never realize threats, intimidation and lies; as I am sure hardly anyone else is aware; are in the "scope of their duties in pursuing a criminal prosecution."

Again, I ask forgiveness of the court. I do not intend to mock or belittle the court, only am suprised and must express my outrage at the rights conferred upon people which allows them to be illegal, devious, mean and ruin peoples lives, while I stand on trial for the same type actions.

I submit to the will of the court.

*Roger Jackson*

10507-081