To Nancy Mayer-Whittingham
as per 1:07-CV-00691 RWR

Ma'am,

Just an update on my current address as I am no longer at the Atlanta USP anymore. I am now in Oklahoma at the transfer center.

Roger Jackman 10507-081
Federal Transfer Center
P.O. Box 898801
Oklahoma City OK 73185

I have no clue how long for. I am guessing any mail here will be forwarded, but that is just a guess as my other mail was not

RECEIVED
JUN 4 – 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

forwarded to here.

Oh! My mother sent a photo copy of the ~~other~~ original TRO which she wasn't supposed to have so the ~~cop~~ illegible copy is not the new one but an older version of what I sent originally from Atlanta. Yes, I am as confused as you on this.

thank you

Roger Tackman

Received
Mail Room
JUN 4 – 2007
Nancy Mayer ... ington, Clerk
U.S. District Court, District of Columbia