UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-691 (RWR) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff, a federal inmate, has been granted leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED the Clerk of the District Court issue summonses for the defendants in order for the United States Marshals Service to effect service of the complaint.

_____/s_____
RICHARD W. ROBERTS
United States District Judge

DATE: August 6, 2007