UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Roger Jackman, No. 10507-081, )
)
    Plantiff, )
)
vs. )    Civil Action Number: 1:07cv00691
)
USA, et al., )
)    RWR
    Defendants. )
)
)    RECEIVED

AUG 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADDENDUM TO MOTION FOR PRELIMINARY INJUNCTION
AND ORDER TO SHOW CAUSE.

    This addendum is to update and support and clarify the Preliminary Injunction and Order to Show Cause"; and an addition of evidence.

    As is shown in enclosed evidence, the service of the plaintiffs needs can be met quickly, locally and inexpensively.

    New evidence is presented to show the Plaintiffs need as his request for an eye exam has been met, evidenced by exhibits.

    It is still required to wai two months to recieve the needed glasses from the BOP. The Plaintiff is attempting to get a pair from an outside source. As the Plaintiff has a severly limited income the time to recieve the money for payment of outside optical facilities will be approximately the same.(especially with paying of court costs.)

    The Plaintiff is, however, trying everything in his power to secure corrective lenses.

    On July 25th, during the times of 8:30 - 9:15 am, the Plaintiff had an eye exam. Exhibit FA is the result. The Plaintiff has been trying for 3½ years for a 45 minute appointment in which two other inmates were being checked by the same doctor as well.

Enclosed aswell Exhibit FB-1,2,3; are proofs of services available to general public access, at any time the business is open. "Walk-ins welcome" and "within an hour". The tests completed and glasses delivered to the public (within two hours of "walking-in" and either one pair or two for less that $100.00.

The Plaintiff <u>does</u> have an astigmatism, uses bifocals and <u>is</u> light sensitive. But the basic need <u>can</u> be met in a time period of less than a week...for the general public...

The BOP <u>could</u> take the other inmates for immediate testing and service (glasses included) for a small amount and in a short time.

The Plaintiff has spoken with FCI Fort Worth Dental Dept. and with Warden Tamez ; who both claim that for the Plaintiff to recieve a denture plate will take approx. two years.

The Warden has expressed to the Plaintiff she is attempting to hire additional help (one person) and that the time for recieving a denture plate <u>should</u> be less (amount unspecified). It is now understood the person is an inmate from FCI/USP Atlanta. However the TWO inmates here at FCI Fort Worth (no longer a medical facility) who currently make the dentures are <u>both</u> slated to leave prison within the next year. Thus, only <u>one</u> inmate producing denture plates etc..

Further attempts at administrative remedy would be useless as when you don't have the people, you can't offer the service...period. Information shared with the Plaintiff by those who have been residents of Fort Worth, have shared with the Plaintiff, that by going to the educational facility of Baylor University, here in Fort Worth has a dental program, and as explained to the Plaintiff, on going to Baylor, the service is <u>FREE</u>. Dentures delivered in a about a month not two <u>years</u>.

C.  Also, the Plaintiff has finally received an MRI for his affected knee. Yet after three weeks, no results have been shared, shown or explained. The pain <u>has</u> grown worse and the plaintiff is required to climb stairs to get to his housing unit...but he <u>does</u> have a bottom bunk pass. Plaintiff has requested the results of the MRI but has yet seen nothing, and received no response.

D.  Exhibit FC is a statement of the Plaintiffs treatment while at FCI Jesup and his sufferance of three months of solitary and semi sensorary deprivation confinement. This letter has been sent to His Honor three times and returned. Pleadings to his honor keep being defered.

E.  Enclosed also (Exhibit FD) an article of which His Honor <u>must</u> read to understand the <u>extreme</u> importance of the need for immediate action on this suit and denial of any delays before these and other sex offenders go mising and cause further harm or death to children and others.

A brief can be drawn for His Honor with the immediate answer to help prevent other sex offenders from going missing and those gone. The Plaintiff would like to and would invite the Defendants to draw up a brief or proposal to present a temporary/long-term solution to the reversal of this issue.

Please understand, delay of each day harms over 200 children and we lose over 15 registered sex offenders. People who need and <u>want</u> help.

F.  Please review the statistics I have presented and the graphs previously sent, which show the punishments <u>way</u> over exceed the crimes and that are <u>so</u> many other crimes which by numbers are more needing of such attentions (not saying that sex offenses <u>don't</u> need attention.)

G. Finally, I am preparing some ten ± statements by sex offenders here at FCI Fort Worth, about their treatment here and in other facilities which show the necessity of separate facilities.

*Roger Jackman*

Roger Jackman, No.10507-081
Pro-Se
FCI Fort Worth
P.O.Box 15330
Fort Worth, TX 76119

EXHIBIT FC

4/17/07

Ms Meyer-Whittingham.

The rules of the court state I cannot write the judge so I must appeal to you. I have nowhere else to turn.

The judge needs to know to order my central file, PSI, and medical records from BOP before someone tries to change them. I have seen them try with others before.

He also needs to order my plea bargain as my copy seems to have disappeared as well as other evidence and legal mail to you.

Also he needs to order my medical file from Dr P. Murray in Bountiful/Woods Cross Utah for his diagnosis

I have included a motion for relief by immediate injunction, this of course if my suit previously made it and has been processed into the system.

I have been in solitary confinement with a partial sensory deprivation as I cannot get any news nor do I have anyone to speak with for 3 months now.

I was denied access to the SHU Law Library for 6 weeks and it has taken 2 months to get case law from Education/Law Library.

They have stopped my sleeping medication and won't restart it nor will they answer my requests for an answer and I have yet to be put on the lists for glasses, dental and to see a doctor about my knees.

It has taken 5 weeks to purchase a radio and now I can't get batteries.

I have over 300 pages of evidence to send the judge as proof of my claims and cannot get legal copies therefore I dare not send it as much of my other legal mail, save to you, has disappeared.

Now, according to the Human Rights Convention Article 3, Hutto vs Finney 437 US 678 (78) and Rhodes vs Chapman 425 US 33 (81); 30 days is the maximum time one can be held in solitary isolation and sensory deprivation. I cannot get psychological services in here and I am starting to mentally slip.

Don't I have any rights? I'm supposed too. I <u>need</u> relief please!

I have heard nothing and recieved no papers like other have from you. I have no place else to turn. No where else to go. Lt Tisner is doing what he can but his hands are tied.

I have a motion for direct judgement here with all this evidence and more evidence can be gotten but not by me in here. As I said before I <u>can't</u> get a copy of this and dare not send it out.

<u>Please</u> let his/her Honor know as soon as possible. I begged <u>before</u> and I am pleading now.

Have <u>Mercy</u> and give me some <u>Relief</u>!

Roger Jackman  No 10507-081
FCP Jesup
2680 Highway 301 South
Jesup GA 31599

P.S. Please Your Honor! This article is what part of this suit is for. I have the answer and I <u>can</u> get these people back. If they are willing to <u>settle</u> and quickly I can help the offenders and the children. Please, before anymore get lost and hurt. The offenders <u>or</u> the children.

100,000+ Registered Sex offenders are missing I can get most back <u>if</u> someone listens!

R

*Something needs to be done and I know how to do it.*



**EXHIBIT D**

By John Zarrella and Patrick Oppmann CNN

**MIAMI, Florida** (CNN) -- The sparkling blue waters off Miami's Julia Tuttle Causeway look as if they were taken from a postcard. But the causeway's only inhabitants see little paradise in their surroundings. Five men -- all registered sex offenders convicted of abusing children -- live along the causeway because there is a housing shortage for Miami's least welcome residents. "I got nowhere I can go!" says sex offender Rene Matamoros, who lives with his dog on the shore where Biscayne Bay meets the causeway. The Florida Department of Corrections says there are fewer and fewer places in Miami-Dade County where sex offenders can live because the county has some of the strongest restrictions against this kind of criminal in the country. Florida's solution: house the convicted felons under a bridge that forms one part of the causeway. The Julia Tuttle Causeway, which links Miami to Miami Beach, offers no running water, no electricity and little protection from nasty weather. It's not an ideal solution, Department of Corrections Officials told CNN, but at least the state knows where the sex offenders are. Nearly every day a state probation officer makes a predawn visit to the causeway. Those visits are part of the terms of the offenders' probation which mandates that they occupy a residence from 10 p.m. to 6 a.m. But what if a sex offender can't find a place to live? That is increasingly the case, say state officials, after several Florida cities enacted laws that prohibit convicted sexual offenders from living within 2,500 feet of schools, parks and other places where children might gather. Bruce Grant of the Florida Department of Corrections said the laws have not only kept sex offenders away from children but forced several to live on the street. "Because of those restrictions, because there are many places that children congregate, because of 2,500 feet, that's almost half a mile, that's a pretty long way when you are talking about an urban area like Miami, so it isn't surprising that we say we are trying but we don't have a place for these people to live in," Grant said. For several of the offenders, the causeway is their second experience at homelessness. Some of them lived for months in a lot near downtown Miami until officials learned that the lot bordered a center for sexually abused children. Trudy Novicki, executive director of Kristi House, said the offenders' presence put the center's children at risk. "It was very troublesome to learn that across the street there are people who are sex offenders that could be a danger to our children," she said.

## Keeping the rats off

With nowhere to put these men, the Department of Corrections moved them under the Julia Tuttle Causeway. With the roar of cars passing overhead, convicted sex offender Kevin Morales sleeps in a chair to keep the rats off him. "The rodents come up next to you, you could be sleeping the whole night and they could be nibbling on you," he said. Morales has been homeless and living under the causeway for about three weeks. He works, has a car and had a rented apartment but was forced to move after the Department of Corrections said a swimming pool in his building put him too close to children. The convicted felons may not be locked up anymore, but they say it's not much of an improvement. "Jail is anytime much better than this, than the life than I'm

living here now," Morales said. "[In jail] I can sleep better. I get fed three times a day. I can shower anytime that I want to."

Morales said that harsher laws and living conditions for sex offenders may have unintended consequences.

"The tougher they're making these laws unfortunately it's scaring offenders and they're saying, 'You know what, the best thing for me to do is run,'" Morales said.

A Miami Herald investigation two years ago found that 1,800 sex offenders in Florida were unaccounted for after violating probation.

Florida's system for monitoring them needs to be fixed, says state Senator Dave Aronberg, who proposed a bill to increase electronic monitoring and create a uniform statewide limit that would keep them 1,500 feet away from places where children go.

'We need to know where these people are at all times," Aronberg said after CNN invited him to tour the bridge where the sex offenders live. "We need residency restrictions, but just don't have this hodgepodge of every city having something different."

State officials say unless the law changes their hands are tied, and for now the sex offenders will stay where they are: under a bridge in the bay.

*Hi*
*CNN is for everything I am against but if you want to write them it seems it would be a good thing*
*Physical address*
*CNN News*
*One CNN Center*
*Atlanta Ga*
*303 48-536 6*



24J THE WICHITA EAGLE Sunday, June 3, 2007

# EyeMasters®
## Why pay more?

### Our Best Offers!

**2 Pair of Glasses $99**

- Easy to Upgrade at Low Prices
- Our Best Value for Kids & Adults!

Includes adult frames priced up to $69.95 with single-vision, plastic lenses, and kids' frames priced up to $69.95, with clear, single-vision, impact resistant lenses. Lens treatments and specialty/multifocal lenses are additional. Offer may not be combined with insurance benefits, coupons or any other offer.

**2 FOR YOU**

Or the second pair can be for a friend or family member with the same or different prescription. Some restrictions apply. See store for details.

You can choose a pair of prescription SUNGLASSES for your FREE second pair!

Buy one complete pair of glasses (frame and lenses) and get a second pair free. The free second pair includes a frame of equal or lesser value and includes single-vision, bifocal or trifocal lenses, in plastic or polycarbonate materials. Free second pair also includes optional tint and UV protection. Lens treatments and specialty lenses, including progressives, Transitions, Varilux and drill mount processing are additional. Offer may not be combined with insurance benefits, coupons, discounts or any other offers. Valid prescriptions required.

**Buy One Get One Pair of Glasses FREE!**

With the purchase of any prescription lenses at our Everyday Low Price! Offer not valid in combination with insurance benefits.

**All Frames are only**



Sunday, June 3, 2007 THE WICHITA EAGLE **23J**

# JUMBLE

### THAT SCRAMBLED WORD GAME
by Henri Arnold and Mike Argirion

Unscramble these six Jumbles, one letter to each square, to form six ordinary words.



**ERRTAY**



**KITSCY**

**DAHBEE**

**TOPATE**

**DAIMWY**

**HEYBER**



Now arrange the circled letters to form the surprise answer, as suggested by the above cartoon.

PRINT YOUR ANSWER IN THE CIRCLES BELOW

◯◯◯◯ ' ◯◯◯◯ " ◯◯◯◯◯

©2007 Tribune Media Services, Inc. All Rights Reserved.



PUZZLE ANSWERS ON PAGE 2J

A must-read for book lovers. **BOOKS** Every Sunday



---

# PREMIER CROSSWORD / By Frank A. Longo

## POP STARS

**ACROSS**
1 Island in the Gulf of Guinea
8 Had a vision
15 1996 presidential hopeful Alexander
20 Herald, as a new year
21 Endured longer than
22 Gladden
23 Treating
25 Schoolroom spinner
26 Zsa Zsa's sister
27 Victor Hugo's "— Miserables"
28 Twin of Jacob
30 Historic periods
31 Tending to one's own needs
36 Certain fairy of folklore
39 Wading bird
40 Leaves port
42 Price place
43 Cyclist's water holder
46 Rules
51 Inning's six
52 Ice skater Hughes
53 Removed the middle of
55 Film director Ephron
56 NFL coach Mike
58 Polar explorer Richard
60 Chop off
61 Lubed
62 Contracted involuntarily
65 1606-16 chief justice of the Court of Common Pleas
68 Uninspired
70 Chaney of old films
71 They lay nits
72 What an idealist may be shocked with
78 Dirty, run-down digs
83 Soap brand
84 Have a go at
85 Soap brand
87 Colander
88 Posh party
89 Eternities
91 Off-white
94 Narrow valley
95 Defames
97 Young puppy love
100 Titanic's call
101 Financial resources
102 Protestant work —
103 Depicting ordinary people's everyday events
108 Opposed
111 Needy
112 Rhyme user
113 Psych 101 topic
115 Year, on the Yucatan
116 Bandleader Shaw
118 Theme of this puzzle
125 Cranky folks
126 They nap noisily
127 Bride-to-be
128 Consenting replies
129 Most creepy
130 Large eels

**DOWN**
1 Apartment VIPs, for short
2 "— said all along …"
3 1976 Broadway revival that ran for 13 years
4 William Shatner's "—War"
5 "Either she goes — go!"
6 Opposite of max.
7 H.S. subject
8 Inside info
9 Boring routines
10 Archaic verb ending
11 Astonish
12 Cantatas' kin
13 Clear away
14 Exclude
15 Shin locale
16 Like penicillin, to some
17 Native New Zealander
18 Ready to try for a homer
19 Singer Della
24 Suffix with glob or duct
29 "Como esta —?"
32 Does a pat-down on
33 Coupe, e.g.
34 Aardvarks eat them
35 Country's McEntire
36 Humorist Shriner
37 Baldwin of "Beetlejuice"
38 Lobby org.
40 Remains
41 "I Still Get —" (1930 hit)
43 Lays a lawn on
44 Witty bit
45 Eye, in verse
46 Skulk about
47 Fix up
48 Royal sport
49 Taxing trip
50 One-named Nigerian singer
54 Antiquated
57 Perth —, New Jersey
59 R2-D2, e.g.
61 Playwright Clifford
63 Fairy kin
64 Flitting one
66 Roped in
67 TV producer
69 Deli subs
72 Springy dances
73 Track shape
74 "Whatever — Wants"
75 Write out in another language
76 Author Rand
77 Fish stories
79 River through Iraq
80 Averseness
81 St. intersectors
82 Phnom —, Cambodia
86 Open field
89 Fable author
90 Double — Oreos
92 Tommie of the 93-Down
93 New York team
96 Female rat
98 Missouri-to-Maine dir.
99 Greek letter
101 Appropriate to
103 In la-la land (Var.)
104 Actor Peter
105 Tiny bits
106 Bob of "All That Jazz"
107 Director Sergio
108 L. — Hubbard
109 Bitter — (diehard)
110 Prescription quantities
113 Has it wrong
114 Central idea
117 Twisted letter
119 Prefix with state
120 Ruby or Sandra
121 Alternative to Popeyes
122 Life story, briefly
123 Sprinted
124 "The Ice Storm" director Lee

**The Wichita Eagle**
Now you know.  www.kansas.com

## Saturday Latenight

**12:00 a.m.** ⑤ KSCW American Latino TV 'PG' (CC)
⑫ (12:05) Messiah Baptist Church
㉚ TNT Deep Impact ★
㊱ MTV Real World — Road Rules Challenge
㊳ LIFE Strong Medicine
㊴ HGTV Color Splash
㊵ FOOD Challenge
㊷ DISC/WSU Deadliest Catch
㊸ TLC Backyard Nation
㊼ BET Comicview
㊽ CMDY Money Talks ★
㊾ E! Saturday Night Live Remembers Chris Farley
㊿ TOON Ghost in the Shell: Stand Alone Complex 2nd Gig
㊾ COURT Body of Evidence: From the Case Files of Dayle Hinman
㊺ CMT (12:15) Bandits vs. Smokies
㊸ ANPL Wild Kingdom
㊺ TRAV 5 Takes Latin America
㊿ SCIFI Ice Spiders

**12:30 a.m.** ④ (31) 24
⑤ KSAS South Park
⑤ KSCW LatiNation 'PG' (CC)
⑧ Jerry Baker Gardening
⑩ (:35) Da Vinci's Inquest
⑫ (:35) Without a Trace
⑨ WGN Outside Providence ★★
㉙ TBS (:35) Richie Rich ★★
㊱ MTV Real World — Road Rules Challenge
㊴ HGTV Divine Design
㊹ TNN Mad Max Beyond Thunderdome ★★★
㊽ AMC Enter the Dragon ★★★
㊾ COURT Body of Evidence: From the Case Files of Dayle Hinman
㊻ TCM Return to Paradise ★★
ENC Bats ★
⑮ HBO (:50) Thinking XXX
⑯ CINE (:45) Poseidon ★★

**1:00 a.m.** ⑤ KSCW Outer Limits
㉔ MSNBC A Shot in the Dark
㉟ VH1 Celebrity Fit Club
㊱ MTV Parental Control
㊵ FOOD Iron Chef America
㊶ A&E Star Wars: Empire of Dreams

㊷ DISC/WSU Deadliest Catch
㊸ TLC Little People, Big World
㊾ E! The Soup
㊶ BRAVO Kathy Griffin: My Life on the D-List
㊽ COURT Body of Evidence: From the Case Files of Dayle Hinman
㊷ ANPL Rogue Nature
㊻ TRAV 1,000 Places to See Before You Die
⑭ SHOW The King ★★

**1:30 a.m.** ⑩ (:35) One on One
㊱ MTV Parental Control
㊾ E! Sunset Tan
㊽ COURT Body of Evidence: From the Case Files of Dayle Hinman
㊻ CMT Wide Open Country
⑮ HBO (:35) A History of Violence ★★★

**2:00 a.m.** ⑧ Nature
⑩ (:05) One on One
⑫ (:05) News (CC)
㉔ MSNBC Nightmare Behind Closed Doors
㉘ USA John Grisham's The Rainmaker ★★★
㊱ MTV Parental Control
㊺ DISN The Proud Family
㊽ CMDY South Park
㊾ E! Katie & Peter
㊶ BRAVO Kathy Griffin: Everybody Can Suck It
㊽ COURT Hollywood Heat
㊽ TCM (:15) The Cat's Paw ★★
㊷ ANPL World's Ugliest Dog Competition
㊻ HIST History of Sex
㊿ SCIFI Spiders ★
ENC (:05) Memoirs of a Geisha ★★★
⑯ CINE (:20) Return of the Living Dead Part II ★

**2:30 a.m.** ⑩ (:35) News (CC)
⑨ WGN An American Werewolf in Paris ★
㉚ TNT The Pelican Brief ★★★
㊱ MTV Parental Control
㊴ HGTV Designers' Challenge
㊽ AMC Glory ★★★★ Col. Shaw trains leads an all-black Civil War regiment.
㊽ CMDY Mad TV
㊾ E! Katie & Peter
㊸ TOON Blood Plus
㊽ COURT Hollywood Heat
⑭ SHOW (:45) Kama Sutra

---

Average time of solution: 62 minutes.

**PUZZLE ANSWERS ON PAGE 2J**

#1,310

EXHIBIT FB - 2

# SPRING Clearance Sale!

## BUY 1 GET 2 FREE!

PLUS...a $45 eye exam credit towards the purchase of glasses!*

*Prices include all dispensing fees and apply to all lens prescription powers. A valid prescription is required to dispense corrective lenses. Applies to single vision, bifocals, trifocals, and even no-line bifocals/progressive clear plastic lenses. Extra charge for all lens upgrades on either pair. Outside prescriptions

CELEBRATE THE SAVINGS!

# EYEGLASS WORLD™

www.eyeglassworld.com

**Wichita**
8113 E. Kellogg #500
Store Hours: Mon-Sat (9-7) Sun (10-5)
**316-685-6861**

- Lower prices on name brand frames (Gucci, Calvin Klein, Donna Karan, Nike, and more)
- Great selection of over 2,000 frames
- Top brands of contact lenses (Acuvue®, CIBA Vision)
- Walk-ins welcome;* most insurance accepted
- Glasses ready in about an hour

CODE 022

---

**2 Complete Pairs of Glasses ONLY $39**  Save $209

**2 Complete Pairs of Bifocals ONLY $79**  Save $199

Includes frames only. Applies to the following brands of frames $179 or less: ALEC, FIRENZE, MARC ANDREA, MASSIMO AND MACARIUS. Exam fees not included. Outside prescriptions welcome. Not valid with any other offer. Offer valid for limited time.

CODE 024

# SPRING Clearance Sale!

*The savings are blooming at Eyeglass World!*

## BUY 1 PLUS... a $45 eye exam credit towards the purchase of glasses!*

## GET 2 FREE!

*Prices include all dispensing fees and apply to all lens prescription powers. A valid prescription is required to dispense corrective lenses. Applies to single vision, bifocals, trifocals, and even no-line bifocals/progressive clear plastic lenses. Extra charge for all lens upgrades on either pair. Outside prescriptions welcome. Eye exam credit cannot exceed $45. Not valid with any other offer.

CODE 022

# EYEGLASS WORLD™

www.eyeglassworld.com

CELEBRATE THE SAVINGS!

**Wichita**
8113 E. Kellogg #500
Store Hours: Mon-Sat (9-7) Sun (10-5)
**316-685-6861**

---

**2 Complete Pairs of Glasses**
ONLY **$39**
Save **$209**

**2 Complete Pairs of Bifocals**
ONLY **$79**
Save **$199**

Includes frames only. Applies to the following brands of frames $179 or less: ALEC, FIRENZE, MARC ANDREA, MASSIMO AND MACARIUS. Exam fees not included. Outside prescriptions welcome. Not valid with any other offer. Offer valid for limited time.

CODE 024

---

**ACUVUE®2**
BRAND CONTACT LENSES

**$12.95 PER BOX**

*50% off all glasses with purchase. Present this ad on initial visit. Extra charge for conventional wear, torics, bifocals, new fittings, and any upgraded lenses. Exam and professional fees not included. Requirements: 8 box purchase with $30 mail in rebate. Offer valid for limited time only. See store for details. ACUVUE 2® is a registered trademark of Johnson & Johnson Vision Care, Inc. ©Johnson & Johnson Vision Care, Inc. 2005

CODE 025