3

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:

State of Utah
State Capitol Complex
East Bldg. #220
Salt Lake City, Utah 84114

Civil Action, File Number ~~CA-06-691~~ 07 RWR

Roger Jackman

V.

United States of America, et al

The enclosed summons and complaint ... d pursuant to the Federal Rules of Civil Procedure.

... part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... pose. Keep copy 3 for your records.

... OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... other entity, you must indicate under your signature your relationship to that entity. If ... authorized to receive process, you must indicate under your signature your authority.

... 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

... f this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the

... Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

... OF RECEIPT OF SUMMONS AND COMPLAINT

... ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Utah

BB

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes

If YES, enter delivery address below: ☐ No

RECEIVED
AUG 13 2007
STATE MAIL

3. Service Type

☐ Certified Mail ☐ Express Mail

☐ Registered ☐ Return Receipt for Merchandise

☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0000 2032 8802

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

8-9-07 06-691

Copy 4 - USMS District Suspense

Form USM-299 (Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
**Iron County Correctional Facility**
**2136 N. Main**
**Cedar City, UT 84720**

Civil Action, File Number **07-691 RWR**

**Roger Jackson**

V.

**USA, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...urpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...r other entity, you must indicate under your signature your relationship to that entity. If ... authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the ...

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was ...

Signature (USMS Official)

...OF RECEIPT OF SUMMONS AND COMPLAINT

...d a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Iron County Correctional Facility
2136 N. Main
Cedar City, UT 84720

2. Article Number (Transfer from service label) 7003 2260 0000 4984 7130

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature X H. Nelson ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 8-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

07-691 RWR 8-9-07

8-9-07

RECEIVED AUG