**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
Federal Public Defenders Office
American Towers
46 West Brdwy.
Salt Lake, City    UT  84101

Civil Action, File Number **07-691 RWR**

**Roger Jackman**
V.
**USA, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ [purpose]. Keep copy 3 for your records.

[ACK]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [or] other entity, you must indicate under your signature your relationship to that entity. If [you are] authorized to receive process, you must indicate under your signature your authority.

[If you do not return copies 1 an]d 2 of this form to the sender within ___ days, you (or the party on whose behalf you [are being served]) [may be required to pay any expenses] incurred in serving a summons and complaint in any other manner permitted by law.

[If you do complete and return copies 1 and 2] of this form, you (or the party on whose behalf you are being served) must answer the [complaint within ___ days of the date those copie]s were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[I declare, under penalty of perjury, that this] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed on this date.]

_____
Signature (USMS Official)

## [ACKNOWLEDGMEN]T OF RECEIPT OF SUMMONS AND COMPLAINT

[I declare, under penalty of perjury, that I rece]ived a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Fed'l. Public Defenders Office
American Towers
46 West Brdwy.
Salt Lake City, UT 84101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 7178

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Stephen Kirkpatric
Federal Public Defenders Office
46 West Broadway
Salt Lake City, Utah 94101

Civil Action, File Number __CA-07-691 RWR__

__Roger Jackman__

V.

__United States of America, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[return] part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [pur]pose. Keep copy 3 for your records.

[ACK]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [o]r other entity, you must indicate under your signature your relationship to that entity. If [ar]e authorized to receive process, you must indicate under your signature your authority.

[an]d 2 of this form to the sender within ___ days, you (or the party on whose behalf you [are] incurred in serving a summons and complaint in any other manner permitted by law.

[of] this form, you (or the party on whose behalf you are being served) must answer the [complaint]s were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

[RECEIPT] OF RECEIPT OF SUMMONS AND COMPLAINT

[recei]ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Stephen Kirkpatrick
46 W Broadway #110
SLC UT 84101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 2032 8819

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Copy 4 - USMS District Suspense

Form USM-299 (Rev. 6/95)

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
USP-Atlanta
601 McDonough Blvd., SE
Atlanta, Georgia 30315

Civil Action, File Number __CA-07-691-RWR__

__Roger Jackson__
V.
__United States of America, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [un]other entity, you must indicate under your signature your relationship to that entity. If [not] authorized to receive process, you must indicate under your signature your authority.

[copy] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [are being served] incurred in serving a summons and complaint in any other manner permitted by law.

[If] this form, you (or the party on whose behalf you are being served) must answer the [complaint within ___ days from the date these documents] were sent. If you fail to do so, judgment by default will be taken against you for the

[This] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
[I received] a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Federal Corr. Inst.-Schuylkill
POB 700
Minersville, Pa. 17954

Civil Action, File Number __CA-07-691 RWR__

__Roger Jackman__
V.
__United States of America, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ purpose. Keep copy 3 for your records.

[ACK]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [partnership] or other entity, you must indicate under your signature your relationship to that entity. If [you ar]e authorized to receive process, you must indicate under your signature your authority.

[…a]nd 2 of this form to the sender within ___ days, you (or the party on whose behalf you [are being served] is incurred in serving a summons and complaint in any other manner permitted by law.

[…date] of this form, you (or the party on whose behalf you are being served) must answer the […complaint]s were sent. If you fail to do so, judgment by default will be taken against you for the

[…this] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

[ACKNOWLEDGMEN]T OF RECEIPT OF SUMMONS AND COMPLAINT

[I recei]ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Fed Corr Inst Schuylkill

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   6. Date of Delivery 6/12/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number (Transfer from service label)
7004 2510 0000 2032 8857

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
U.S. ~~Penitentiary~~
~~Federal Correction Center~~ RD/5
~~Lewisburg~~, Pa. 17837

Civil Action, File Number ___CA-07-691 RWR___

___Roger Jackman___
                    V.
___United States of America, et al___

... summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

... part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... ose. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...her entity, you must indicate under your signature your relationship to that entity. If ...thorized to receive process, you must indicate under your signature your authority.

... of this form to the sender within ___ days, you (or the party on whose behalf you ...curred in serving a summons and complaint in any other manner permitted by law.

...is form, you (or the party on whose behalf you are being served) must answer the ...ere sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

--- OF RECEIPT OF SUMMONS AND COMPLAINT

...ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
USP Lewisburg

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 2032 8826

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Bureau of Prisons
North Central Regional Office
Gateway Complex II
400 State Ave., 8th Fl.
Kansas City, KS 66101

Civil Action, File Number __07-691  RWR__

__Roger Jackman__
V.
__USA, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. ... purpose. Keep copy 3 for your records.

... ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... or other entity, you must indicate under your signature your relationship to that entity. If ... are authorized to receive process, you must indicate under your signature your authority.

... and 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... es incurred in serving a summons and complaint in any other manner permitted by law.

... 2 of this form, you (or the party on whose behalf you are being served) must answer the ... ts were sent. If you fail to do so, judgment by default will be taken against you for the

... Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
...ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

*(Attached return receipt card):*
- A. Signature: X M. Fields — Agent
- B. Received by (Printed Name): N. Fields
- C. Date of Delivery: 8-13-07
- 3. Service Type: Certified Mail
- Article Number: 7003 2260 0000 4984 7161
- PS Form 3811, February 2004, Domestic Return Receipt
- 1. Article Addressed to: Bureau of Prisons, North Central Reg'l. Office, Gateway Complex 11, 400 State Ave., 8th Floor, Kansas City, KS 66101

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:  U.S. Marshals Office
     350 S. Main St.
     Salt Lake City, Utah 84101

Civil Action, File Number ___CA-07-691 RWR___

___Roger Jackson___
                               V.
___United States of America, et al___

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[form text partially obscured by attached return receipt card]

...nent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
...urpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...r other entity, you must indicate under your signature your relationship to that entity. If
...authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you
...incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the
...were sent. If you fail to do so, judgment by default will be taken against you for the

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

...OF RECEIPT OF SUMMONS AND COMPLAINT
...d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense