**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

Federal Correction Center - Florence
POB 6500
Florence, CO 81226

Civil Action, File Number __07-691 RWR__

__Roger Jackman__
                                                                   V.
__USA, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... other person and you are authorized to receive process, you must indicate under your signature your authority.

...ays, you (or the party on whose behalf you ...aint in any other manner permitted by law. ...half you are being served) must answer the ... by default will be taken against you for the

...of Summons and Complaint By Mail was

(MS Official)

COMPLAINT
complaint in the above captioned manner at

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Correction Ctr. - Florence
POB 6500
Florence, CO 81226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _P. Mc_                   ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Florence, CO
C. Date of Delivery: 8-15-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

AUG 15 2007

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):
7003 2260 0000 4984 7147

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

8-9-07  07-691

...r and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)