## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of _Columbia_____

TO:

Federal Correction Institution-Jesup
2600 Highway 301 South
Jesup, Georgia 31599

Civil Action, File Number ———— CA-07-691 RWR

Rogear Jackman
V.
United States of America, est al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

7DD ..... _____ copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you _____ nplaint in any other manner permitted by law.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fed. Corr. Inst- Jessup

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
S. Sullivan  8/17/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0000 2032 8840

PS Form 3811, February 200-    Domestic Return Receipt    102595-02-M-1540

behalf you are being served) must answer the nt by default will be taken against you for the

ipt of Summons and Complaint By Mail was

_____
(USMS Official)

D COMPLAINT

: complaint in the above captioned manner at

ber and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature    Form USM-299
(Rev. 6/95)

**RECEIVED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT