UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ROGER JACKMAN,                 )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 07-0691 (RWR)
                               )
UNITED STATES OF AMERICA,      )
et al.,                        )
                               )
        Defendants.            )
_____)
```

**ORDER**

Defendant State of Utah has filed a motion to dismiss. Because defendant's motion could potentially dispose of this case against that defendant, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court.  See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

-2-

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the prescribed period would otherwise expire.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed against that defendant. Accordingly, it is hereby

ORDERED that plaintiff shall file his response to defendant's motion to dismiss [Docket #20] no later than October 5, 2007. If plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss the case against that defendant.

SIGNED this 5th day of September, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge