UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-0691 (RWR) ) (ECF) ) |
| UNITED STATES, et al. | ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for the Defendants in the above-captioned case.

___/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify I caused copies of the forgoing Praecipe to be served on the Pro Se Plaintiff,

**Roger Jackman**, by U.S. Mail postage pre-paid and addressed as the follows:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189

on this 12th day of October, 2007.　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. – Civil Division
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov