UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-0691 (RWR) |
| | ) (ECF) |
| UNITED STATES, et al. | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to file an answer or otherwise respond Plaintiff's complaint. Defendants' answer is due October 12, 2007. Defendants request up to and including November 13, 2007, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this action apparently alleging constitutional claims against federal employees of the Bureau of Prisons.

The undersigned is now in the process of gathering additional information to complete a response on behalf of Defendants in this matter. This process is taking longer than expected because Plaintiff named several Defendants, including some by official title only. Additional time is needed to review and consult with Agency Counsel to resolve certain factual matters necessary to complete Defendants' response.

Additionally, Defendants requests additional time until November 13, 2007, because Agency Counsel will be away on military leave for an extended period of time.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

October 12, 2007                    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served by first class mail upon *pro se* plaintiff at:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189

on this 12th day of October, 2007.   _____/s/_____
  KENNETH ADEBONOJO
  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 07-0691 (RWR) |
| v. ) | (ECF) |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before November 13, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189