

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 1 5 2007

|  |  |  |
|---|---|---|
| ROGER JACKMAN,<br>No. 10507-081,<br>    Plaintiff, | ) ) ) ) ) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| vs. | ) ) ) | Civil Action No.1:07-cv-00691-RWR<br>Reply to ALL Responses to Summons |
| United States Of America,<br>et al.,<br>    Defendants. | ) ) ) ) ) ) | |

### REPLY TO <u>ALL</u> RESPONSES BY DEFENDANTS

**The Defendants,** all of those whom <u>have</u> replied and <u>will</u> reply, I submit this Reply as to the validity of my claim against the Defendants. Be it set before the Judge of this Action, to Judge as he sees fit the culpability of the Defendant's based upon these sites.

It is the requirement of all states, cities, and peoples, <u>upon</u> the people of these United States, that in the course of their lives, they must take upon themselves <u>responsibility</u> for <u>their</u> actions caused by or commited by themselves. This responsibility is pressed upon us by the Constitutions and by the leaders and Courts; by the Officer's of the "Peace", psychologists, and by our parents, teachers and other autorities. It is a requirement placed upon us in all courses of our lives.

Thus, it is now obligatory that in the course of events, when the states, leaders and authorities; keepers of the peace, Prosecutors, Lawyers and <u>Judges</u> and by those who are under their responsibility, that they too, even when under right of privilage, be they right or wrong in their actions, that they too lead by example and accept responsibility for <u>their</u> actions and the action done by those under their influence and authority.

It is easy to hide behind such broad power and maintain an aloof-ness from the <u>People whom they serve</u>. Thus it is placed before themselves and before this Court, that those whom are Defendant's in this Civil Action, thus take upon themselves the responsibility for <u>their</u> action and the actions of those under their influence and those they have responsibility for.

Your Honor has already excused the Prosecution whom enjoy they right of exclusion for actions they have perpetrated which was done in the course of duty, actions which are inexcusable and allow the continuance of threat of violence and abuse in order to bully, extort and strong arm certain indiv- iduals into compliance of their (prosecutions) will.

Also, His Honor has excused several Judges, who under their "claim"

of privilege, have allowed the taking of rights granted to the citizens of this the United States, and have victimized these people to suffer injustices against them.

Yet the requirement of acceptance of responsibility for their actions is often and continually harped upon these "victims of injustice" daily,weekly,and monthly in the course of claiming "corrections" by penal instruction.

Previously, such actions have caused such strong actions against others as to cause such a rift as to seperate a people from it's "parent". These Peoples have caused a seperation and demand for justice and peace. In such a declaration, they have stated the following...:

> "When in the Course of human Events, it becomes neccessary
> for one People to dissolve Political Bands which have connected
> them with another...
> We hold these Truths to be self-evident, that all Men are creat-
> ed equal, that they are endowed by their Creator with certain
> unalienable Rights, that among these are Life, Liberty, and
> the Pursuit of Happiness-That to secure these Rights, Governments
> are instituted among Men...that whenever any Form of Government
> becomes destructive of these Ends, it is the Right of the People
> to abolish it...laying its Foundation on such Principles, and
> organizing its Powers in such Form, as to them shall seem most
> likely to effect their Safety and Happiness...
> Experience hath shewn, that Mankind are more disposed to suffer
> ...than to right themselves by abolishing the Forms to which
> they are accustomed. But when a long Train of Abuses and Usurp-
> ations... evinces a Design to reduce them under absolute
> Despotism, it is their Right, it is their Duty, to throw off
> such Government, and to provide new Guards for their future
> Security. Such has been the patient Sufferance...now the Necess-
> ity which constrains them to alter their former Systems of
> Government. The History of...repeated Injuries and surptations,
> all having in direct Object the Establishment of an absolute
> Tyranny over these States. To prove this, let Facts be submitted
> to a candid World.
> He has refused his Assent to Laws, the most wholesome and
> neccessary for the public Good...
> He has refused to pass other Laws for the Accomidation of large
> Districts of People, unless those People would relinquish the
> Right to Representation...a Right inestimable to them, and
> formitable to Tyrants only.
> He has called together Legislative Bodies...for the sole Purpose
> of fatiguing them into Compliance with his Measures...
> ...his Invasions on the Rights of the People....
> He has endeavored to prevent the Population of these States;
> for that Purpose obstructing the Laws for Naturalization of
> Foreigners; refusing to pass others to encourage their Migrations
> hither, and raising the Conditions of new Appropriations of
> Lands.
> He has obstructed the Administration of Justice...
> He has made Judges dependent...for the Tenure of their Offices,
> and the Amount and payment of their Salaries.
> He has erected a Multitude of new Offices, and sent hither
> Swarms of Officers to harrass our People...

""He has combined with others to subject us to a Jurisdiction foreign to our Constitution, and anacknowledged by our Laws; giving Assent to their Acts of pretended Legislation...
FOr Protecting them, by mock Trial, from punishment for any Murders which they should commit on these Inhabitants...
For depriving us, in many Cases, of the Benefits of Trial by Jury...to be tried for pretended Offenses...
For taking away our Charters; abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments...
He has abdicated Government here, by declaring us out of his Protection and waging War against us.
He has plundered...ravaged...and destroyed the Lives of our Poeple...
...Armies, Mercinaries...complete the works of Death, Desolation, and Tyranny, already begun with Circumstances of Cruelty and Perfidy, scarcely paralleled in the most barbarous Ages...
He has constrained our fellow Citizens...to become the Execu-tioners of their Friends and Bretheren...
He has excited domestic Insurrections amongst us, and has endeav-oured to bring on...undistinguished Destruction, of all Ages... and Conditions.
In every stage of these Oppressions we have Petitioned for Redress in the most humble Terms; Our repeated Petitions have been answered only by repeated Injury...
We have appealed to their native Justice and Magnanimity...to disavow these Ursupations, which, would inevitably interrupt our Connections and Correspondence. They too have been deaf to the Voice of Justice and of Consanguinity...
We, therefore...appealing to the Supreme Judge of the World...of Right aught to be, Free and Independent...and to do all other Acts and Things which Independent...may of right do..."

U.S. Declaration of Indepenence
Adopted July 4th, 1776

To this wit, it was determined that a Constitution of the United States should draft and adopt the United States Constitution, which was tq deliberate, initiate and inform of the NEW laws and requirements and responsibitlities of the Peoples of the United States of America. Thus they state...:

## THE CONSTITUTION OF THE UNITED STATES
### Preamble:

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the commno defence, promote the general welfare, and secure the Blessings of Liberty to ourselves and our Posterity...

### Section 8 - Powers of Congress
The Congress shall have Power to lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide fot he common Defense and general Welfare of the United States;...

### Section 6 - Compensation
To promote the Progress of Science and useful Arts...
To make all Laws which shall be neccessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by Constitution in the Government of the United States, or in any Depart-

ment or Officer thereof.

Section 9 - Limits on Congress
...No bill of Attainder or ex post facto Law shall be passed....

Amendment IV - Search and Seizure
The right of people to be secure in their persons, houses, paper and
effects, against unreasonable searches and seizures, shall not be
violated...

Amendment V - Trial and Punishment, Compensation for Takings
...nor be deprived of life, liberty, or property, without due process
of law; nor shall private property be taken for public use, without
just compensation.

Amendment VIII - Cruel and Unusual Punishment
...notr cruel and unusual punishments inflicted.

Amendment IX - Construction of the Constitution
The enumeration of the Constitution, of certain rights, shall not
be construed to deny or disparage others retained by the people.

Amendment XIV - Citizenship Rights
...No State shall make or enforce any law which shall abridge the
privilages or immuties of citiszens of the United States; nor shall
any State deprive any person of life, liberty, or property without
due process of law, nor deny to any person whith in it's jurisdiction
the equal protection of the Laws.
...The Congress shall have power to enforce, by appropriate legislation
the provisions of this article.

Amendment XV - Race no Bar to Vote
1. The right of citizens of the United States to vote shall not be
denied or abridged by the United States or by any State on account
of rce, color, or previous condition of servitude.

Amendment XIX - Women's Sufferage
The rights of citizens of the United States to vote shall not be denied
or abridged by the United States or abridged by the United States
or by any State on account of sex.


The Declaration of Independence, though we are not trying to remove ourselves
from the United States, but could in instance of need (and with an island
of considerable size, and considering the lack of allowance to propigate
as a people IS Genocide) we are seeking to merely keep and/or restore our
rights given to us by the Constitution as set up by the Declaration of Indep-
endance.

    But are these only laws applicable to all citizens and peoples of
the United States, or only to all those peoples and criminals...except one?
With all the warnings against the loss of rights of the peoples of the United
States and the equality and treatment of these peoples, some of which were
at one time only considered 2/3rds of a person or had not rights (Women)
at all.

And in spite of all warnings and lessons (such as womens sufferage and the Jim Crow Laws,) the 10th Circuit has determined in Utah, that it is ok an legal to discriminate against people of a transexual nature (discrimination based on sex) can be fired at any time for merely being a transexual.

For a country who is based on freedom, it takes away any and all freedoms of the People. Creates lower class citizens...

A country who cannot keep an arrest rate on common crime above 25% but can have a 110% arrest rate for certain groups of peoples, and a country who passes laws to prevent the cruelty toward ANIMALS and violate the Geneva Convention, their own Constitution, and the UN Convention and Agreements, who prates on daily about our responsibility as a people, but yet allows its own keepers of Justice, of Peace, and champions of the right to perform continual acts of cruelty and injustice with no responsibilty for their action against others, In violation of the very rights they are to uphold.

A country which complains how it's criminals overrun the cities, escape justice  (when one group has a 160% conviction rate equaling over 8000 people wrongly prosecuted (at a minimum) and convicted to be locked in prison for the restof their lives) then warehouse their criminals in a "Correctional Facility" with no real corrections, no true government, or assistance, and where the inmates have their own rules and government, allowed by the peoples who rule them to run its own way which run contrary to the thoughts and practices of the General Public of the United States.
A country which allows its inmates to become dependent upon them for food, housing , and shelter, with no assistance to prepare for release, teach to become responsible and after 10 to 20 years, allow the criminals to run free under "supervision" or run free as "Unmanagable" (while others cannot be set free at all due to illegal loss of rights within the prison system, in places which are unsafe to their well being and mental health which are unstable to begin with and then not given mental help by their captors/care takers/caregivers.

Given the fact that in the face of safety, this "responsible party" declared it illegal to discriminate against any and all groups of peoples, then allows discriminaltion against certain groups of people (when they so desire) and put them in dangerous places and situations.

And, with the requireing of the peoples and inmates to be or become responsible for their actions, while they are always locked up and supervised they never are given the chance to become repsonsible as they are always supervised and not allowed to take responsibilty upon themselves.

The fact that moneys are set aside each year for each Federal and State inmate, and while the state inmates enjoy the modern conviences of life, the Federal inmates suffer daily losses of food, freedoms, property, privilages, and rights, mostly under the guise of "lack of funds due to the War", cannot get reasonable mental, health and dental care in a reasonable time; wear clothing one can see through or is used, only have one blanket, used coats, and suffer from lack of information and knowledge of current and modern devices and ways of life, where upon release they are unprepared to handle,

And yet, Federal Prison employees enjoy, pay raises, new equipment, "Pasta Parties", and continually recieve above grade food, and other items which get thrown away instead of distributed to inmates or charities (new clothing,beds , covers, shoes etc,...

Those whom practice unrighteous dominion over inmates in the form of power and cause confusion and have a alock of trust, while ignoring their responsibilities.

And the treatment by those outside of the prison who ware in influence 6f the State and of the being of prisoners, such as the  Christian Coalition, who by name alone should be a loving peaceful people trying to help inmates who have gone the "wrong path" return to the right road of redemtion, yet are on the forefront of the loss of modern conviences (which makes a kind of sense) of life, of the uplifting and progression, and instead are pushing the progress and thinking of the inmates BACK instead of forward and acting with malice and lack of love and forgiveness and teaching due to their own self-appointed "morality" which has been shlwn in history to cause repression of themselves and others along with mental psychosis and derangement of their own peoples and leaders.

The promotion of "warehousing" of inmates verses a actual "corrections" and preparation of inmates to enter into a justifiable societal position, partially due to this "lack of funding" touted about, to which the purpose of the institution was created for.

Time and time again, suits and legal battles for meaningful assistance, health benefits which come close to and/or equal those of the general public which is generally on an as needed basis, and continual suits and court battles for the safety of the individual and of inmates which daily are being hurt by other inmates and/or killed and allowed to be killed by staff, such abuses which when coming from inmates are treated with disregard and disbelief, a RESPONSIBILITY of which the United States, Department of Justice, and Bureau of Prisons is charged with in the "Corrections" of said inmates.

Yearly,billions of dollars are spent by the Government to promote foods, diets, research, and push for progression (the requireing of change to digital from analog in entertainment services) as well as others, yet the prison system continues to go backward in progression. Creating even more ignorant peoples in the prisons to be capable of handling and living in daily life.

The lack of care and mental treatment of those in desperate need who must try to sue for such care. When the Government offers grants for improvement of prison  treatments, yet none are applied in the assistance of said people.

And, in the forefront of it all, a small group of people which consist of ony 5% of all incarcerated felons, have over 25 requirements which cause them to go homeless and live in the streets, alien to society and becomeing even more alien as days go by, as previously their number of crimes has plummeted to all time lows yet recieve increasingly more drastic treatments, when other criminals whom have offended 10 plus time or more are still on the streets and have no such requirements.

This "activity" and "treatment" of the people and justice system, which has an arrest rate of 110% to 125% and a conviction rate of up to 225% when it can be proved "petty" have up to 25% arrest rate and 45% conviction rate, with the average of three (3) years for "regular" crimes, seven (7) years for MURDER, and an average of 10 years for touching or viewing pictures of minors on a computer let alone actually soliciting them and enticing them to meet for sexual purposes, of which only 20% of these "minors" or "children" are actually under the age of 18, leaving approximately 80% of these "children" being actually adults, who are trying to entice the adult not the other way around, and arrest and incarcerate, by playing and pushing on the wants and desires of a desperate few (800,000 registered sex offenders verses 300,000,000 citizens is .026% of the population

of the United States), citizens who are in desperate need of assistance and previou
sly have been ignored by their country.

This is a responsibility and requirement of the United States to care for
and protect ALL its people, not everyone but the pedophiles.

It is the United States, the Justice System, and the Law Enforcement systems
lack of care, concern and consideration for these needy people, whom they outright
condem and persecute, which goes against their mandate to "Serve and Protect",
A people's whos country was based on freedom and the desire to worship the
Christian God, who shows the most lack of concern, and the most hateful and venge-
ful of all the groups next to the vigilantes.

What has this to do with any and all replies? If the inmates who are and will
be incarcerated act with such irresponsibility, carlessness and disconcern, they
are considered deviant, and socially unacceptable, and should improve themselves
and accept responsibility for their actions, as (again) told to them by their
Government, leaders, teachers, parents, spouses and religious leaders, and those
who head and work within the justice and law enforcement systems.

Thus, those of the above said positions should also be willing lead and
show by example and accept responsibility for themselves and their people under
their direction.

Thus the Prosecution (and Prosecutors) should be put back on the suit, as
they have threatened, coerced and cajoled, now convicted criminals into submission
with their treatment and antics, the Judges whom have denied Justice and Fairness
to siad convicts,  by allowing them the right to appeal and trial, and allowing
the Prosecution and Public Defenders to skate by on such shoddy workmanship, such
as is unbecomeing the title of "Professional".

The Department of Justice, the B.O.P., their facilites, Wardens, Assistant
Wardens, care providers, employees, and contractors; and others they have respon-
sibility for (such as Probation Officers)...

And for them to accept their responsibility for their actions, lack of action
by them, and responsibility given to them in their position and office.

And that they grant the Defendant and those he represents the funding and
space and treatment needed for their recovery and acceptance and integration into
the society which has incarcerated them for safety purposes and then denied them
the same safety, and treatment they themselves recieve on a daily basis.

Such treatment and safety which will ensure the safety of all the peoples
of the United States of America who's job it is that they should protect.

Thus, this being said, allow me to briefly address the reply of my previously
employed legal representative appointed to me by the Federal Public Defenders
office...

As Ms. Georges reply was inciteful and filled with the explaination of the
particulars of the case invoved here, she as a DEFENDER and champion of Justice,
she too must accept the responsibility she has as a representative to the Court
as the Defender of the Plaintiff (in this instant CIVIL case against her and others
as listed (et al.,) as such as she has a responsibility to represent the interests
of the Plaintiff to the upmost of her ab9lity

' But, please let me address to the Court, this "Reply" is extremely simular to a letter sent previously to the Plaintiff in this instant case, in which Ms. George adressed the exact issues and has yet again managed to skipover the issues at hand, as the need and request by this Plaintiff, the need for replacement glasses after an assault, (which may or may not actually be the fault of the Federal Marshalls as the Marshalls afforded other Federal detainees glasses and may or may not have stated to Ms. George that this Plaintiff must "wait" while others needent; for requested and needed mental care, clarification of his PSI, informing and timely instruction and explaination of his Plea, the retrieval of the requested evidence which could prove the Plaintiff innocent, letters of instruction given to the Defender with a letter of a witness able and willing to give proofs of testimony of guilty sources who infact had commited the crimes this Plaintiff was charged for, and hence the guilty party was set free and this Plaintiff was incarcerated under threat (known and related by the Defender) and allowed to go unchallanged by this Defender.

Let it stand before the Court as to the veracity of this Plaintiffs statement as all can be verified by ONE source as to all of the above stated charges against the Defender. All of which plus many others which include prejudice and bias, against the Plaintiff, and all of which are constitutionally backed.

## Conclusion

So, may His Honor please accept this "Reply" to all "Replies" and "Responses" by any other Defendants, as a blanket "Reply" or statement (as the Justice system and Law enforcement Systems are fond of "Blanket Statements" even though they are **ILLEGAL**.

That in the interests of Justice and Fairness, and in the search for truth and honesty, and the continued fight for all to accept responsibility for their actions be they right or wrong.

That in an example of leadership and the very causes by which this country was formed, and predications which were set to lead and guide IN the interests of "Forming a more Perfect Union..."

That His Honor require that all Defendants accept responsibility for thier own actions, and in the intrests of Justice and in concern for the Loss of Life and Limb, and promotion of Justice against those whom offend against the People of the United States, and rule in the FAVOR of the Plaintiff, and require immediate mediation by the Defendants with the Plaintiff to stave off all loss of Justice and all happenstances of Death and the prevention of further loss of those whom are currently required to register monthly but have since disappeared...

As the Plaintiff has not his interests in mind (necessarily) but the interests of the innocent men, women, and children; and those whom are troubled and have been convited of crimes against these People whom need attention, care and a place of safety themselves, because of crimes and injustices commited against themselves.

Finally, let His Honor award the Injunction by the Plaintiff, that the care and safety which has been previously ignored and/or denied be delt to the Plaintiff that he may live his life in peace and safety without unecissary pain and anguish with the care that SHOULD have been provided him, which has been paid for and requested by the Plaintiff and the Peoples of the United States of America.

Thus, let His Honor rule quickly and without err, that Justice may be fulfilled for all.

Roger Jackman, No.10507-081
Pro-Se
FCI-Ft. Worth
P.O. Box 15330
Fort Worth,  TX 76119

## CERTIFICATE OF SERVICE

.    I, the undersigned, do hereby state that a copy of this Motion/Reply

was sent to the Courts at the following address:

Clerk of the Court
Nancy Mayer-Whittington
U.S. District Courthouse
333 Constitution Ave N.W. room 1225
Washington, DC 20001


And, that it was sent out Registered Mail, Postage Paid, and Return
Receipt Required. on the day of October 5th, 2007.

Roger Jackman
No. 10507-081
FCI-Ft. Worth
P.O. Box 15330
Fort Worth, TX 76119


Witnessed

To the Clerk of the court

Please file this Reply with court
involving my case 1:07-cv-00691-RWR

Thank You

Jash