**JULIE GEORGE (6231)**
29 South State Street, Suite 007
P.O. Box 112338
Salt Lake City, UT 84147-338
Telephone: (801) 322-1751
Facsimile: (801) 359-4258

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN,            )<br>                           )<br>   Plaintiff,             )<br>                           )<br> vs.                       )<br>                           )<br>UNITED STATES OF AMERICA   )<br>et al.,                    )<br>                           )<br>   Defendant.              )<br>                           ) | MOTION TO SUBMIT FOR DECISION<br>REGARDING MOTION TO DISMISS<br> Case No. 07-0691 (RWR) CIVIL |

Comes Now Julie George, and respectfully requests that this Court dismiss the Action filed by the Plaintiff. This Court directed the Plaintiff to file a response to the Motion to Dismiss on October 5, 2007 or the action would be dismissed pursuant to Local Civil Rule 7(b).

Respondent now asks this Court to find that no response has been submitted and this action should be dismissed. Julie George asks that it be dismissed with prejudice as the very nature of the action is frivolous and based on the actions of the Plaintiff there is a strong likelihood that the Plaintiff prisoner will continue to file such actions in the future. Respondent respectfully refers the Court to the initial Complaint and the Answer as well as theMotion to Dismiss.

DATED this __6th____ day of _November_, 2007.

_____/s/ Julie George_____
JULIE GEORGE
Respondent

## CERTIFICATE OF SERVICE

      I hereby certify that on the _6th___ day of __November__, 2007, true and correct copy of the foregoing was mailed, postage prepaid, to the following:

ROGER JACKMAN
FEDERAL INMATE 10507-081
FEDERAL TRANSFER CENTER
P.O. BOX 098801
OKLAHOMA CITY, O.K. 73189

      DATED THIS 6TH DAY OF November, 2007.

                                                              _____/s/ Julie George_____
                                                                Julie George