UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN<br>R# 10507-081<br>Fort Worth - F.C.I.<br>POB 15330<br>Fort Worth, TX 76119<br><br>      Plaintiff<br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, ET AL<br><br>      Defendant. | Civil Action No.: 07-0691 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Roger Jackman**, by mail postage pre-paid and addressed as follows:

ROGER JACKMAN
R# 10507-081
F.C.I. - Fort Worth
POB 15330
Fort Worth, Texas 76119

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov