Roger Jackman
No 10507-081
FCI-Ft worth
Box 15330
Ft worth TX 76119
Pro-se

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Roger Jackman,
   Plaintiff,

Vs,

United States of America
      Et al

Civil Case No 1:07-CV 00691 RWR
Judge William Roberts

## Request for extension of time to FILE REPLY TO FEDERAL response

I come before Your Honor to request a two week extention to formulate and get the supplies to type and send my response/reply to the Federal defenders response.

As it so moves Your Honor.

Roger Jackman
No 10507-081
FCI-Ft worth
Box 15330
Fort Worth TX 76119.
Pro Se

**RECEIVED**

DEC 1 8 2007

Chambers of Judge Roberts