UNITED STATES DISTRICT COURT
for the District of Columbia

Roger Jackman,
Plaintiff,

VS,

USA (et al.),
Defendants.

RECEIVED

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1:07-CV-00691 (RWR)

Response To Reply
AND Motions to Dismiss

Response to reply of Mr Kenneth Abedonojo
and Motion to Dismiss Ms Julie George.

As it pleases the Court, In rebut to both Mr Abedonojo
and Ms Georges motions the following reply is submitted.
Motion to extend time limit for Reply was requested and
all monies in the Plaintiffs account was frozen so again he
results to hand written responses.

———Ms. Julie George———
While a Reply to a motion by Ms George has been made
before, the current motion being made needs to be addressed.

I can assure the court, knowing the Plaintiff as well as I
do (being myself); he feels and has felt her representation
for him in court (once he actually understood what was/had
happened) was poor and sub-par. Ms George did not deal honestly
and fairly with her client and used devices to trick and confuse
the Plaintiff (then Defendant) into accepting a plea bargin which
shows a certain unscrupulousness of Ms George and a defiance
of the oaths she took to represent her clients fairly.

1

Her actions and morals in this representation were subpar as to duty description and poorly administered. The Plaintiff has often remarked how hiring the prosecutor would have been quicker and more humane.

In this motion, she refers to herself as "Counsel". She is neither counsel for the Plaintiff, nor the Court. She provided no true counsel FOR her once client. Thus the term "Counsel" is a misnomer and should never be used in conjunction with Ms George again.

Ms George (in reference to this suit) told the Plaintiff she had requested of the US Marshalls (then responsible for my safety, housing and needs) after the Plaintiff was refered to them by the County Jail facility after he requested replacement of his glasses which were broken when his cell door somehow didn't lock and he was attacked and raped by other inmates. Also, another federal holding inmate was taken to get glasses by the US Marshalls a few weeks after, when the request was made.

Ms George, after being asked to request such a service by the Plaintiff and his sister, told the Plaintiff and his sister that the US Marshalls said he must wait until he was "in the system" to recieve glasses.

Oweing to the previous level of service by Ms George, either the US Marshalls denied this service of a medical nature to the Plaintiff or the service was never requested. Thus Ms George lied to her client causing him to suffer.

Also mental health services were denied the Plaintiff when he asked the Judge and Ms George. The Plaintiff had been admitted to a hospital for a short time before his incarceration, and had to be moved to a "dry cell" several times while in county jail and drugs issued due to his mental instability, to prevent him from harming himself.

As well Ms George had stated she did/would file numerous

2

And, relief sought, grounds for and Constitutional rights violated there in.

As well, the requirement of Mr Abedonojo to "construe in a light favorable" to the Plaintiff, which he points out then blatantly ignores. For if this "Reply" is "favorable" to the Plaintiff, I would hate to read an unfavorable reply and opinion and I wonder why the Court hasn't rejected this case earlier.

... Unless Mr. Abedonojo is implying that the Court and that the judge Judge Roberts, is not of a sound mind or of good judgement as to the particulars of this case.

It would seems as though in this "favorable" reply, Mr Abedonojo may think as do others in the United States, in their bias, to deny rights to citizens of the United States, especially as they do; to sex offenders, much as they did the Blacks- Afro-Americans before the repeal of the "Jim Crow Laws".

As well, it seems denial of rights, previous caselaw and rights written directly into the "Constitution" of the United States of America... Unless Mr Abedonojo also questions current and past presidents, their judgement and sanity; as well as the legislature and the Judges of the Suprean Court... and the "People".

Mr Abedonojo has obviously never been to prison (my side). I am to understand he takes it we all get our way, have all our needs fulfilled instantly and live in safety and splendor. Until recently I rarely have seen such lack of compassion of any sort. (He must not be christian. If he is he needs to go back to church and reread his Bible.)

Prison officials try to keep the facilities running smooth while all actual politics and laws and decisions are made by inmates which pick and choose whom to commend or abuse by their own whim while prison officials sit back and permit this action toward sex offenders. Its also hard to believe they (BOP) look out for our best intrests while I sit with a 3/4 cup <u>scoop</u> of lasagne, 2 peices of bread and

## In addition...

Mr Abedonojo and Ms George are both agents of the Court. Whether defender or prosecutor. They do their job well... in defending the interests of the court. So well, in fact, they ignore the needs and representation of the people and public in that defending of the Court. Its always good to know the Courts live on inspite of truth and justice for the people they are to protect. No reflection upon Your Honors honor, Your Honor.

## MY Expertise

As should be noted, Ms George and Mr Abedonojo <u>both</u> clearly stated the charges and some particulars of <u>why</u> I am in prison. They didn't do it for the good of the Court or the people. I was <u>not</u> neccesary information. Why did they <u>BOTH</u> do this?

Perhaps, Your Honor. Its because as agents <u>of</u> the Court, they <u>both</u> know the minute that you point out a man (or a woman) and delare they molested and/or harmed a child, there is an instant 90% conviction rate.

"There are very few symbols as powerful as kids."
Sen. John D Rockerfeller <u>IV</u>

Just the claim, be it true or not, will get you beaten or killed in any prison or jail. A fellow Utahn who is more or less an unwilling "shot-caller" just stopped another Utahn from being beatten. Why? Because (<u>just because</u>) the other Utahn was in on a "reported" (no proof given or required) child offense. Such a claim in the "real world" be they proven innocent <u>or not</u>, will cause a person to loose his/her job and have to move, as those around you will do everything in their power to make you miserable as possible. Same for even those convicted by a jury, then proven innocent on DNA samples. They are still vandalized and ostrasized from society, and their family will always and forever wonder, what if he/she <u>did</u> do it... to someone else... <u>maybe</u>...

So, as Ms George and Mr Abedonojo have pointedly shown, I am an _experienced_ pedophile. They have illucidated it well. My record shows I have 7+ years of experience in the penal and legal system on sex offenses. I spent 3 year long/hard years in therapy for my crimes. therefore, I am an _expert_ on _pedophiles_ and _sex crimes_.

Being an expert, I then _know_ what I am talking about. Ms George and Mr Abedonojo (whom I have never seen nor met) have both have done me a favor _by_ pointing out my experience and expertise and have unwittingly given me a character reference.

The judge, Judge Winder, Ms George, and the BOP (who has just cancelled my _monthly_ therapy sessions) _ALL_ show I am of sound mind and cognisent. Thus here forward, I can't be considered by the court as an _expert_ in such matters. Thus I am an _expert_ on cases of molestation, sexual exploitation, sexual abuse and especially on the subject of children... as it would please Your Honor.

They both, as agents of the Court, know that by calling me such a criminal, I _SHOULD_ lose all credibility and gain instant distain from the Court and Your Honor. This would then cause Your Honor to rule in their favor. But, they merely have reinforced my position as an "Expert".

Due to this knowledge, as Ms George knows, whether I am guilty or not of this crime, I _had_ to take a plea, even for 10 years, as going to Court would have given me a 90% chance of recieving a guilty plea and a 30+ year sentence. (the figures (90% are _actually_ higher).

Thus Ms George failed to file the motions she said she would/could file for me, because in her bias she knows removal of the evidence and testimony would never have made court nor a plea necessary. So her statement "I did what I had to, to get you to take the plea," Is backed by her action to not file motions. Her bias also denied me optical and mental health care.

Mr Abedonojo and Ms George have proven me an _expert_.

# — CRIME STATISTICS —

Thus given my "expertise", and with the "expertise" and aid of FBI crime statistics, Department of Social Services, and Health Services (as taken from the 2004 New World Almanac, All statistics are for the 2000-2002 year) Allow me to illustrate my point... (all figures are very approximate)

| | | | |
|---|---|---|---|
| People in America (2006) | 300,000,000 | 100% | |
| Registered Sex Offenders (USA TODAY) (2006) | 800,000 | 1/3 of 1% or .002666% (.01 = 1%) | |
| Sex Offenses against Children (2006) | 80,000 | | |
| (2001) | 91,000 | | |
| Sex Offenders in Prison (federal) | 6,000 | 3% | |

| | Reported | Arrests | % |
|---|---|---|---|
| Sex Offenses Against Children (2001) | 91,000 | 143,000 | 151% |
| Regular Sex offenses (2001) | 102,000 | 27,270 | 26% |
| (Rape-adults 2001) | (89,000) | | |
| | 193,000 | 170,270 | 88% |

| | |
|---|---|
| Standard (non-SO) Probation Requirements | 7-10 |
| SO Probation Requirements | 25+ |
| POST Standard (Non-SO) Probation Requirements | Ø |
| POST SO Probation Requirements | 20+ |

225 Sex Offenses against Children are reported every Day.
100+ Registered Sex Offenders Disappear every week

Let's say for arguments sake (on the lower level) 91,000 crimes reported, met with a 95% success rate of conviction. (this means 52,000 people were wrongly accused in 2001 alone) With a ± of 5% either way (10%) In 2001, 4550 people were wrongly arrested and convicted in 2001 in the USA. The land of Justice. ("Justice" is what the "winners" recieve.)

Those accused of Murder serve an average of 7 years with Ø require-ments after release and probation. SO's recieve an average of 12.5+ years with 20+ requirements including lifetime registration and web site information.

Comparatively, (in 2001):                                                    1% (of 60 mill)

Total Children in US                    60,000,000         20% (1/5th) of the total popul.

Children to drink alcohol by 18         46,000,000         78%
            (by 13)                    (12,000,000)        (23%)

People without health insurance         43,000,000         11% (total population, US)

Kids who have sex by 18                 36,000,000         60%

Births in 2001                           4,000,000         .6%  (.006 ≈ .01 = 1% of total US)

Kids who smoke before 18                 3,500,000         13.9%

→ Abortions 2001              →          1,312,990 ←       (24% of total born)

People with AIDS in USA                  1,200,000         (.004% .01=1% of total US pop)

Total Premarital Births                  1,040,000         26%

Sex Offenses against Children              91,000         .00035% (.01 = 1%)

Of all the 50 "acts" created, 0% have allotted money for study and treatment of Sex Offenses. Upon release of standard criminals (not known as "offenders") they are free to move whenever and wherever they wish. No registry, reporting, nothing. Your neighbor could be a murder and you not know it. Their is no requirement to let you know.

   When Bill O'Reilly published a sex offener list, 2 were killed. Murdered as a direct result. A lawyer was told his 2 year old child said the neighbor molested her. He broke in and killed the neighbor. The neighbor was innocent (as it turns out).

   Ms George & Mr Abedonajo need to point out my crime again and again. There is no "need". This is discrimination and it is pointed out so his Honor can also discriminate because of personal anger and bias against sex offenders. (do they do this pointing while maniacly rubbing their hands together and cackling?) It is discrimination and they have proved it.

   Lest the Court thinks I merely paint out statistics to merely illucidate my trickery by deception, please allow me to share some more statistics also from the FBI web site... for



In 2001:

| Crime | Reported | Arrests | % of |
|---|---|---|---|
| → All Crime | 23,036,000 | 13,699,254 | 59% ← |
| 1 - Violent Crime Total | 5,744,000 | 627,136 | 10% |
| + Sexual Assault | 102,000 | 27,000 | 24% |
| * Rape | 84,000 | | — |
| + Robbery | 427,000 | 108,400 | 25% |
| * w/injury | 174,000 | — | — |
| + Aggravated Assault | 1,227,000 | 477,809 | 38% |
| + Simple Assault | 3,643,000 | | |
| 1 - Property Crimes | | | |
| + Burglary | 18,284,000 | 1,618,465 | 8% |
| + Motor Vehicle Theft | 21,687,000 | 291,444 | 10% |
| | 724,000 | 147,451 | 20% |
| + Theft - Larceny | 13,672,000 | 1,160,821 | 8% |
| → Sex Offenses Against Children | 91,000 | 143,683 | (159%) ← |

Vs All crime                                    .000 395%   (01 = 1%)

Without SO against Children  all crimes  arrest/reported  average (= 19%) ←

Just so nothing is left out

| Crime | Reported | Arrests | | Crime | Reported | Arrests |
|---|---|---|---|---|---|---|
| DUI's | | 1,434,852 | | Prostitution | | 80,000 |
| Liquor laws | | 618,628 | | Vagrancy | | 27,935 |
| Fraud | | 323,308 | | SO +18 | 84,000 | 27,270 |
| Vandalism | | 270,646 | | Embezzlement | | 20,157 |
| Weapons | | 165,896 | | Arson | | 18,749 |
| Motor Vehicle Theft | 724,000 | 147,457 | | Murder | | 13,653 |
| SO against Children (01) | 91,000 | 143,683 | | Gambling | | 11,112 |
| Curfew | | 142,889 | | | | |
| Runaways | | 133,259 | | | | |
| Stolen Property | | 121,679 | | | | |
| Forgery | | 113,741 | | | | |
| Robbery | 422,921 | 108,400 | | | | |
| SO -18 | 91,000 | 143,683 | | | | |
| SO +18 | 84,000 | 27,270 | | | | |

12

Sex offenses rate less than most all listed crimes excepting: Gambling, murder, arson, embezzlement, vagrancy and barely prostitution. Yet sex offenses are considered an "epidemic". The occurance of reported sex abuses has (had) dropped since 1995. Yet monthly, new requirements on _sex offenders only_, has raised to 25+ and has an arrest rate of 151%. And, in spite of all the requirements it has fallen steadily at the _same_ rate as all other crimes. Sex offenses has always had less numbers than most all other crimes.

As with the abuse heaped upon SO's in the "real world", consider the discrimination in the hands of those who exercise unrightous dominion against 3% of the total prison population. This 3% which is murdered, robbed, beaten, and abused on a daily basis.

I only want peace and equality. A place to do my time and go home. A place I can call home as the "Adam Walsh Act" sees to it I will _never_ go "home" in the real world again.

So I thank Ms George and Mr Abedonojo for their participation in the furthering of mistreatment and abuse toward sex offenders.

I merely want what the tax payer and American people are paying for, and what is supposed to be offered to me as a citizen of the United States of America and as an inmate of the BOP whos responsibility it is to care for me and provide services _I_ cannot get nor control since I _am_ a prisoner in their "justice system."

This treatment (rather mis-treatment) of myself and other SO's merely goes to push us further to the edge. Puts us in more danger of abusing and hurting.

But thats ok, only (approx) 60,750 children have been reported as sexually abused since I first filed this suit. And approx 4000 registered sex offenders have gone missing because of the fear and increasing punishments placed upon them. the abuse they face and because the only place they can live now is on the streets.

Where are _my_ rights? Blacks and gays have _nothing_ on the discrimination which prevails against those of us once abused, then ignored, and abused again now.

13

the right to be free from cruel and unusual punishment is (supposedly) guarenteed by the 8th Amendment (Delany Vs Selsky 899 F.Supp 923 (95))

"Having been stripped (prisoners) of virtually every means of self protection and protection and foreclosed their access to outside aid, the government and its officers are not free to let the state take its "course of nature".

"The gratuitous beating or rape of a prisoner by another, serves no legitimate penalogical objective...

(Farmer Vs Brennan  511 US 825 (94))

"Liberty Intrests must be of "real substance" (Sandin) is atypical and signify a hardship on an inmate in relation to ordinary prison life."

(Sandin Vs Connor 418 US 539 (74))

"When the state, by affirmative action exercise of power, so restrains the individuals liberties that it renders him unable to provide for his own basic human needs eg: food, clothing, shelter, medical care and reasonable safety, It transgresses the substantive limits on state action set by the 8th Amendment and due process clause."

(Deshaney Vs Winnebago County Dept of Svs  489 US 189,200)

Responsondte Superior even if Supervisors are not aware of the action

(Faragher Vs City of Boca Raton FL  524 US 775 (98))

Same Sex Harrassment

(Oncale Vs Sundowner Offshore Svs  523 US 75 (98))

"Every person, including an incarcerated felon has a right to be free from fear of offensive bodily contact."

(Wilson Vs Sieter  475 US 312 (86))

"One court characterized the duty owed to an inmate in prison officials as the duty to exercise ordinary care for his protection and keep him safe from harm."

(Willson Vs Kelly affd  393 US 266 (69))

Please note, ALL references are Supreme Court cases...unless Mr Abedonojo questions the judgement of the Supreme Court...

— 28 USCA § 1331 - Bivens Action —

The point has been brought up that (only) the 28 USCA § 1331 is an improper venue or action in this suit. Mr Adobonojo has stated that not naming those whom have abused or caused abuses to myself, ~~states~~ invalidates my claim by merely stating "Policy Makers and management".

Considering the reason and cause for the Bivens Action 28 USCA § 1331, Bivens Vs SIX UNKNOWN FEDERAL NARCOTICS AGENTS (29 L.ed. 2d 619) which are agents of the federal government, not neccessarily based out of Washington D.C. A Bivens Action includes the ~~fight~~ ability to challenge based on

1) Rights under US Constitution of Federal Laws
and 2) Federal officers who hold authority due to position (... or Policy Makers and Management...)

As I do not have, nor apparently never will again, have access to a computer or the internet. Nor do I have access to a directory of federal employees, I cannot name each person to be served individually nor can I use their true title as they are unknown to me but can be identified by such a discription and capacity.

These people set policy, and allow policy to be set for which all inmates must abide or suffer by... as far as they can be supported by BOP staff. BOP staff (officials who write policy) are liable even if not directly involved in enforcing said policy (Hearn Vs Morris 526 F Supp 267 (SD)) and officials should have knowledge of a problem. {If they dont know of this problem by now, ignorance is chosen}. Careful preservation of ones ignorance despite awareness of the situation that would put a ~~preson~~ reasonable person on notice of a fact essential to a crime, is the very definition of deliberate indifference. Some cases have held personal knowledge may be established where a series of accidents or practices or events so widespread frequent and prevelant as to constitute regular patterns insure supervisor is aware. (Allen Vs Chicago 828 F Supp 543 (93))

Snider and White as well as a few others named, are named because of their unusual kindness which helps me to put them foremost in

my mind. thus I am able to know and recognise who they are.
It is the others whom have terroized me to no end and I have
subconciously blocked their names due to the pain and suffering
they have caused.

Besides federal employees are represented by federal lawyers such
as Mr Abedonojo in abundance. while inmates are left to fend for
themselves.

In addition, Mr Abedonojo has failed to mention items such as suit was
placed also under :

1) Administrative Proceedures Act (APA) 5 USC § 701-which allows
me to sue for the USA, BOP, DOJ AND individuals (such as Ms Rwenda)

2) (Prevoted) Divens Action 28 USC § 1331 - Agents acting under color
of law, actions and damages based on agents unconstitutional
conduct (see below

3) Civil Action Claim 42 USC § 1983 -for Violation of Civil Rights
"Every person under color of any state, or territory, subjects or
causes, to be subjected to any citizen of the United States or other
person within jurisdiction, there of, to the deprivation of any
rights privilages or immunities secured by the Constitution and laws,
shall be liable to the party injured in an action at law suit in equity,
or other proper proceeding for redress."

And, Such Civil Rights claims under which the "Jim Crow Laws"
"... laws enacted or purposely interpreted to discriminate against blacks.
Jim Crow laws are against the law under the 14th Amendment."
(Blacks Law Dictionary) These Constitutional rights violated being
set by the Constitution of the United States of America.

1) Article 1 Section 9 - Ex Post facto Clause
2) 5th Amendment - life, liberty, and property, and due process
3) 8th Amendment - cruel and unusual Punishment (SOs being 3%
of the federal prison population, thus unusual as the abuse:
physical, psychological and sexual is cruel and unusual)
4) 9th Amendment - Disparagement of Rights

16

5) 14th Amendment. Abridgement of rights, Equal protection under the law, due process, and discrimination.

All of which state cause that the claim _can_ be based on and given. It is called "Civil Rights" thus the "Civil Rights Act" Something which is extended to all citizens of the United States... _excepting_ Sex offenders.

—Jurisdiction—

The federal court in Washington DC has jurisdiction over all prisons which are in all states and regions. Any and all between.

And, being as policy comes from or is approved _by_ superiors in Washington DC be it in the BOP, DOJ, Congress etc, "responsonate superior" _does_ apply as Washington DC officials _should_ be aware of or know if any problems exist, or policy is enacted under their care and keep which contradicts _Federal_ policy (28 CFR) and BOP Policy Statements.

As well, the head of the Department of Justice himself resides and works in Washington DC. He is the final (generally) word on _any_ policy... the President of the United States. He lives at 1600 Pennsylvania Ave.. Check it out.

All issues I present happen system wide are systematic and are consistant.

For being the Federal Defender for the United States and its agents, and as the USA _is_ a defendant in this instant case, thus handled federally in a Court in Washington DC... And, in stating "In a favorable light" then disregarding this policy, Mr Adebonojo acts as though he is a prosecuting attorney who "enjoys" absolute immunity from all actions performed both legal or illegal, Mr Abedonojo doesn't seem to know any action which is multi-jurisdictional is handled federally and in Washington DC., and, eventually all cases pass through the Attorney Generals office if only to be approved, paid, settled and/or recorded and stored. Regardless of state or region.

Thus, "Solely" does _not_ apply.

17

<u>Access to the Courts</u>

Those who are such as the Plaintiff, being in the SHU (special Housing Unit) who do not <u>have</u> access to a complete and up to date law libraries, copies, forms etc., are being denied access to the Courts.

They are placed in this area of punishment when they are threatened, beat or abused.

Any and all federal employees (who act under color of law) who's case is handled <u>by</u> the Defender <u>need</u> no such law libraries which information is available to them 24 hours a day in the libraries or on the net, ironicly, have their legal issues handled <u>for</u> them. They don't <u>need</u> the latest, greatest and most up to date information which <u>could</u> save their lives.

The inmate also, has (generally, especially sex offenders) no such access to these materials and no access to large sums of money (especially the Plaintiff who makes only $5.22 a <u>month</u>) for which to secure representation. He/I do not have money hidden. This suit is filed "in forma pauperis". I don't have the funds to copy everything at 13¢ a page, type it up at $5.0 for a carbon ribbon which covers only 20-30 pages, nor the cash to send those documents certified to one, let alone <u>all</u> the defendants on my suit (which costs $6.00+ each) let alone the fact I <u>do not</u> and <u>can not</u> get all the addresses of those included in my suit.

Thus, I am unable to "comply" with such requirements and thusly denied my 5th & 14th Amendment rights to "due process" and my 14th Amendment right to access to the courts. Rights given to me by the Constitution of the United States of which I am <u>still</u> a citizen of!

I don't have the training in law of Attorneys, I also don't have the vile sneakyness of some lawyers who choose to lie, misplace, or stab at tender wounds of those fighting for their rights. Those who face arrest and persecution every day.

Those whom have rights (but are denied) to equal protection under the law. Those whom now face farces of a trial because they are "molesters", "skinners" and baby rapers (call a 16 yr old boy with a 8" penis a baby!) Such trials our founding fathers sought to fight against as stated in the Declaration of

18

Independence.

Defendant Attorney Adebonojo shows a lack of understanding of the rule and understanding of "in favorable light". Neglects key sentences and phrases written in the suit. And, it seems, he is "too busy" for his capacity as a Defendant as he has already placed one delay in his response to the Court, after having 90 days to file such a response, due to his "military responsibilities" and may be unable to adequately represent the interests of the people of the United States of America and those he is to defend. Those people who's lives hang in the balance (literally; at 225 victims & 400 missing "predators" a month) lives of men, women, and children.

Perhaps he should pass this suit on to others with more experience and more compassion.... and more time.


— Constitutional Claims —

Perhaps Mr Abedonojo should read again the page after the address sheet of defendants which states the amendments of which the Plaintiff claims have been violated (Amendments 1,5,8,9, & 14 and Article 1 Section 9 of the Constitution of the United States of America.)

The Directors, Wardens, policy makers, and the Attorney General (of whom custody I am in) "... are allowing policy to be made..." and, as facts set forth in the suit and my first reply; and the fact that M Powanda and other federal employees, whom by denying myself and others like me health care services, by denying access and delaying treatment and testing (sometimes up to 1½ years) are showing indifference to the needs of the Plaintiff.

Some make the claim of "not enough money" while they throw perfectly good, new shoes, shirts,    pants, pillows and sheets - still in their original packaging — into the trash and out the back gate. While they have pasta parties and bar-b-que's while I eat food marked "Not for Human Consumption."

It also states in "Rules of Civil Procedures" that all initial claims are

to be brief and concise. Thus "detailed" statements are <u>not</u> in the "complaint" but stated in the first reply which I <sup>sent</sup> out because I was <u>AGAIN</u> going to be transfered, such transfers which can take 2 to 3 <u>months</u> at a time, thus affecting my "timelyness" in my replys+ (being 7 to 14 <u>DAYS</u>) a statement which (should) be entered before the court and now in public record.

Either way, my "claims" of rights violated are not "vauge" but plainly stated. Denial of optical services <u>means</u> total denial of optical services. Denied dental treatment <u>means</u> <u>denied</u> dental treatment. <u>Denied</u> access to a doctor (being a right given all inmates) being <u>denied access to a doctor.</u> <u>Any</u> optical, <u>any</u> dental, <u>any</u> doctor. They <u>are</u> stated and <u>have</u> been expounded upon.

As to my "allegement" of denial or delay of service, without those services, which my medical record will show were denied or at the very least will not appear at all meaning they were not given. Without recieving those services, "need" can't be shown. Hence the requested injunction which will, as soon and if it is fulfilled, will supply copious amounts of "proof" of "need". Such proof of "need" which has existed since being incarcerated in county jail - 5 years ago. Services which at this rate will never be met as since entering the penal system, such care has been denied and as this will be hence for the rest of my life, at <u>this</u> rate, I shall <u>never</u> get.

— Administrative Remedies —

Yes, according to the PLRA (Prisoners Litigation Reform Act) Administ- rative Remedies <u>must</u> be fulfilled, <u>unless</u> not required by the judge or nolonger in the prison system or facility.

However, when one is denied access to the forms and/or ability to process administrative remedies; if ones remedies become "missing" again... and again, one is <u>not</u> allowed the right and ability to "exhaust" anything but himself.

Reciepts are not given until <u>after</u> the administrative remedy has

been processed. In the SHU, one does not have access to copiers to copy said administrative remedy, so if it is diverted, thrown away or ignored 1, 2, or 5 times of filing administrative remedies does no good anyway.

Administrative remedies take, for a BP8.5. 5 days, BP9 20 days but if a BP8.5 takes 14 days and is back dated to the 5 days, all "rules are broken. If the response is then "cannot handle at this level" and a BP9 is filed then ignored or inmate is transferred, then the administrative remedy process <u>cannot</u> be followed.

Anyone can throw the BP away and say it was never recieved. Anyone can say—Untimely— or say "not at this facility, must be filed in the facility housed at," which facility can deny such treatment as it did not happen there.

BP10's can not make it to or past or be returned at a regional level and most BP's are returned at a 10 & 11 level because "the process was not followed".

When you leave a region, all BP's are forwarded to the region you are <u>in</u> not handled in the region of offense, hence, BP are denied.

If you would like testimony as to such treatment I can supply 100 or 200 or more witnesses (up to 520 here at FCI-Ft. Worth) this <u>should</u> clear up this claim

Due Process through Administrative Remedy often is not and <u>cannot</u> be done nor completed in this seive of administration. If you do not believe a "corrections officer" would do such a thing... grow up! People are constantly amazed at the news of what C.O.s are doing in prison. What have <u>you</u> done as an attorney to further <u>your</u> own ends or win your case? Both in and out of Court. For some people it is the <u>only</u> power they have.

— Harrassment —

When one thinks of the word "Harrassment", one does <u>not</u> look at it as one would a splinter. We are talking about "sexual harrassment", "physical

21

harassment and abuse", hate crimes. <u>True</u> harrassment is a physical or psychological harming of a person, causing mental or physical deformation and/or scaring.

It is not a <u>rash</u> (which yes, can be deforming, but) which is caused by the severe actions of another person. It is not a joke told about lawyers. It is deeply offending.

In prison (for some) harassment is a daily, continuing practice. For "Sex Offenders", it is being harassed <u>hourly</u>. Verbal, physical and sexually. Insults, taunting, people literally in your face, Threats, It is physically thrown objects, spitting, poking, hitting, tripping, being pushed down stairs, beat bloody with fists and boots (steel or composite toe). Its about

Its about <u>daily</u> theft of food, books, supplies and clothing. It is extortion and blackmail. I personally have paid out $50\text{\textdegree}$ to $75\text{\textdegree}$ a month for protection. I personally have paid in "sexual favors", washed clothes & cleaned rooms of others—indentured servitude and slavery. Been <u>sold</u> to others.

Its about your mail and legal mail coming in and going out. Glasses and books being diverted, stolen, and thrown away. It's having personal mail read out loud to others by staff and shared with inmates. It's about being laughed at and humiliated while the words of the only two people who care about you and will write you are read aloud and made fun of.

It's about being denied a place of safety and being hit with a "lock-in-a-sock" and waking up with a dent in your head.

It's about being hit and shoved and your glasses broken, then denied new ones from family or in house services. Its being denied dental and health care services.

It's about Rape. We are said, whether we have touched a "child" sexually or not, be he 5 or 16 years old and big enough to beat the shit out of you, to be a baby raper, then raped and told we get what we deserve. Forced into sexual slavery. To contract HEP or HIV because protection isn't available to us. Being made to act like women whether gay or not and being pimped, prostituted and sold as chattel. Sex offenses against <u>us</u> which will never be prosecuted and for which no one will ever face

22

"lifetime registration". No, he will be patted on the back and praised by inmates and staff. You try telling yourself everything will be "ok" while someone is swabbing your colon and urethera with a rape kit.

— Institutional Placement —

So why do I want facilities for sex offenders and gays only? Why do I cry for the mercy of the court? If I am going to be spending the rest of my life, or even the next 5 years in prison, PLEASE let me pay my "debt" in peace. If you won't supply such a place, lock me up at home where I can control my own safety.

The treatment is unproportional to the offense. Until now SO's tried legally to get some kind of treatment and were legally refused. Now, It is "required" to take forced therapy, which even the government admits does not work but is now required by the "Adam Walsh Act". Those 10%± who are innocent yet convicted, will never pass the "tests" to qualify for release. Lie detectors are used so they can't lie and say they did it. Such Irony. Its a loss of Good time (illegally), halfway house.

Its a loss of access to jobs and programs In and out of prison because they "require" computers. In the "real world" is a denial of computer jobs, cell phones, camera cards, PDA's, Electronic books, game consoles and who knows what else. Why? all are internet enabled and require a computer to use, load, or download content to like music and MP3 players. Forever a "Black Collar Worker" relegated to manual labor only. Destined to live on the streets because of Zoning laws.

While it is true, I have no constitutional right to placement in a particular institution, I do have a right to placement in an institution (which is not available) where my safety and well being are not in jeopardy (Fitzharris Vs Wolff 702 F.2d 836 (83)) & (Gullantte Vs Potts 654 F.2d 1007, 1012-1013) both cases which were self evident enough to not require Supreme Court ruling on. From Wardens up and down, it is known of sex offenders and gays vulnerability. I can quote pages of such case laws such as (Taylor Vs Michigan Dept of Corr. 69 F.3d 76 (95))

You know it, I know it and the Court knows it. There is simply no place (currently) in the Federal Penal system to in "reasonable safety," serve my time. Such lacks in the Penal System which have caused other prison systems, by simular circumstances, to be declared "unconstitutional" and "cruel and unusual". ( Hutto Vs Finney 57 L.Ed. 2d 522) (Rhodes Vs Chapman 452 US 337 (81)) and ( Battle Vs Anderson 376 F.Supp 402 (74) ).

Thus, my only other option is home, on house arrest. My guardian recieving <u>half</u> of what the government pays the BOP for my care, which they barely provide for, and for which <u>she will</u> be able to provide for my mental, physical, nutritional and educational needs. As is <u>supposed</u> to be provided and done more completely. And (with regular health insurance) will be done in a less costly    more <u>timely</u> manner than is I can be done by the government and BOP (DOJ).

Serving of a <u>federal</u> sentence does not <u>need</u> to be done in a federal prison as the federal government currently engages in releasing federal inmates to halfway houses, then placed on house arrest in their home and "rent" out the bed space to <u>another</u> inmate and recieving funding for <u>both</u> inmates. As Mr Abedonojo knows... or <u>should</u> know...

These existing prisons do <u>not</u> contain places of "reasonable safety" for SOs or gays who are marked for mistreatment and abuse by inmates and staff. Its <u>not</u> a matter of personal color choice or the landscape, or even the weather. Its a matter of physical and psychological well being. Its also a matter of reduced costs and fear (if anyone even cares) and <u>ultimately</u> a matter of <u>safety</u> of the peoples and population and <u>CHILDREN</u> of the United States of America.

— THE MONEY —

This suit ultimately is not about the money. The money is to help to create a change. A way to make a start on a facility that <u>will</u> make a difference. A facility that <u>will</u> help SOs psychologically. A program that <u>will</u> help correct those whom recieved no help, comfort or mercy during and

24

after their time of need.

A change that will _not_ and has _not_ been made by asking. It will only be made by _forcing_ people like Mr Abedonojo to have a change of heart _after_ it has begun, because his bias and prejudice, enforced by the bias and prejudice of others because they don't _understand_ the issues nor understand how to make a change; by creating that change, those who _know_ it _can_ be made... and how!

And, If a woman who has coffee spilled on her lap can win 1.? million dollars for pretending she didn't know it would be hot, to families of idiots who took a plugged in hair dryer into a tub full of water, or a radio plugged into the wall into a shower, then why can't a person who actually suffers physical disfigurement or dismemberment, psychological impairment and paralyzation because of direct action caused to them or allowed to be caused to them by federal employees and inmates and those they (the Attorney General) is responsible for.

People who may spend the rest of their lives seeking psychological help, cosmetic surgery or simple leave the country who does not and has not ever cared about them or their needs. Needs which will _not_ be met in prison. If some of these people had been helped as children and young adults for fractions of what I ask which individually less than someone who burn their laps and less than         who do foolish things and die. Those people who get paid more for their dead family member than do parents, wives, and husbands and children who have lost _their_ family member in the $87 billion dollar a year war they should have never been in.

Less than many "pork-barrell" projects which don't help _anyone._

SOs are in comas, have physical damage, colostomy bags, prosthetic limbs, paranoia and have even _died_ as a direct result of their mistreatment while under the care and keep of the Attorney General, DOJ and BOP in the "Federal CORRECTIONAL Institution's which do not help or correct but harm and allow harm to come to SOs. Or does care and help only go to every one _BUT_ Sex Offenders?...

25

— Qualified Immunity —

The biggest push for every person in all walks of life including the penal system is for people to accept responsibility for their actions If you deny access to doctors, dentists and psychologists, then by this and other means, deny knowledge of these problems or means by with which to diagnose the problem; and, if you deny access to these and other services that as a custodian and care giver for prisoners, the USA, BOP and DOJ are responsible for; Denial of this care as a care giver is knowledge-able, willful, and deliberately indifferent as to remaining purposefully ignorant, then they not only deny responsibility for their actions (and lack of actions) but then in actuality are committing a crime.

These who are supposed to be setting the example are guilty of those things they lock up people in prison for.

Thus, if Mr Adebonojo has read of my medical issues, seen the support-ing documents and/or has consulted with a doctor and has found indeed I have a serious need (progression to an early knee replacement is need) or even if in the face of the charge Mr Abedonojo (as did Ms George) fails to investigate such a claim for validity, then he too. (like she) is guilty of denying care by exercising deliberate indifference and cruel and unusual punishment (8th Amendment) (Estelle Vs Gamble 50 L.Ed. 2d 251) including delay of treatment ( Johnson Vs Lockhart 941 F2d 705 (8th 91)) In the "real world" such action is considered "conspiracy" and for every other citizen of the United States of America "Aiding and Abetting".

So along with the policy makers, health care providers etc., etc., if it is their job to deny this care instead of provide, then they qualify under "Qualified Immunity" beings as it would be in the course of their duties to deny.

If not, they are outside of their official capacity (unlike federal Prosecutors who can threaten people with abuse... apparently), thus they are not covered. This treatment would also mean a criminal charge and/or fines and/or prison time.

26

— Ex post facto —

United States Constitution Article 1 Section 9

... ummm... 10 years vs life due to civil commitment, which would be carried out in the same federal prison system. A system where people are sent to be punished. Being held in the federal penal system is considered "punishment" for crimes committed. This does become a substantial increase. No "likelyhood" about it... unless on my civil commitment I suddenly gain access to a Playstation, CD players, etc. allowed in state looney bins of today.

(Smith Vs Doe                    ) may state it (punishment) must be intended to be inflicted and punative. Continued incarceration in a penal institution is punishment. One is not "accidentally" left in prison.

If the "Adam Walsh Act" was not "meant" or "intended" to be punative it would not focus on extending prison times, civil commitment, longer sentences etc. There would be allowances and funding for assistance programs. Funding for prevention of offenses by assisting those SOs in need before they offend. Funding for Victims Assistance Programs. The "Adam Walsh Act" like all other Sex Offender Acts are INTENDED to be punative. It was what they were created for. Thus it does, along with all the others, fall under the "ex post facto" clause, thus constitutionally illegal!

"... laws that includes every law that changes punishment and inflicts greater punishment..." (Miller Vs FLB 482 US 423)

"Alters the definition of criminal conduct and increases the penalty by which a crime is punishable." (Cali Dept of Corr. Vs Morales 514 US 499 (95))

"... it must apply to events that occured before its enactment and it must disadvantage the offender affected by it.". ( Weaver Vs Collins 450 US 24 (81))

Civil Commitment and monthly federal registration with names, pictures and addresses on a national (world wide web) so everyone knows where you live so they can come graphitti your house, kill your dog, shoot at your landlord and friends and family and burn down your home before they kill you (all of which have happened and more) is a serious disadvantage. Charging someone with a crime that the mere word of it has a 95% conviction

27

rate with 5000 people wrongly accused. A crime where one person can goad a child (or do it themselves) into saying they were molested, or plant nude pictures (1,5,10,000?) of children on someones computer. Pictures apparently so available on the world wide web. Or push and push and push and promise and tease a sexually deprived and depraved person who legally is deprived of their sexual desire by someone pretending to be a teen. Someone so close that <u>without</u> such temptation <u>May</u> have left any and every child alone but was temped to a breaking point then when "allowed" to meet, by someone who <u>doesn't</u> have a desire (in real life) to meet with fat, dirty, old men for sex, who have pushed him to the brink of offense, an offense he may have already gone over the edge on due to the pushing and actually raped and killed another <u>REAL</u> child before going to "meet" the "internet child" (You people <u>DON'T</u> know what you are doing!)

But you entrap him/her and arrest them and ruin their life more. Or you just plant the evidence and arrest them anyway. It's so easy to do with a worm it's pitiful!

<u>Yes</u> it is "intended". <u>Yes</u>, it is extending sentence times, <u>Yes</u> it is making harsher penalties and <u>yes</u> it creates a <u>serious</u> disadvantage. It <u>is</u> a violation of "ex post facto" And it <u>does</u> apply.


## — Denial of Access to the Courts —

Apparently, while I have been in the SHU, with no access to tvs, radio, newspapers and current case law, the case of (Bounds Vs Smith 430 U8 817) was repealed. as well as Amendments 5 and 14 of the US Constitution (all about "due Process" and "access to the courts")

I guess, then, I have no claim. Mr Abedonojo (as well as 10th District Judge Cassell) missed the page where I <u>plainly stated</u>, denial of access to legal books, current legal materials, legal assistance, law library time, mailing materials, mail in and out, access to my legal materials, PSI, Central File, court transcripts, time to prepare, legal copies, early judgement, lost and stolen property and legal work, delay in recieving recovered legal work (Mr Feltman - SIS FCI Allenwood.)

28

These incidences which have caused a denial of appeal, extended prison time, denial of access to the courts (etc etc) but don't seem to fall under his claim of (Pg 19) "that he had suffered...", this suffer not suffering" extending to a loss of goodtime, loss of Constitutional Rights, loss of legal access and access to legal, which directly affects my rights and my right to "life, liberty and property"... by denial of appeal through a 2255 Habeus Corpus.

— Injunctive Relief —

It is apparently better for inmates (prisoners) to be deaf, dumb, blind, infected, gimpy, starving, wasted and diseased. And Mr Abedonojo apparently agrees.

Of course this would be contrary to my stated rights and pervious case and case law, nutritional needs as put forth by the federal government, my optician and glasses prescription (requireing bifocals) and an ortho-pedic surgeon who has stated I have a cyst growing behind my knee, a tear in my medial miniscus, a pocket of calcifications (of the ditular sort) in my knee joint, advanced arthritis, and if pressure isnt removed from my patella, I will be an early canidate for knee replacement (normal knee replace-ment not done until 55 years of age)

If I could get a copy of my file both in and out of prison, I could prove this diagnosis and I could share it with the Court.

Or, If I were able to see another orthopedic doctor, today, he would confirm such a diagnosis for the Court. Of course this would not be behoving to Mr. Adebonojo's case.

All SOs should be included in this injunction as the punishments and treatments enacted upon them daily, place them in mortal danger. They are denied safety and care "allowed" regular" inmates. Such an injunction stands to directly and without delay, correct such rights violations for the plaintiff. Rights the Plaintiff should have had all along.

It is the least intrusive method for his care, as such services are not being provided.

29

To allow such services would thus stop the clock on the violation of the Plaintiffs 8th Amendment rights against cruel and unusual punishment.

It would stop such conflicts as a bottom bunk pass and denial of access to weights etc. yet he is required to walk up 3 flights of stairs each day to eat, work, go to the library, etc. (and has to walk <u>down</u> those 3 flights as well)

I still don't have glasses internally (5 months later) glasses from my family have "disappeared". No one has been hired to make teeth, thus extending the time to get a denture plate another year (to 3 years). 4½ years from time of being pulled (June 1 2006), till a plate is made. Until then I don't eat fresh vegetables, steak, deserts, fries, fresh fruits, cookies, salad, burritos, chicken nuggets etc., etc., etc...

I only have 5 years to go on my sentence. I am sure my knees, ears, eyes, teeth and psychological well being will hold... At which point I will lose my good time and be civilly committed and spend the rest of my life with the same health issues.

It is the responsibility of the DOJ & BOP to provide such care. I am in their custody. I had to accept responsibility for <u>my</u> actions. But I guess this only applies to inmates and Sex Offenders. I <u>must</u> resort to <u>law suits</u> because <u>no one</u> will provide these services that every other American can get on a daily, if not hourly (glasses) basis. I am being denied at every turn.

Its' a "catch 22" situation. The BOP won't provide the service to show it <u>is</u> needed. No one will take my word for it, and if the judge doesn't order it the court won't find out. Either way!

I a prisoner and a sex offender. Someone who is destined to spend the rest of their life in a prison system unable to provide a "reasonably safe" environment, anywhere, anytime. A system who for 5 years has refused to give me the care and treatment I need for known issues. Policy Makers and management have refused to help.

<u>If</u> I were ever going home I <u>could</u> have consoled myself with the fact that as a <u>citizen</u> I could sue for the pain and anguish I had

30

suffered after showing (as a citizen) I had a previously <u>needed</u> the service and had been denied as I could have gone to an orthopedic specialist at any time, as well with the glasses, hearing, teeth dentist, and psychologist/hypnotist. All experts in their field all able to give testimony that a nurse who denies and a general practitioner, policy makers and management denies.

As a citizen I can recoup for pain and suffering. Meantime, the BOP is paid (approx) $400,000 - for my care and keep. I get used clothing, used sheets, used pillows, boots, books, old mattresses etc. No psychological care, no medical help, no glasses, no teeth, little food. No legal advice, no education. No radio, no car, bike, CD's, TV's, toys, games, hobbycrafts, no salary, no protection. Freetime, privacy, stamps, soda, juice, and no choice.

I am only asking for what I <u>should</u> already have.

— Conclusion —

As of this writing, 4 SO's have gone to the SHU for protection reasons. They have lost over $1000 - in clothing and items. I myself have lost over $500 of stuff the last 5 years. All of which I get <u>no</u> compensation for even though the BOP is responsible for me, others actions, safety, security, provides the locks I must buy, the lockers to lock and the rooms to hold the locker in.

One SO was bent because he refused to perform sexual favors for another inmate because he (the SO) was just that. An SO. He has received sticher <u>across</u> his face. A scar he will carry for the rest of his life. be because <u>he</u> refused to submit to sexual exploitation.

Another went for trying to get his stolen property back when SIS did nothing to help him. His shoes, boots (he paid for) were stolen, his clothes shredded and his property stolen.

Another is paying $100 a month for safety to stay on the compound (Michael Pacheco, Don Brown, and Weaver)

They and others are abused and hurt here and elsewhere, who should <u>never</u> have had to experience had they been provided "reasonable safety.

35

If they return to the compound I will do all that I can to help them file personal law suits. This mistreatment of SOs here and in the real world will only subject the youth, women and men of today to worse and more harmful and more horrendous treatments. They will be subject to more torture and suffering and death because of the desperation and pain being caused continuously daily on those who have already been mistreated and abused.

There were 89,000 reported cases of abuse against children in 2006. Over 100,000 registered Sex Offenders are missing. Every day that goes by 225+ kids are abused sexually. Each week that goes by 100+ SOs go into hiding. It will only increase and escalate as these treatments are allowed to continue. We must act in _positive_ ways NOW to prevent further abuse on either side.

Please Your Honor Rule in my favor. Let's start to help now. _Allow_ the injunction so I can get the care I need.

We must work _now_ to save the children of today, yesterday, and tomorrow.

I hereby certify the above to be true and correct to the best of my ability

Roger Jackman

Roger Jackman
Pro Se