UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Roger Jackman
Plaintiff

vs

USA et al

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No 1:07-CV-00691 (RWR)
Motion to extend to perfect complaint or/and judgement for the plaintiff

## Motion to extend to perfect complaint.

Your Honor, I would move to request for a 60-90 day extention to perfect complaint.

If you are satisfied thus far, I would request that you give judgement for the plaintiff and request the defense enter into mediation with the plaintiff as he has an equitable solution which will benefit all citizens of the United States of America.

I do also have statements and more medical documents and supporting documents to submit if the previous 200+ pages was not satisfactory enough to render judgement in plaintiff's favor.

Roger Jack
Roger Jackman
Pro Se