SCOTT D. CHENEY (Utah Bar #6198)
Assistant Utah Attorney General
MARK L. SHURTLEFF (Utah Bar #4666)
Utah Attorney General
Attorneys for Defendant State of Utah
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0150

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | **MOTION TO SUBMIT STATE OF UTAH'S MOTION TO DISMISS FOR DECISION**<br><br>Case No. 1:07-cv-00691 RWR<br><br>Judge Richard W. Roberts |

　　　　Pursuant to Local Rule 7(b), Defendant State of Utah, by and through counsel, Scott D. Cheney, Assistant Utah Attorney General, respectfully submits its pending Motion to Dismiss (docket no. 20) for Decision. The State of Utah's Motion to Dismiss was filed September 4, 2007. This Court directed Plaintiff to file a response to the Motion to Dismiss on or before October 5, 2007, or the Court could deem the motion conceded (see docket no. 21). Plaintiff filed a blanket "Reply to all Responses by Defendants" (docket no. 28) on October 15, 2007.

Plaintiff's twenty-eight page Reply does not oppose or even address the State of Utah's Motion to Dismiss.

In the absence of a response directed to the State of Utah's Eleventh Amendment immunity, its Rule 12(b)(6) Motion to Dismiss should be conceded and granted. Defendant State of Utah respectfully submits that motion for decision.

DATED this 29th day of January, 2008.

        MARK L. SHURTLEFF
        Utah Attorney General

        /s/ Scott D. Cheney
        SCOTT D. CHENEY
        Assistant Utah Attorney General
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on January 29, 2008, I electronically filed the **MOTION TO SUBMIT STATE OF UTAH'S MOTION TO DISMISS FOR DECISION** using the court's CM/ECF system, and mailed a true and correct copy by U.S. mail, postage prepaid, to:

Roger Jackman
R# 10507-081
Federal Transfer Center
POB 098801
Oklahoma City, OK 73189

                                                /s/ Yvonne Schenk