# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROGER JACKMAN,** ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No. 07-0691 (RWR)** |
| **v.** ) | **(ECF)** |
| ) | |
| **UNITED STATES, et al.** ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO ENLARGE TIME
## TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to file a reply Plaintiff's opposition to Defendants' Motion to Dismiss.  Defendants request up to and including February 29, 2008, to file a reply.

1.    Plaintiff, a *pro se* prisoner, brings this action apparently alleging constitutional claims against the United States, the Bureau of Prisons and other Defendants.

2.    On November 19, 2007, Defendants responded with a Motion to Dismiss and Plaintiff filed an opposition that is as incoherent as his complaint.

3.    The undersigned is seeking additional time to properly digest Plaintiff's pleading and respond accordingly.

4.    Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Wherefore Defendants respectfully request that this motion be granted.  A minute order is respectively requested.

_____

[1]  Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

February 1, 2008                          Respectfully submitted,


                                          _/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney


                                           /s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney


                                           /s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 514-7157
                                          (202) 514-8780 (facsimile)

<u>**CERTIFICATE OF SERVICE**</u>

I certify I caused copies of the foregoing Defendants' Motion to File an Extension of

Time to File a Reply to be served by first class mail upon *pro se* plaintiff at:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189

on this 1st day of February, 2008.          _/s/_____
                                             KENNETH ADEBONOJO
                                             Assistant United States Attorney