UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN,<br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES, et al.<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 07-0691 (RWR)<br>)　(ECF)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO OPPOSE MOTION TO EXTEND TO PERFECT COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to oppose Plaintiff's Motion to Extend to Perfect Complaint. Defendants request up to and including February 29, 2008, to oppose.

　　1.　　Plaintiff, a *pro se* prisoner, brings this action apparently alleging constitutional claims against the United States, the Bureau of Prisons and other Defendants.

　　2.　　On January 22, 2008, Plaintiff filed a Motion to Extend to Perfect Complaint.

　　3.　　The undersigned is seeking additional time to oppose Plaintiff's motion and file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss simultaneously.

　　4.　　Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Wherefore Defendants respectfully request that this motion be granted. A minute order is respectively requested.

February 1, 2008　　　　　　　　　　　　　　　Respectfully submitted,

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

  /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Extend Time to Oppose Plaintiff's Motion to Extend to Perfect Complaint to be served by first class mail upon *pro se* plaintiff at:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189


on this 5th day of February, 2008.    _/s/_____
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney