UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ROGER JACKMAN,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 07-0691 (RWR)
                                        )
UNITED STATES OF AMERICA *et al.*,      )
                                        )
                                        )
            Defendants.                 )
_____ )

ORDER

  In papers docketed as a motion for a temporary restraining order and order to show

cause, plaintiff seeks an order "to ensure that he receives a restoration of his constitutional

rights and protected liberties. . . ."  Memorandum of Law in Support of Motion for

Temporary Restraining Order and Preliminary Injunction [Dkt. No. 6] at 7.  Temporary

restraining orders and preliminary injunctions are extraordinary remedies.  A temporary

restraining order can be granted only if:

> it clearly appears from the specific facts shown by affidavit or by the verified
> complaint that immediate and irreparable injury, loss, or damage
> will result to the applicant before the adverse party or that party's attorney
> can be heard in opposition.

Fed. R. Civ. P. 65(b)(1).  To prevail on a motion for a preliminary injunction, plaintiff must

"demonstrate 1) a substantial likelihood of success on the merits, 2) that [he] would suffer

irreparable injury if the injunction is not granted, 3) that an injunction would not substantially

injure other interested parties, and 4) that the public interest would be furthered by the

injunction."  *Katz v. Georgetown University*, 246 F.3d 685, 687 (D.C. Cir. 2001) (*quoting*

*City-Fed Fin. Corp. v. Office of Thrift Supervision*, 58 F.3d 738, 746 (D.C. Cir. 1995)).  The broadly worded motion presents no grounds for granting emergency relief.  Most significantly, plaintiff has not shown injury that could not be remedied by the relief he seeks in the complaint.  Accordingly, it is

ORDERED that plaintiff's motion for a temporary restraining order and order to show cause [Dkt. No. 6] is DENIED; and it is further

ORDERED that defendants' unopposed motions for enlargements of time [Dkt. Nos. 26, 30, 38, 39] are GRANTED *nunc pro tunc*.


_____/s/_____
RICHARD W. ROBERTS
DATE: March 7, 2008          United States District Judge

2