*[handwritten: Motion to file GRANTED. / RWRoberts, USDJ 3-22-07]*

UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

**RECEIVED**

MAR 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Roger Jackman,
    Plaintiff,

vs

United States of America,
et.al.,
    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No.:
  1:07-CV-00691(RWR)

MOTION FOR DIRECTED VERDICT

---

## MOTION FOR DIRECTED VERDICT

I, **Roger Jackman** the Plaintiff; do hereby request that the
Honorable Judge Roberts to award, by "Directed Verdict", this suit,
<u>to</u> the Plaintiff; by virtue of the facts:

1) That; Jail, prison, US Marshals, and law enforcement officers,
"guards", and management are responsible for the safety, keep,
feeding, and medical care of those placed in their charge...

    a) Clothing, food shelter medical care and safety...
    [Deshaney vs Winn. Cnty. Corr., 489US189 (84)] *

    b) "Having striped [prisoners] of virtually every
    means of self protection..."
    [Farmer vs Brennan, 511US825 (94)] *

    c) Adequate or reasonable medical care...
    [Estelle vs Gamble, 429US97 (76)] *

    d) Constitutional violation where long sick call
    lines discourage use...
    [Casey vs Lewis, 834FS1477 (DAR 93)] *

2) That, citizens of the United States of America are to be
free from cruel and unusual punishment as guaranteed by the
""Constitution" of the United States of America...

(* See Addendum A)

e) "...nor **cruel and <u>unusual</u> punishments inflicted.**"
[Amendment VIII, United States Constitution] *

f) Disproportionate to the offense...
[Trop vs Dulles, 356US86 (59)] *

g) Cruel for purpose used...
[Robinson vs California, 370US660 (62)] *

h) "...[E]very person, including an incarcerated
felon has the right to be free from fear of offen-
sive bodily contact..."
[Wilson vs Seiter, 475US312 (86)] *

3) For treatments against a specific class of inmates (people)

of which treatments are not "common in nature" to other

inmates (People), as it includes high instance of all types of

abuse, rape, theft, and extended periods of time spent in

"Protective Custody" and in "Special Housing Units"; of which

such places constitute "punishment". And, of which such holding

includes a denial of rights as set by Bureau of Prisons "Policy

and Proceedure" and of the "Code of Federal Regualtions". Thus

they are being denied **equal rights** as out forth by the "Cons-

titution" of the United States...

i) "The enumeration in the Constitution, of certain
rights, shall not be construed to deny or disparage
others retained by the people."
[Amendment IX, United States Constitution] *

j) "All persons born or naturalized in the United
States...are citizens of the United States and the
State wherein they reside. No State shall make or
enforce any law which shall abridge the privilages
or immunitites of citizens of the United States...
**nor deny to any person within it's jurisdiction
the equal protection of it's laws.**"
[Amendment XIV, United States Constitution] *

k) "The gratuitous beating or rape of a prisoner by
another serves no legitimate penological objective,
any morethan it squares with the evolving standard
of decency."
[Farmer vs Brennan, 511US825 (94)] *

l) Bureau of Prison "Program Statements and the
   Code of Federal Regulations: *

(2)

| | | |
|---|---|---|
| Education, Training... | 5300.17 | 28-544 |
| Good Conduct Time Credits | 5884.02 | - |
| Health Services Manual | 6000.05 | - |
| Inmate...Special Housing Units | 7270.07 | 28-541 |
| Legal Activities, Inmates | 1315.06 | 28-543 |
| Library Services, Inmate | 1542.06 | 28-544 |
| Psychology Services Manual | 5310.12 | - |

4) Such treatment of which the holding facility and employees

are responbsible for according to "Tort Law"; for loss and

theft be it personal or corporal...and such treatment of

which is an illegal addition of <u>punishment ON THAT INMATE</u>..**⁑

 m) "Any treatment to which a prisoner is exposed
 is a for of punishment, because it is punish-
 ment above the imposed sentence."
 [Landman vs Royster, 333F.Supp621,645 (71)] *

 n) "...an incarcerated felon has a right to be free
 from fear...[A]ny person who violates either of
 these rights can be held liable both civily and
 criminally..."
 [Wilson vs Seiter, 475US312 (86)] *

 o) The federal government has waived immunitiy for
 the negligent loss of prisoners property by govern-
 ment employees...
 [Dahler vs US, No.05-4782 2007] *

 p) Bureau of Prisons "officers" are not "law enfor-
 cement officers" for purposes of <u>28 USC §2680(c)</u>.
 [Us vs Andrews, 441f.3d220 (4th 06)] *

5) That, citizens are guarenteed "Civil Rights" (and rights

of which are upheld according to repeal of the "Jim Crow

Laws" passed in 1865-1866), and rights of "due process" and

"fair and adequate" representation in a court of law, espec-

ially by court appointed attorneys...

 q) "...nor be deprived of life, liberty, or property,
 without due process of law..."
 [Amendment  V, United States Constitution] *,***

 r) "...nor shall any State deprive any person of
 life, liberty, or property without **due process** of
 law; nor deny to any person within it's jursidic-
 tion the **equal protection of the laws.**"
 [Amendment XIV, United States Constitution] *

(** - See Addendum "B") (*** - See Addendum "C")

s) Defendant has a right to a meaningful relation-
ship with counsel...([Chesney vs US, No.03-2729]);
and the "Sixth Amendment right to counsel implies
much more than a minimum level of professional
**competence, undivided loyalty, and fidelity of** com-
mitment being guiding principle in this important
area of Sixth Amendment jurisprudence."
[United States vs Alverez 580f.2d1251 (78)] *,****

t) Ineffective Counsel...
[Finche vs Vaughn, 67f.3d909 (95)] *

6) That, citizens of the United States are allowed equal rights

and protections against unusual and unfair laws and practices

which discriminate against a type or race of people; and

abuses of it's prisoners by unusual punishments; in prison and

out; current, future and now retroactive...

u)"...**nor deny to any person within it's jursidic-
tion the equal protection of the laws.**"
[Amendment XIV, United States Constituition] *

v) The Supreme Court - "...alters the definition
of criminal conduct or increase the penalty by
which a crime is punishable." (in re:ex post facto)
[Cali. Dept. of Corr. vs Morales, 514US499 (95)] *

w) Ex Post Facto - "Every law that changes punish-
ment and inflicts greater punishment,,,"
[Miller vs Florida, 482US423 (87)] *

7) And, based on case law and evidences previously presented;

current case law now presented (here and in "Addendum A" and

"Addendum B"; and more case law, evidences and testimony in

the future (if necessary); and for proofs available on video,

made at various prison institutions which if not soon flagged,

will be lost due to delays, especially calculated delays

by the defense), but which can be corroberated by testimony

of witnesses; and for other reasons not stated here (for

clarities sake).


(**** - See Addendum "D")

(4)

## Conclusion

While for a person in the "Real World", who can receive quality Health Care any time, and who are in positions of power to command as they will, it is easy for them to be unsympathetic and dismiss the needs of others because it becomes "assumed" that help is available for everyone because it is available to them. Some people can't imagine living without having houshold staff and drivers.

Some people assume we (in prison) are getting the best possible care that many of them cant get or afford and we receive it at the asking. This is not so. For many of us this care we finally receive is because of months and years of requests, threats, "Administrative remedies" which become; "lost", "misplaced" or "never recieved", and finally law suits which take years and can (and are) dragged on and on and on...ad nauseum...

And, due to the idea, which is shared by many BOP/DOJ employees that if you wait long enough, the problem will go away, be forgotten, or the person will finally shut-up and suffer in silence like a good inmate should. Many people (including a majority of BOP/DOJ employees) believe; because we are inmates, we are all liars. Thus, anything said, no matter how many witnesses, is ignored...because an inmate said it.

This is not "alleged" mistreatment and loss of rights, it IS mistreatment and loss of rights which is done not only to myself, but but many thousands of others. We have very valid claims which many are too old, sick, or weak (physically and mentally) to be able to push to conclusion...it is easier to die. Some of these people are also the ones who will one day get out of prison and will "punish" someone or something even weaker than themselves...maybe to death.

It is also assumed that the BOP/DOJ have the <u>inmates</u> "control-ed" while the <u>inmates</u> believe they <u>allow</u> the COs to go home at night and they are in control of themselves and (in reality) no matter how many "controls" are placed upon them, they will <u>not</u> do as management "suggests". "Management" is only there ("allegedly") merely to keep it orderly, quiet, and keep happeneings out of the public and press. These are issues we won't touch on...right now...

These inmates who <u>ARE</u> in control, push and punish others as they deem; and those pushed and cruelly punished and abused, then are locked away from everyone for a time, then when the bruises have faded and the stiches have healed and been removed, they are moved <u>another</u> facility where it <u>will</u> happen <u>again</u>.

Meantime, they experience a loss of programs, training and necessary care <u>because</u> of this "removal". In this, we have <u>NO</u> "safe" place to go. So the cycle continues...

As well, they experience a continued loss of income and possessions by extortion and theft. They experience a loss of their <u>Constitutional</u> and human rights and much needed care.

This "alleged" [mis]treatment I <u>have</u> experienced <u>myself</u>. We are <u>not</u> treated <u>equally</u> or <u>fairly</u>, and in a world (prison) where all cop-outs, requests, mail (legal and personal) and phone calls can be ignored, thrown away, intercepted, and blocked at the will of inmates and staff, there is <u>no</u> recourse.

Blessedly their are a few "gems" who see the need, prescribe, and try to administer the needed care. To update the court, after the eye exam (approx.) 5 months ago, the prescription 4 months ago, with having not yet recieved <u>institution</u> ordered glasses, my sister took mercy upon me and after a month of sending my <u>new</u> glasses in three times, and after them being "lost" on a desk (she thought they were for another (???) inmate), I have glasses (bifocals).

An MRI done (Aug/Sep 07) and a diagnosis given in November, (see Addendum "E"); in which a cyst was found on a lesion/tear, "innunmerable loose bodies", a tear in a collateral ligament, and a tilt in the patella causing pressure and "marked wear". I (hear-say?) was told verbally by the doctor (please find him to gain confirmation)that there was a problem in the "cruciate ligament" and a tear in the meniscus tissue. Also, if a release of the press-ure wasn't removed by moving the tendon and inch or so to the side, this along with the calcifications and arthritis would then put me in the position to qualify for "an early knee replacement". This is serious need, this is delayed treatment, and this is cause of future risk...I have caselaw...

This diagnosis is serious enough that a knee brace (bars hinges and all) has been ordered so I can maintain a mobile lifestyle. The pain continues and I still have to climb up and down three flights of stairs repeatedly, daily.

As well, a hearing test has finally been done, molds formed, and hearing aids ordered. Apparently an "alleged" "whisper test" is a (bad) inaccurate and useless way to validly test hearing.

But, these being done (to each end) thus far; the factor still remains that the injury has been evidenced (in my medical record) and thus, the care I have been trying to get since the summer of 2003, which is much needed...care which I have requested "allegedly" through Ms. George, the Weber County Correctional Facility, Weber Sheriffs office, the state of Utah, US Marshals and the BOP/DOJ, has thus proved to be in fact, VALID. So direct conclusion (even on first blush) can be drawn that I have suffered a serious need for (almost) five (5) years. Five years of "alleged" pain and suffering,

Thus, "cruel and unusual" punishment and "lack of necessary care".

Meantime, I have yet to have dental work or even a dental check which is "required" by BOP "Policy" upon entering a new facility.

And, I have yet to be enrolled (again) in a psychological treatment of any kind and current psychological care has been stopped (not by me) after 3 visits in 2 months. This treatment, I can effort some kind of self-improvement (though not a "recommended" form of treatment), it is some kind of help even if self induced through "goal setting" method, enabled by a licenced hypno-therapist, or can be induced by an inmate (for 10 books of stamps, $50.00) on payment.

Which brings me to my next point...In the "Real World", I designed, proposed, built, and managed an office which included, reception, mail, shipping, and marketing along with regular daily uses. At Weber State University in Utah, I wrote server instruction guides, emergency guides, policy and proceedure, repaired and backed up and maintained databases and servers; computer repair sites and manuals and handled printing and delivery for many different departments. A job I have recently been informed has been hired out to <u>four</u> (4) people as those hired after me (excepting one) couldn't handle the job.

This, along with setting up writing by-laws for, doing advertising, and managing a "Gay, Lesbian, Bi-sexual, and Transgender" student group at the same college and started work on a "Teen Safety Group" for GLB&T in local high schools where they have some place to go if they are being harrased or abused.

At the same time, I worked a second job at an online store in which I pulled orders and designed a catalog.

During this time, I was around adults and children at a pool without offending (proven by a police detective of North Ogden, Utah, by him questioning the local children and by an article run in the local paper with my name and picture requesting any who had been attacked or molested by myself to come forth...which no one did...

Since being in prison, besides <u>trying</u> to request an appeal, I have also designed and written a (several) proposal(s) for a "safe" prison, theraoy treatment program, and city (including jobs and funding) and a valid way to get approximately 75,000 of the missing registered sex offenders off the street...without threatening or arresting them. Programs that <u>WILL</u> work if given even HALF a chance...or allowed.

So, Your Honor, <u>IF</u> I am "incoherent" (is that a vaild pyschological diagnosis by the way? And <u>shoudln't</u> it be "allegedly"?); it is because of the [mis]treatment of Sheriffs, FBI personel; lawyers, officers, employees, inmates and "management", and the denied treatment for needed dental, medical, psychological and LEGAL need; "alleged" [mis]treatment by the 10th circuit courts, the State of Utah, lawyers, and BOP/DOJ who have "allegedly" denied me the right to appeal, due process and many other rights by denying me access to everything but my memory, paper, and pencil (and sometimes this as well)...

AND, my "incoherency" <u>could</u> "allegedly" stem from the fact, "Acts" laws and policy( I <u>didn't</u> write) is being set almost daily, which denies myself (and others "like" me), Constitutional rights; the right to live in privacy and peace; the destruction and loss of property; or even to live anywhere <u>especially</u> in many housing developments or cities.

The institution of "Civil Commitment", tagging and tracking for a crime which is in most cases (I am <u>NOT</u> rationalizing), total less than 5% of the total of <u>most</u> major crimes. And, being one of the

(9)

(very few if only) required to register by state and by nation
(along with 20+ other requirements).

So, if I am "incoherent", it is because I may never (10 years
and civil commitment), leave these ("allegedly" abuse) walls. I have
a lifetime of back watching, theft, harassment and denial of care to
look forward to.

And IF I can go, I will be watched, harassed, abused, violated
(more ways than one) on probation to continually serve over an over,
questioned, suspected, gps'd, denied housing, treatment, care, a family,
and many other freedoms and treatments comparable to the Jim Crow Laws
(See Addendum "C"), and which no one else will be "required" to loose
or be deined.

THAT is hard to "digest". THAT would make anyone (especially if thought
about for any legnth of time) "incoherent" and a blithering idiot if
not for the art of denial to save my sanity.

THAT is what will cause more registered sex offenders to go miss-
ing daily. THAT is what makes 225+ children sexually abused and/or
murdered daily because these "offenders" have no "safe" place to be,
no treatment, and no hope.

And THIS, is what I have to face. This treatment with the loss
of these constitutional rights is undue, disproportionate, "cruel and
unusual" and treatments even animals have rights to protect them for.

SO, for this and other reasons (not stated here for "clarities"
sake), because of the abused and denial of the Plaintiffs rights
stated in the "Complaint" and not...

I, Roger Jackman the Plaintiff, beg the Court to award "Directed
Verdict" FOR THE PLAINTIFF, and order the fulfillment of the much
needed injunction for the unfulfilled portion of psychological, dental,

and medical care;

Suspention of all "allegedly" illegal sex offender requirements above those of "regular " criminal "offenders";

"Safe" housing be done for the Plaintiff and others in prison with like charges;

And order the Defendants to pay to said plaintiff the requested award, or to enter into **immediate** mediation, to help to quell many of the future attacks on children, adults, "sex offender" inmates and citizens, and the Plaintiff.

For even if this case were to be brought before the Court or a jury, the evidence of such happenings are overwhelmingly in favor of the Plaintiff by a (definite) purponderence of evidence; and **no** other verdict **could** be found...excepting there be a **complete** miscarraige of Justice...

x) To subvert the will of Congress [is bad]...
[US vs Hankton, 463f.3d626,629]

Miscarraige of Justice
[Boyer vs US,55f.3d296,298 (7th 95)]

Roger Jackman

I, Roger Jackman the PLaintiff, do hereby state, under penalty of perjury, that the above information is true and correct to the best of my ability.

Feb 2 2008
Date

Roger Jackman

Addendum "A": Additional Case Law

a) Clothing, food, shelter, medical care and safety...
[Deshaney vs Winn. Cnty. Corr., 489US189 (84)]

| | | |
|---|---|---|
| 545US755 | 453F.3d53 (1) | 426FS2d1153 (9) |
| 546US768 | 455F3d427 (3) | 428FS2d584 (5) |
| 162LED2d668 | 458F3d785 (8) | 431FS2d753 (6) |
| 125SC2803 | 472F3d1031 (8) | 433FS2d1025 (8) |
| 125SC810 | 474F3d288 (6) | 434FS2d576 (7) |
| 445F3d406 | 474F3d639 (9) | 465FS2d417 (3) |
| 455F3d408 | 477F3d445 (6) | 466FS2d439 (2) |
| 372ADC323 | 480F3d513 (7) | 472FS2d1126 (7) |
| 433F3d463 (6) | 484F3d641 (3) | 471FS2d1301 (10) |
| 438F3d688 (6) | 485F3d333 | 471FS2d1303 (10) |
| 439F3d1061 (9) | 322FS2d708 (4) | 471FS2d1313 (10) |
| 443F3d284 (3) | 376FS2d66 (1) | 478FS2s828 (3) |
| 444F3d421 (5) | 417FS2d70 (1) | 482FS2d435 (2) |

b) Safety Issues
b) "Having stripped[prisoners] of virtually every
means of self protection..."-Safety issues-
[Farmer vs Brennan, 511US825 (94)]

| | | |
|---|---|---|
| 356US86 | 384F3d1261 | 442FS2d245 |
| 419US539 | 433F3d469 (2) | 448FS2d722 (4) |
| 475US312 | 439F3d1230 (10) | 454FS2d1016 (9) |
| 486US189 | 455F3d429 (3) | 459FS2d1008 (9) |
| 127SC2209 | 485F3d156 | 463FS2d991 (9) |
| 49LEd2d859 | 309FSupp362 | 476FS2d471 (3) |
| 57LEd2d522 | 333FSupp621 | 63MJ215 |
| 167LEd2d1059 | 899FSupp923 | 63MJ686 |
| 442F2d178 | 156FSupp2d588 | 64MJ477 |
| 508F2d224 | 437FS2d141 | 64MJ529 |

c) Medical Care Required
   Adequate or reasonable medical care...
[Estelle vs Gamble, 429US97 (76)]

| | | |
|---|---|---|
| 538US582 | 127SC1083 | 455FS2d1096 (9) |
| 539US137 | 439F3d1230 (10) | 459FS2d524 (5) |
| 541US645 | 462F3d889 (8) | 464FS2d349 (3) |
| 155LEd2d781 | 464F3d163 (1) | 465FS2d603 (4) |
| 156LEd2d173 | 485F3d156 (1) | 466FS2d589 (3) |
| 158LEd2d933 | 291FS2d816 (7) | 473FS2d623 (3) |
| 167LEd2d1083 | 399FS2d1218 (10) | 475FS2d153 (1) |
| 123SC1699 | 408FS2d637 (7) | 479FS2d461 (3) |
| 123SC2170 | 423FS2d887 | 480FS2d1120 (7) |
| 124SC2123 | 453FS2d722 (2) | 481FS2d1115 (9) |

Addendum "A": Additional Case Law 2

c) Medical Care Required
   Glasses

80F3d1433
85F3d86
88F3d885 (10
93F3d679 (10)
161F3d18
234F3d1130 (10)
318F3d1122
318F3d1126
338F3d165 (2)
379F3d1290 (11)

427F3d744 (10
427F3d752 (10)
430F3d1290
468F3d1210
825FSupp1411
949FSupp463 (5)
968FSupp436 (8)
999FSupp1283 (10)
46FS2d1123 (10)
65FS2d1230 (10)

88FS2d1261 (10)
184FS2d1222
184FS2d1224
241FS2d1203 (10
333FS2d1197 (10)
348FS2d1249 (10
375FS2d1205 (10)
377FS2d1063

c) Medical Care Required
   Dental

639F2d559 (10)
734F2d1313 (8)
766F2d404 (9)
852F2d1255 (9)
47F3d966 (8)
59F3d1030
94F3d1399 (10)
95F3d548
111F3d1364 (7)
865F2d198 (9)

123F3d1082 (8)
143F3d698 (2)
147F3d590
189F3d781 (8)
219F3d588
224F3d612
251F3d588
314F3d844 (7)
381F3d662
390F3d897

394F3d1034
32FedAppx149
94FedAppx459
122FedAppz311
181FedAppz548
151FS2d944
151FS2d990
330FS2d341
333FS2d892
455FS2d1110

c) Food required

425US33
425US237
437US678
463US288
77L.E.2d648
157L.E.2d864
103SC3008
124SC905
598F2d1035 (6)
652F2d348

706F2d964 (2)
436F3d540 (5)
209FedAppx206 (3)
321FS127
372FS1104 (7)
493FS129
507FS1192 (2)
275FS2d245 (2)
393FS2d1160 (10)
401FS2d654 (5)

440FS2d519 (4)
456FS2d1104 (8)
457FS2d1285 (10)
461FS2d799 (7)
473FS2d1268 (11)
239FRD100
239FRD554
359BRW261
171FedAppx687
398FS2d243 (dc)

D) Sick Call Lines too long
   [Casey vs Lewis, 834 F.Supp1477 (DAR 93)

128LE2360
131LE2999
14SC1638
115SC1997
951F2d1504
972FS1012
43F3d1261

773FS1309
834FS1043
834FS1477
834FS1553
834FS1569
837FS1009
863FS246

907FS1336
912FS1305 (9)
940FS254 (9)
946FS1512 (9)
13FS2d209 (1)
164FS2d1123 (7)
269FS2d1202

Addendum "A": Additional Case Law 3

d) Sick Call Lines Too Long cont.

| | | |
|---|---|---|
| 197F3d350 (9) | 872FS760 | 24CA4th908 |
| 296 F.3d746 | 889FS1256 | 29CaR2d874 |
| 329F3d696 (9) | 898FS1043 (2) | 43F3d1261 |

e) Cruel and Unusual
   [8th Amendment, United States Constitution]

| | | |
|---|---|---|
| 99US130 | 33L.E.2d351 | 247FS683 |
| 136US436 | 49L.E.2d859 | 247FS889 |
| 217US349 | 49L.E.2d872 | 302FS825 |
| 356US86 | 57L.E.2d552 | 364FS270 |
| 356US99 | 78SC597 | 372FS1104 |
| 408US241 | 92SC2728 | 899FS923 |
| 428US153 | 96SC2923 | 323FS2d807 (5) |
| 475US312 | 442F2d178 | 413FS2d736 (4) |
| 511US825 | 508F2d724 | 415FS2d1039 (9) |
| 2L.E.2d642 | 193FedAppx790 (10) | 415FS2d1039 (9) |

f) Disproportionate to the Offense
   [Trop vs Dulles, 356US86 (59)]

| | | |
|---|---|---|
| 363US615 | 428US336 | 472US230 |
| 369US370 | 429US102 | 477US406 |
| 372US148 | 430US363 | 477US419 |
| 372US225 | 430US667 | 481US300 |
| 377US166 | 430US671 | 487US821 |
| 387US255 | 433US476 | 487US848 |
| 391US519 | 433US592 | 511US834 |
| 392US532 | 438US620 | 517US990 |
| 402US202 | 441US75 | 536US311 |
| 408US242 | 445US272 | 536US738 |

g) Cruel for Puropose Used
   [Robinson vs Cali., 370US660 (62)]

| | | |
|---|---|---|
| 90US130 | 530US560 | 92SC2728 |
| 136US436 | 14L.E.2d517 | 96SC2924 |
| 217US349 | 33L.E.2d351 | 100SC1136 |
| 356US86 | 33L.E.2d360 | 103SC3008 |
| 381US488 | 49L.E.2d874 | 125SC1190 |
| 408US841 | 63L.E.2d387 | 323F2d813 (dc) |
| 408US257 | 63L.E.2d401 | 345F2d970 (DC) |
| 428US153 | 77L.E.2d647 | 348F2d853 (2) |
| 445US268 | 161L.E.2d890 | 373F2d453 (DC) |
| 463US287 | 85SC1684 | 417F2d505 (10) |

Addendum "A": Additional Case Law 4

h) Unwanted Bodily Contact
   [Wilson vs Seiter, 475US312 (86)]

453F3d1114 (8)         420F3d1124 (9)         464F3d85 (1)
453F3d1152 (10)        426F3d1254 (11)        466F3d61(DC)
455F3d427 (3)          431F3d1199 (11)        469F3d260 (3)
455F3d1152 (10)        432F3d812 (7)          471F3d767 (5)
459F3d251 (2)          441F3d221 (1)          473F3d623 (3)
472F3d387 (5)          444F3d788 (6)          476F3d259 (2)
308F3d720 (4)          454F3d1019 (9)         479F3d103 (DC)
320F3d523 (5)          455F3d1019 (9)         479F3d109 (DC)
338F3d1288 (11)        455F3d1105 (9)         480F3d1120 (7)
410F3d403 (3)          463F3d494 (3)          481F3d491 (4)

i) Enumerqation of Rights
   [Amendment IX, United States Constitution]

162L.E.2d13            142FedAppx54           256FS2d211 (2)
125SC2200              143FedAppx404          256FS2d494 (4)
391F3d742 (6)          174FedAppx683          270FS2d733 (4)
422F3d378 (6)          391F3d742 (6)          351FS2d1003 (9)
427F3d120 (3)          422F3d378 (6)          357FS2d253 (DC)
431F3d157 (3)          427F3d1203             366FS2d370 (4)
447F3d677 (9)          431F3d157 (3)          377FS2d950 (10)
448F3d962 (7)          447F3d677              380FS2d87 (2)
458F3d779 (8)          448F3d962 (7)          380FS2d984 (7)
132FedAppx379          458F3d779 (8)          399FS2d977 (8)

j) Discrimination
   [Amendment XIV, United States Constitution]

538US726              123SC1984              405F3d957 (11)
538US740              124SC1644              408F3d1099 (8)
541US218              124SC1995              411F3d484 (4)
541US513              126SC2464              422F3d395 (6)
541US534              344F3d1290 (11)        423F3d582 (6)
541US610              349F3d923 (7)          426F3d238 (3)
155L.E.2d971          353F3d128 (1)          431F3d451 (5)
158L.E.2d441          366F3d115 (1)          446F3d1034 (10)
158L.E.2d844          390F3d274 (3)          449F3d331 (2)
165L.E.2d539          393F3d567 (5)          457F3d1339

Addendum "A": Additional Case Law 5

k) Beating and Rape of Prisoners
   [Taylor vs Mich., 69F3d76]

| | | |
|---|---|---|
| 14F3d602 | 408F3d817 | 235FS2d794 |
| 110F3d1222 | 444F3d751 | 261FS2d880 |
| 141F3d616 (6) | 444F3d752 | 294FS2d794 (2) |
| 228F3d740 (6) | 968FS1218 | 166FRD397 |
| 249F3d506 | 979FS562 | 86Geo1953 |
| 249F3d508 | 122FS2d869 | 87Geo1904 |
| 265F3d394 | 122FS2d903 | 88Geo1715 |
| 275F3d573 | 41FS2d786 | 89Geo1897 |
| 287F3d603 | 73FS2d797 | 90Geo2005 |
| 349F3d906 | 93FS2d900 | 51FedAppx512 |

l) SHU, Programs and Losses

| Name | BOP P.S. | CFR |
|---|---|---|
| Central Inmate Monitoring System | 5180.04 | – |
| Claims Under Federal Tort... | 1320.03 | 28-543 |
| Classification...Review... | 5322.10 | – |
| Computation of Sentence | 1330.12 | 28-571 |
| Control Unit Programs | 5212.06 | 28-541 |
| Inmate Central File, Privacy... | 5800.11 | – |
| Occupational Education Programs | 5300.18 | 28-544 |
| Organizations, Inmate | 5381.04 | 28-551 |
| Personal Computers | 1232.04 | – |
| Personal Property, Inmates | 5580.05 | 28-553 |
| Post Secondary Education, Inmates | 5354.02 | 28-544 |
| Prison Made Products, UNICOR | 8400.01 | – |
| Progress Reports | 5803.06 | 28-524 |
| Protected Custody Unit Manual | 5210.02 | – |
| Psychiatric Treatment... | 6010.01 | 28-549 |
| Recreation Programs, Inmate | 5370.08 | 28-544 |
| Release Prep. Programs, Inmate | 5325.05 | 28-571 |
| Research | 1070.05 | 28-512 |
| Security Designation and Custody Classification | 5100.06 | – |
| Sexual Assault Prevention Prog | 5324.02 | – |
| Unit Management | 5321.06 | – |
| **Visiting** Regulations | 5267.05 | 28-540 |
| Work Performance Pay Program... | 5251.04 | 28-545 |

Addendum "A": Additional Case Law 6

1) SHU, AD, DS, PC

262F2d178          321FSupp127          899FSupp923
365F2d428          333FSupp621          905FSupp99
438F2d183          364FSupp270
442F2d178          371FSupp938          European Court of
453F2d661          372FSupp1104         Human Rights
460F2d126          376FSupp1228
668F2d361          493FSupp125          Article 3
703F2d907          510FSupp1359         App. No.7572176
230FSupp502 (2)    893FSupp259                8954177
302FSupp1036       895FSupp31
                                        American Criminal
                                             Standards


m) "Punishment..."
   [Landman vs Royster, 333FSupp621,645 (71)]

370F2d135          344FS420 (5)         370FS81 (4)
483F2d1062         346FS574 (3)         370FS493 (4)
491F2d420 (5)      350FS165 (4)         386FS38 (6)
492F2d331 (3)      350FS303             434FS1039 (4)
546F2d433 (2)      350FS487 (4)         452FS286 (3)
567F2d657 (6)      354FS1292            452FS295 (3)
641F2d499 (7)      354FS1302            503FS1362 (5)
736F2d968 (4)      363FS163 (4)         622FS820 (1)
336FS980 (DC)      367FS80 (4)          869FS538 (6)
342FS627 (9)       367FS81              343FS132 (9)


n) Tort Law and Exemptions
   28 USC...
   §1346(b)                §2680(c)
545US752                542US752
159LE2d766              159LE2d766
162LE2d532              163LE2d844
163LE2d844              163LE2d1088
163LE2d1087            124SC2777
124SC2777              126SC956
125SC2619              126SC1257
126SC957               441F3d221 (4)
126SC1256              420F3d1186 (10)
393F3d158 (DC)         432FS2d249 (1)
396F3d1267 (DC)        392FS2d1024 (7)
402F3d1252 (DC)        434FS2d1127 (10)
444F2d662              430FS2d1259 (11)
446F2d265              163FedAppx104 (3)
124FedAppx24           148FedAppx682 (10)

## Addendum "A": Additional Case Law 7

### o) Waived Immunity
Procunier vs Naverette, 434US555]

| | | |
|---|---|---|
| 436US707 | 604F2d496 (7) | 481FS250 (DC) |
| 443US138 | 607F2d1061 (1) | 483FS923 (6) |
| 451US532 | 617F2d1009 (3) | 491FS1022 (3) |
| 459US94 | 644F2d1145 (5) | 492FS1150 (DC) |
| 468US924 | 645F2d564 (6) | 497FS1375 (3) |
| 503US16 | 668F2d364 (8) | 502FS740 |
| 516US305 | 671F2d895 (5) | 510FS772 (10) |
| 526US617 | 703F2d362 (9) | 534FS1015 |
| 536F2d277 | 736F2d909 (3) | 589FS1298 (7) |
| 581F2d202 | 836F2d665 (1) | 624FS604 (DC) |

### p) Law Enforcement Officers not exempt from Liability
[Bivens vs Six Unknown Narcotics Officers, 403US388]

| | | |
|---|---|---|
| 407US325 | 516F2d611 (DC) | 180FedAppx819 (10) |
| 412US218 | 579F2d156 (2) | 188FedAppx961 (11) |
| 428US449 | 581F2d392 (4) | 192FedAppx319 (11) |
| 520US914 | 737F2d13 (DC) | 411FS2d266 (2) |
| 540US743 | 468F3d263 (5) | 411FS2d400 (2) |
| 542US737 | 470F3d496 (2) | 421FS2d367 (1) |
| 542US742 | 470F3d1003 (10) | 430FS2d77 (2) |
| 546US348 | 710F3d294 (7) | 436FS2d439 (2) |
| 547US250 | 347FS286 (3) | 480FS2d561 (2) |
| 159LE2d760 | 180FedAppx511 (5) | 481FS2d561 (2) |

### q/r) Deprivation Of Rights and Civil Rights
[Amendment XIV, United States Constitution]

| | | |
|---|---|---|
| 543US510 | 471F3d1226 (11) | 207FedAppx902 (10) |
| 160LE2d961 | 472F3d215(4) | 209FedAppx89 (3) |
| 164LE2d609 | 477F3d1083 (9) | 211FedAppx115 (3) |
| 125SCt149 | 481F3d968 (7) | 388FS2d461 (3) |
| 126SC1868 | 485F3d1005 (8) | 409FS2d1070 (7) |
| 219FRD41 | 169FedAppx680 (3) | 410FS2d1129 (11) |
| 331F3d797 | 171FedAppx513 (7) | 419FS2d713 (3) |
| 435F3d1135 (9) | 185FedAppx740 (10) | 423FS2d920 (7) |
| 458F3d788 (8) | 189FedAppx548 (7) | 424FS2d369 |
| 461F3d359 | 196FedAppx258 (5) | 439FS2d807 (6) |

Addendum "A": Additional Case Law 8

s) Lawyer - "Fair and Adequate"
   [US vs Alverez, 580US2151

| | | |
|---|---|---|
| 586F2d438 (5) | 655F2d155 | 890F2d946 |
| 592F2d1310 (5) | 660F2d541 | 152FS865 |
| 595F2d251 | 661F2d394 | 467FS919 (3) |
| 603F2d1195 | 670F2d543 | 494FS967 (5) |
| 613F2d102 | 694F2d1012 | 518FS1143 (5) |
| 619F2d1122 | 704F2d1499 | 553FS1255 (3) |
| 624F2d259 | 706F2d510 | 645FS500 (3) |
| 630FS362 | 794F2d1194 | 744F3d1411 |
| 650F2d598 | 825F2d843 | 381FS2d122 (2) |

t) Ineffective Counsel
   [Finche vs Vaughn, 67F3d909 (11th 95)]

| | | |
|---|---|---|
| 997F2d406 (5) | 37FedAppx233 | 990FS1204 |
| 81F3d406 (11) | 37FedAppx271 | 14FS2d1139 (8) |
| 83F3d363 (9) | 42FedAppx987 | 39FS2d1541 |
| 97F3d324 (9) | 50FedAppx861 | 39FS2d1172 (6) |
| 107F3d1089(6) | 119FedAppx56 | 49FS2d1189 |
| 111F3d339 (5) | 837FS1500 | 52FS2d1122 (2) |
| 215F3d389 (5) | 837FS1506 | 70FS2d1129 (9) |
| 226F3d406 (7) | 930FS1377 | 132F2d183 (2) |
| 279F3d506 (7) | 941FS852 | 382FS2d907 (6) |
| 325F3d1008 (8) | 963FS874 | 408FS2d442 (6) |

u) Equal Protection under the Laws
   [Amendment XIV, United States Constitution]

| | | |
|---|---|---|
| 437US231 | 539US579 | 123SC2484 |
| 383US107 | 541US324 | 124SC1792 |
| 394US802 | 541US327 | 124SC195 |
| 408US92 | 541US522 | 125SC2509 |
| 411US16 | 541US535 | 125SC2659 |
| 411US34 | 545US351 | 466FedEd800 (9) |
| 411US61 | 545US491 | 678F2d584 |
| 411US99 | 156LE2d526 | 452F2d200 |
| 473US432 | 158LE2d844 | 352FS2d588 |
| 538US196 | 162LE2d341 | 467FS2d832 (6) |

Polyvious G Poliviou on the "Equal Protection
of the Laws (4) 1981

Addendum "A": Additional Case Law 9

v) ex post facto (clause)
     [Cali. Dept. of Cor. vs Morales, 514US99 (95)]

| | | |
|---|---|---|
| 429F3d64 (3) | 118FedAppx225 (4) | 208FedAppx130 (3) |
| 438F3d58 (1) | 185FedAppx59 (5) | 209FedAppx152 (3) |
| 450F3d790 | 188FedAppx225 (4) | 214FedAppx756 (10) |
| 450F3d238 (6) | 189FedAppx756 (10) | 401FS2d780 (5) |
| 453F3d444 (7) | 192FedAppx541 (7) | 408FS2d293 (5) |
| 459F3d795 (7) | 199FedAppx898 | 419FS2d658 (3) |
| 461F3d1320 (11) | 202FedAppx918 | 419FS2d1219 (9) |
| 465F3d285 (6) | 206FedAppx965 | 423FS2d1207 (10) |
| 465F3d790 (11) | 207FedAppx878 (9) | 456FS2d751 (4) |
| 473F3d1017 | 64MJ65 | 471FS2d1316 (11) |

w) Ex Post Facto
     [Miller vs Florida, 482US423 (87)]

| | | |
|---|---|---|
| 3US386 | 114SC1524 | 73F3d1155 |
| 3US390 | 302F2d1184 (9) | 135F3d117 (1) |
| 450US240 | 845F2d1277 (5) | 312F3d211 (6) |
| 488US393 | 857F2d1254 (9) | 311FS760 (7) |
| 497US37 | 865F2d117 (7) | 784FS329 (4) |
| 497US41 | 866F2d343 (10) | 866FS219 (3) |
| 497US960 | 938F2d768 (7) | 942FS248 (4) |
| 514US499 | 991F2d1451 (8) | 295FS2d16 (DC) |
| 519US443 | 998F2d726 (9) | 319ADC288 (DC) |
| 529US531 | 90F3d510 (DC) | 366f3d855 (9) |

x) To subvert the will of Congress
     [US vs Hankton, 463F3d626, 629]
     Miscarraige of Justice
     [Boyer vs US, 55f.3d296, 298 (7th 95)]

| | | |
|---|---|---|
| 512US339 | 5F3d1369 | 121F3d1038 |
| 516US904 | 22F3d1035 (10) | 143F3d1054 |
| 516US962 | 23F3d1421 | 828FS630 |
| 133LE2d190 | 32F3d259 | 861FS723 |
| 133LE2d419 | 80F3d1212 (7) | 861FS735 |
| 116SC268 | 104F3d901 (7) | 881FS1198 |
| 116SC491 | 106F3d808 (8) | 883FS1221 |
| 79F2d1273 | 134F3d688 (7) | 909FS1172 |
| 931F2d1201 | 252F3d1002 (8) | 929FS1142 |
| 989F2d502 | 512NE2846 | 930FS1288 |

West Law Key: -Criminal Law-
                    997.3
                    997.4

(12)

*Encyclopedia Americana — 1956* (handwritten note in left margin)

**JIGGER.** See Chigoe.

**JIGSAW PUZZLE,** a reproduction of a painting, drawing, or photograph mounted on cardboard or wood and cut into irregular, interlocking pieces. To solve the puzzle, one must assemble the pieces to form the picture.

**JIBUTI.** See Djibouti; Djibouti, Republic of.

**JIDDA,** Jidda, a city in the Hejaz region of Saudi Arabia, on the Red Sea...

**JIM CROW** was a Negro character in a song-and-dance routine popular in the 1830's.

**JIM CROW LAWS,** legal enactments adopted by Southern states after Reconstruction to enforce segregation of whites and blacks in schools, public transportation, theaters, hotels, and restaurants.

**JIMENEZ,** hē-mā'nāth, Juan Ramón (1881–1958), Spanish poet, who was awarded the Nobel Prize for literature in 1956.

**JIMENEZ DE CISNEROS,** hē-mā'nāth dā thēs-nā'rōs, Francisco (1436/1517), Spanish cardinal and statesman.

---

## BLACK

28

## BLACK — 29

**BLACK, James** (1823–1893), American prohibitionist, who was the first candidate for president of the United States on the National Prohibition party ticket (1872).

**BLACK, Jeremiah** (1810–1883), American jurist and politician, who was of the center of some of the nation's major constitutional quarrels during the Civil War era.

**BLACK ANGUS CATTLE.** See Cattle.

**BLACK BEAR.** See Bear.

**BLACK BEAUTY,** a children's novel by the English writer Anna Sewell, published in 1877.

**BLACK BERER** (1818?–1880), American Indian, who for most famous Indian guide in the Southwest.

**BLACK BODY,** an object that absorbs all the radiation falling on it, reflecting or transmitting none.

**BLACK BOX.** a device or system whose performance is known...

**BLACK ANGUS CATTLE.** See Cattle.

**BLACK CULTURE AND HISTORY.** "Black culture" and "black history" are terms that refer to the Afro-American experience.

**BLACK DEATH,** a devastating plague that swept Europe in the 14th century.

**BLACK BOY,** an autobiographical work by the American author Richard Wright, published in 1945.

**BLACK CODES** were laws passed in 1865–1866 by former Confederate states defining the rights and duties of the newly freed Negro slaves.

# Addendum "C"  2 of 2

Encyclopedia America 1980

523

**SEGO LILY**, a . . .

**SEGOL**, . . .

**SEGOVIA**, sa-gō´vē-a, Andrés (1893– ) . . .



Andrés Segovia, Spanish classical guitarist

**SEGRE**, sã´grē, Emilio Gino (1905– ) . . .

**SEGREGATION** is the physical separation or isolation of one race or class of persons . . .

---

524

**SEGURA RIVER**, sā-gōō´rä . . .

**SEHESTED**, sā´he-sth, Hannibal (1609–1666) . . .

**SEI SHONAGON**, sā´ē shō´nä-gōn . . .

**SEGUIER**, sā-gyā´, Pierre (1588–1672) . . .

**SEICHE**, sāsh . . .

**SEIGNIORIALISM**, sān´yōr-ē-al-izm . . .

525

**SEIGNORIALISM** . . .

## Addendum "D"

**Amend 6, n 811**

cited in Barrow v Prichard (1999) 235 Mich App 478, 597 NW2d 853.

Mere subjective lack of confidence in attorney by defendant is insufficient to render assistance provided by ineffective to render assistance provided by ineffective. Johnson v United States v Beaver (1975, CA5 Ga) 524 F2d 963, cert den (1976) 425 US 905, 47 L Ed 2d 756, 96 S Ct 1498.

Standard for determining ineffectiveness is that incompetence of retained attorney be so apparent that reasonably attentive official of state should have been aware of it. Maurer v Estelle (1977, CA5 Tex) 558 F2d 306, United States v Gaertz (1977, CA3 Tex) 563 F2d 1477, cert den (1978) 439 US 1077, 51 L Ed 2d 114, 99 S Ct 1285.

To show ineffective assistance of counsel under Sixth Amendment, defendant must establish that his counsel's error was so flagrant that court can be imbued from neglect or ignorance rather than from reasoned professional judgment. Bellamy v Cogdell (1992, CA2 NY) 974 F2d 101, 56 L Ed 2d 394, 98 S Ct 1885.

When defendant retains his own counsel, as effectiveness of counsel appointed for him, test of effectiveness of counsel for purposes of Sixth Amendment right to counsel implies much more than mere presence of professional competence, undivided loyalty and fidelity of containment being guiding principle in this important area of Sixth Amendment right. United States v Alvarez (1975, CA3 Pa) 580 F2d 1251.

Sixth Amendment right to counsel implies much more than mere presence of professional competence, undivided loyalty and fidelity of containment being guiding principle in this important area. A counsel who could have remedied conduct failed in his duty to accord justice to accused. Clark v United States (1975, CA5 Tex) 606 F2d 550.

Appropriate focus for determining whether right to effective assistance of counsel has been violated is on defendant and his performance rather than on defendant's perception of defense counsel. Government of Virgin Islands v Scotland (1980, CA3 VI) 614 F2d 360, later appeal Pichardo (1990, CA3 Virgin) App) 741 3d 3d 1181.

Defendant's representation by retained counsel is ineffective where retained counsel performs so ineffectively, or retained counsel is so incompetent, or retained counsel so obviously negligent, that defendant has been deprived of fair trial, and could have taken timely corrective action with criminal proceeding should have been aware of it. United States v Guerra (1980, CA5 Tex) 628

726

**CONSTITUTION**

F2d 410, cert den (1981) 450 US 934, 67 L Ed 2d 1398, 101 S Ct 1398.

Effectiveness of constitutionally effective assistance of counsel by hindsight but counsel must decisions judged ineffective by hindsight but counsel resonableness. Johnson v United States v Beaver effective assistance required provides the standard that involves inquiry into actual performance of counsel and whether reasonably effective assistance was rendered whether reasonably effective assistance was rendered based on totality of circumstances in entire record, however, effective assistance cannot be determined by reference to particular action or inaction of counsel, and meaningful discussions with clients as to inability of case must also be considered.

Charge in ineffective assistance of counsel standard on whether counsel's advice was within range of competence demanded of attorneys in criminal cases. Lamb v Estelle (1982, CA5 Tex) 671 F2d 1380.

Counsel cannot be excommunicated from claim of ineffective assistance by assertion that client asked for no more than to accomplish to assure the client assistance is not rendered ineffective if, while in conflict, current state of law in relation to any given case, and is not constitutional standards. Perros v Perrin (1984, CA1 NH) 742 F2d 669

In determining whether Sixth Amendment inquiry focuses on whether public defender withdrew from case, adequate and did substantially prejudice his client. Kennedy v Maggio (1984, CA5 La) 725 F2d 269

**RIGHTS OF ACCUSED**

**Amend 6, n 813**

brief on appeal from conviction, although stating that counsel had reviewed transcript and found no error, did not refer to any claim of error alleged in defendant's pro se brief. Freels v Hills (1988, CA6 TN) 843 F2d 958, cert den (1988) 488 US 997, 102 L Ed 2d 591, 109 S Ct 567.

Assuming that retained defense counsel's conflict of interest, this did not establish ineffective assistance where there was no plausible defense to drug charge. United States v Horton (1988, CA7 Wis) 845 F2d 1414.

Reasonably competent assistance of counsel is established whenever hindsight of trial counsel was perceived and probable different outcome.

**812. Appointed counsel.**

Constitution does not guarantee that counsel appointed for, or retained by, defendant shall measure up to the notions of ability or competency, but is enough if trial counsel appears qualified ordinarily below that which might be expected from an ordinarily faithful attorney, and whether such ineffectiveness rendered trial a farce. Whether indigent is represented by individual or by institution, he is entitled to legal services of same level of competency as that generally afforded at bar by privately retained counsel. Moore v United States (1970).

**813. Good faith, mockery, sham, etc.**

Ineffective assistance of counsel argument is sustainable where public defender withdrew from case and did substantially prejudice his client.

728

**RADIOLOGY ASSOCIATES**

# UNT FEDERAL MEDICAL CENTER FORT WORTH
## 3150 HORTON ROAD
### FORT WORTH, TX 76119
Phone: (817) 413-3480      Fax:  (817) 413-3417
#### WWW.RATC.COM

Patient Name:  JACKMAN, ROGER
DOB: 06/28/1966
Physician: HUBER, LARRY, DO

MRN:          RA2247774
Date of Exam: 06/26/2007
Accession:    2070533

Exam: MRI KNEE

Reason: 10507-081
CHRONIC LEFT KNEE PAIN

*** Final Report ***

## MRI OF THE LEFT KNEE, EXTENDED STUDY: (92 IMAGES)

HISTORY:

Left knee pain.

FINDINGS:

Sagittal and coronal T2 and fat saturated T2 sequences were obtained, as well as axial fat saturated T2 sequences. 92 images obtained.

Moderately large joint effusion is evident. There is a presumed approximately 1.5-2.0 cm ganglion cyst which appears to originate from the posterolateral popliteous tendon synovial sheath as a ganglion that extends distally over the posterior and medial margins of the tibiofibular joint and contains numerous small loose bodies. These are less than 5 mm in diameter with innumerable loose bodies evident. Loose bodies are thought more likely than calcification or osteochondromata. There are no definite corresponding meniscal abnormalities. The medial and lateral menisci appear intact.

The cruciate ligaments appear intact.

The collateral ligament areas demonstrate a defect in the lateral patellar retinaculum indicating a significant chronic tear and retraction of the lateral retinacular component of the lateral collateral ligament complex. There is at least 1.5-2.0 cm of separation of the margins of the lateral retinaculum with considerable joint fluid in the defect. There is a mild lateral patellar tilt. A severe chondromalacia affects the lateral component of the patellofemoral joint. Correlate with any past history of surgery since a lateral release surgical procedure would also be a consideration, although thought less likely than trauma. There are also minor osseous degenerative changes seen in the patellofemoral joint components laterally including the

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information.  Thank you.

Patient Name: JACKMAN, ROGER
DOB: 06/28/1966
Physician: HUBER, LARRY, DO

MRN:             RA2247774
Date of Exam: 06/26/2007
Accession:       2070533

Exam: MRI KNEE

femoral component and the median eminence of the patella.

There maybe very mild chondromalacia in the medial and lateral compartments, but no osseous signal changes of degenerative disease can be identified. There is a 1 cm high signal lesion seen in the subchondral cortical area of the anterior margin of the lateral femoral condyle which may relate to old trauma. The overlying articular cortex appears intact. It has the appearance of a benign lesion, again possibly sequela of old trauma. Arthritic change from patellofemoral joint disease would be most likely, possibly again relating to old trauma.

**IMPRESSION:**

WHAT APPEARS TO BE AN APPROXIMATE 1.5-2.0 GANGLION CYST EXTENDING FROM THE POPLITEOUS TENDON SHEATH POSTEROLATERALLY. THIS CYST CONTAINS SIGNIFICANT INNUMERABLE LOOSE BODIES.

THERE IS A LARGE DEFECT IN THE LATERAL RETICULATUM AS DISCUSSED ABOVE WITH MARKED DEGENERATIVE PATELLOFEMORAL JOINT CHANGES, PARTICULARLY INVOLVING THE LATERAL COMPONENTS OF THIS JOINT.

MODERATE JOINT EFFUSION EVIDENT.

Report was Electronically Approved and Signed b GLOYNA, ROBERT, MD          06/26/2007
Transcribed By:                          DH _____          07/12/2007

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.



Addendum "F"?  If not free on injunction here is a place close by...