UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Roger Jackman,
Plaintiff,

vs

USA et al.,
Defendants.

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Case No: 1:07-CV-00691
JUDGE RICHARD W ROBERTS

FINAL ARGUMENT PENDING
INITIAL VERDICT And
MOTION TO REQUEST COUNSEL

## FINAL ARGUMENT PENDING INITIAL VERDICT

FOR CLARIFICATION AND ILLUCIDATION, not for the purpose of confounding or beleaguering the defense, the following final argument is for the (hopefull) dissipation of confundment which may remain... be it philosophy;(which argument usually is until accepted into /as case law, then it becomes "fact"); the treatment of inmates due to policy (or lack of) proceedure, both written and implied by the "Code of Federal Regulation" and BoP "Policy Statements", Knowing such issues exist but doing nothing to correct or amend them, this treatment through neglect/deliberate indifference by employees of the USA, Congress, DOJ/BOP, through who the term "responsonate superior" applies due to the aquiecence and allowance when by rule of the job of a supervisor, they are to supervise their underlings and should know of their actions

they of a "correctional" facility who's charge it is to; but who do nothing to correct erronius thinking behavior of its inmates. The allowance

(1)

of "punishment" of inmates by other inmates who are to hold no power over/above other inmates (Battle vs Anderson) but who's mistreatment of others go unpunished. All of which ~~are~~ is unnecessary or wanton.

Inmates have a "right" to be free of cruel & unusual punishment, sex crimes, harassment, abuses of other prisoners; to be fed, housed and clothed in "reasonable safety" and safeguarded from environments of ~~degeneration~~ ~~or~~ physical or mental ~~destruction~~ degeneration, as well as personal and social

Such effects are evident on me ~~too~~ as I write ~~this~~ while inmates speak of "knocking dust off her pussy" or having to "poop" while another uses mustache scizzors to ~~cut~~ cut out articles from magazines, and all the yelling begging and pleading of the Plaintiff only elicits racous laughter and more juvinile behavior and discussion as "keep the pen away from" games and statements as "a sphincter (ass sphincter says what?"

Such degeneration which has become evident in my speech and writing abilitys as I review old documents sent to the court. Even now the simple technology of writing this document is trumphed by "might makes right philosophy of "future rap stars" fighting to use a "legal typewriters" to write lyrics on stollen daisy wheels or broken missing letter wheels and preused type ribbons scavenged from the garbage, and by "time" issues.

In light of scatalogical discussion going on around me...

Inmates and citizens have the "right" to be free of "cruel and unusual" Punishment, sex crimes & harassment, Such treatments who's abuses do not reflect the standards of a civil and mature society.

Such treatments which have or <u>should</u> have been addressed by policy makers and management as issues needing attention those being issues which fall under the catagories listed ~~on~~ under:

    Article 1 section 9   Expost facto
    Amendments 1, 5(4), 8, 9, (13), &14; and
    Statutes 28 USC §1331, 42 USC § 1983, and 5 USC § 701 etc.

1) Denied religious services
2) Loss of life, liberty, and property
3) due process:
   a) mentally
   b) medically
   c) legally
4) Suffer Cruel & Unusual Punishments
   a) wanton
   b) excessive/out of proportion
   c) torture
   d) medical
   e) physical, mental & sexual
   f) harassment
   g) theft &/or extortion
   h) sexual indenturtude/enslavement
   i) injury/disfigurement/disability/death
5) Enumeration and disparagement of rights
6) abridgement
7) discrimination
8) equality:
   a) Protection
   b) rights
9) discrimination
10) Lack of; ignoring of; or allowance of illegal/discriminatory policy & procedure
11) loss of fundamental liberties
12) unethical & immoral acts
13) negligence and deliberate indifference
14) Harm & risk to future harm
15) reasonable safety issues
16) being told to lie
17) Illegal transfers/transfers which increase harm and treatment
18) harassment and sexual harassment
19) increased recidivism
20) Risking life and health of men, women & children
21) Physical, psychological and social deterioration
22) illegal and excessive punishment

23) SHU (Special Housing Units)
   a) treatment/mistreatment
   b) held without due process
   c) deterioration
   d) ...are for punishment
24) Humiliation/degredation
25) exposure of personal information
26) disruption of "normal" daily activities without consideration to need
27) denial of commissary
28) lack of materials
29) Quality & quantity of food
30) Serious need
31) lethal encounters
32) loss of rights by "policy"
   a) work
   b) education
   c) social services
   d) counseling
33) threats by inmates and staff
34) Denied PC
35) PC/AD/DS are punishments
36) excessive use of cuffs and chains
37) abusive cellies and inmates
38) illegal/discriminatory policy & procedure.
39) no tell policy

(3)

all of the foregoing generalized as taking place at all facilities and additionally;

### Weber County Correctional Facility

1) only "Pulling"/removal dental care - no repair
2) no glasses
3) no orthopedic
4) no audiologist
5) no psychological assistance
   a) (2 suicidal instances)
6) PC issues
   a) denial
   b) abuses
   c) punishments
      I) fecal material
      II) physical abuse
      III) sexual/rape abuse
      IV verbal abuse
      V Lock down for 7 straight days.

### Iron County Correctional Facility

1) suicide incident / no psych assistance
2) Denied PC
3) no glasses
4) audio
   orthopedic care

### US Marshalls

1) no glasses (denial while others recieved)

### FCI Florence

1) Exposure by CO/staff to inmates
2) denied legal records

(4)

3) No place to store legal documents
4) lost/stolen articles not even attempted to recover and tort denied
5) Raped and abused (sold) and no psychological assistance
6) abuse by CO's & staff
7) denied medical care & passes
8) denied clothing and property allowed by policy
   a) given torn clothing for visits including crotch and buttock region
9) Denied Recreation

### FCI Allenwood

1) denied legal records until too late by SIS
2) no place to store legal records
3) lost/stolen articles not recovered or replaced. tort denied
4) no medical assistance for non healing lesions
5) denied legal property
6) mail and requests ignored and thrown away
7) Denied Recreation
8) Denied medical passes
9) denial of policy clothing

### USP Lewisberg

1) Denied PC
2) Exposed by COs & inmates
3) no Recreation
4) denied medical passes & medicines
5) no law library

### FCI Schuylkill

1) in cell with double murder who raped & abused me
   a) was told of my crimes
2) Exposed by CO's & inmates

(5)

3) denied medical passes
4) no emergency saftey call
5) unsupervised PC

## FCI RayBrook

1) Denied access to:
   a) law library
   b) books
   c) legal property + papers
   d) central file
   e) PSI
   f) Paper and pencils
2) lost legal + personal mail
3) Denial to access of in and outgoing legal mail lists
4) Denied shoes for recreation
5) Papers for dueprocess falsified
6) Put in unsafe rooms + exposed by CO's
   a) CO told inmate of plaintiffs sexuality
   b) 2 non PC cell mates
   c) excessive cuff and chain use
7) Denied policy clothing
8) denied property
9) Complete and total Denial of access to the courts
10) no emergency saftey call
11) Unsupervised PC
12) torn clothing
13) Denied Recreation
14) extended times of pain and suffering
15) denied eye exams
16) Denied teeth / disfigurement / nutrition
    torn + bleeding gums

(6)

FCI Jessup

1) Sensory Deprevation
2) No radio + batteries
3) loss of stolen items tort denied:
    a) radio
    b) ajax
    c) headset
    d) cards
    e) toothbrush
    f) only given 3 work days to get reciepts (no phone call)
4) denied medical & dental
    a) torn + bleeding gums
    b) disfigurement
    c) nutrition


FCI Ft Worth

1) glasses
    a) delay of recieving prescription
    b) delay of recieving "lost" glasses
    c) glasses not ordered in house
2) Dental - denial - delay of dentures
    bleeding torn gums
3) audio delay of recieving needed aids
4) orthopedic -
    a) delay
    b) denial
    c) appropriate housing denied
5) no psychological assistance
    a) cancelled
    b) denied self help materials

(7)

## Medical Issues (most facilities)

1) Xray & MRI ignored
2) orthopedic/general doctor exam denied
3) swollen legs and feet
4) boils ignored
5) delay and denial of treatment

## Dental Issues

1) no care
2) not fixed - pulled
3) Plate promised then denied
4) issues:
   a) torn & bleeding gums
   b) malnutrition
   c) disfigurement

## Orthopedic

1) denied exams
2) insoles
3) testing
4) surgery

## Audio

1) exam denied
2) aids withheld
3) "Whisper test" validation

## Optical Care

1) Denied/delayed exam
2) long times per exam
3) Glasses withhold
4) Glasses not ordered
5) Delay of receiving prescription
6) Denied "reading glasses"
7) no photophobic glasses

## Psychological Care

1) No SO therapy
2) No Independant therapy
3) No rape therapy
4) no exam
5) denied tools for self-help

## SHU Law Libraries & Law Libraries

1) incomplete - doesn't meet "basic" standard
2) out of date
3) below minimal hours
   1 hour a week    8 hrs/3 weeks min
4) no upkeep
5) missing pages
6) no 6 month checks
7) no legal forms
8) Denied right to apply to court for habeas corpus
9) foreclosed access to the court
10) foreclosed meaningfull access
11) denied pencil/paper/envelopes

(8)

## SHU Law libraries Cont.

12) denied transcripts of from Court
13) denied PSI + documents by Counsel + Public Defenders Office

The cost of protecting a constitutional right cannot justify its denial. Without access to a law library and unable to do preliminary research, one is unable to access a complete up-to-date law library, cannot rebut states argument and with the inability to rebut wrong information given to a judge who then denies habeas corpus appeal. If no access to a law library (as in Plaintiffs case) legal assistance must be provided but wasn't and no response was allowed to be given thus all "and any" fairness which could have been provided due to the extreme forces working against the plaintiff.

Such loss of ~~access~~ rights and access would have best served the Plaintiff to have just sat on his hands, clammed up, stared at nude magazines and read up pornographic stories (which works against "rehabilitation") Possibly, the Plaintiff could have remained at FCI Allenwood instead of suffering the subsequent abuse and loss which followed in a 1 year period at:

| | |
|---|---|
| USP Lewisburg | FCI Tallahassee |
| FCI Schuylkill | FCI Jesup |
| FCI Ray Brook | FTC Oklahoma |
| USP Atlanta | FCI Fort Worth |

As in prisoners case, this policy "cannot encompass any failure to take cognizance of valid constitutional claims. (Procunier vs Martinez 416 US 405) Valid claims they were and a failure to recognize them it was.

[scribbled out text]

(9)

the treatment of Sex Offenders specifically with the "Adam Walsh Act" as well as others violates

1) ex post facto clause
2) GPS
3) national (even state) yearly (monthly) registration
4) Cruel & Unusual punishment
5) Prejudices
6) discrimination
7) entrapment & targeting
8) forced therapy acknowledged by purveyors as "ineffective"
9) Denied families and functions
10) Denial of modern jobs & training making them "Black Collar" workers
11) Treatment of fliers etc
12) Causes suffering of innocents around them
13) loss of good time
14) extra time added to sentence
15) "civil" Commitment

And treatment by individuals such as:

Public Defenders Office

Denial of personal file and evidences

Prosecution

1) threatened self, family and victims with "media fest" and "ruined lives".
2) Sending incomplete information to the judge
3) delays 10 months +
4) Refused debriefing

(10)

## Judges

1) Early Judgement
2) denied mental help/evaluation
3) Stated "you are a sick man"
   Prejudice - mental issues ignored
4) illegal 15 mo addition to sentence
5) early ruling on bad information

## PA Powanda

1) Refused to even check that no insoles were available
2) Denied access during emergency swelling for 1 week
3) refused to give insoles/shoes
4) cancelled bottom bunk pass
5) Denied Xray & medical care
6) Denied audio/optical care
7) refused to incise legions

Finally, to complete all other issues, the topics used in my denied 2255 which are <u>valid reasons</u>...

### Grounds 1  illegal search and seizure — Red Layton

I) No knock and announce
II) Officers entered premisis (officers from out of jurisdiction) before announcing and identifying
III) Followed guest uninvited into premisis
IV) Began ~~anatomy~~ searching before awakening and serving warrant
V) Exceeded scope by taking items not on warrant
VI) Exceeded scope by searching properties not on warrant

(11)

VII) Plaintiff was in a state of Diminished capacity due to prescriptions and sleep deprivation

VIII) Items not cataloged & removed from premises without proper reciept

IX) Plaintiff not allowed to view catalog or removed items as he was <u>not</u> a threat.

X) Recieved improper ~~reciept~~ incomplete reciept

XI) left guests property undisturbed when guest was cause of the warrant. and guest destroyed evidence later

XII) absence of good faith

## Grounds 2: Illegal Arrest

I.) Ig requested but never saw copy of warrant by Layton or P Jail

II) Rod Layton illegally entered p residence (no warrant) to pull outside.

## Grounds 3: Ineffective assistance of Counsel - Julie George

I) No release of discovery or evidence to Plaintiff.

II) Refused mental exam

III) Wrote statements to court admitting them as if from client

IV) Gave conflicting ~~evidence to~~ information to client & clients family

V) Did not explain terms or options, events, rights or opportunities

VI) No motions filed for movant

VII) Refused to investigate mitigating evidence offered by client

VIII) too busy to visit client (only 5-6 times in 15 months)

IX) missinformed Plaintiff on issues

X) Confered with Judge & Prosecution without consulting Plaintiff on plea & sentencing.

XI) Deliberately mistated sentencing guidelines

XII) Did not inform ~~~~ Plaintiff of removal of items on plea

XIII) Did not object to sentencing error ~~on grounds of dismissal~~

XIV) Minimal effort on case

(12)

XV) Bad Plea advisement
XVI) Bias ad Prejudice of counsel
XVII) Prohibited client to participate in cooperation
XVIII) Deliberately misinformed and mislead Plaintiff to gain desired plea ("I had to get you to this point for you to accept plea...") made plea illegal
XIX) Not objecting to inadmissable evidence
XX) Failed suppression request & advisement
XXI) IRRECONSILABLE conflict with defense
XXII) Failure to object to application of guidelines
XXIII) Failure to apply available departure
XXIV) Failure to admit evidence for client
XXV) Blocked instant direct appeal

Ground Four: incorrect indictment

I) Multiple counts of pornography ave to be counted as one.
II) Mental state of Plaintiff at time of search, arrest, court appearance & sentencing
III) Counsel was "misinformed" and not present at time of indictment

Ground Five: Recusal of Judge

I) Judge cannot participate in negotiations once plea is entered
II) Judge Bias - appearance of prejudice
III) Conflict in competency issue

Ground Six: Limitation of Action

I) Movant not informed of appropriately questioned on events
II) Not allowed to actively participate
III) Provided evidence to Counsel & investigator not used
IV) Told to forget & destroy additional evidence of innocence

(13)

## Ground Seven: Competency

I) Refused requests for testing
II) Plaintiff action warranted competency check
   a) suicidal behavior
   b) instability
   c) crying
   d) paranoia
III) "Reality" statement made at indictment
IV) mental ~~stress~~ distress

## Ground Eight: Sentencing fka Conflicts

I) PSI incomplete and only negative information admitted for PSI review
II) ~~Stay~~ Release terms overbroad
III) Indictment numbers incorrect and extra ones added
IV) modification of judge at time of sentencing
V) Departures ~~stated~~ to Plaintiff not used
VI) Previous offense not applicable
VII) Level counted wrong
VIII) ~~Departures not used~~ misinformation on counsel guidelines
IX) Mitigated Role not introduced

## Ground 9: Illegal Plea

I) (mis)Information to client made plea illegal
II) Bad advice from attorney on plea
III) Misinformed on effect of the plea

## Ground 10: Illegal evidence & witness

I) Witness threatened Plaintiff with death upon exposure
II) Officer Layton lied to witnesses to get "favorable testimony" - tainted info
III) Witness of "diminished capacity"

(14)

IV) Evidence in favor of Plaintiff not admitted/introduced
V) Evidence provided to officers not credited to Plaintiff
VI) Illegal evidence gathered by deception
VII) Questioning of witnesses gained by deception
VIII) "Diminished" witness committed identity theft of movant
IX) Improper questioning of witnesses ("false memories")
X) Deception of officer indicates pattern
XI) Failure of suppression issue
XII) Mitigating evidence not investigated

## Ground Eleven: Denial of Right to appeal

I) timely request was refused and claimed was late.

Any and all above reasons stated, from page 3 to this spot. Even if One of them were proven in whichever light, to show such an item or its opposite was indeed a violation of the Plaintiff's Constitutional rights in any way, would prove the validity of this suit.

Any minor set, peice or pieces in their totality show the extent and magnitude (as I am sure I forgot something) of the loss of rights access and abilities of the Plaintiff to the courts and or treatment, these being unjust and unfair, and a violation of his rights to due process and right to care and treatment of all and any citizen of the United States.

I, Roger Jackman, the Plaintiff, do testify and swear that to the best of my ability, any and all above claims are true and correct, under penalty of perjury.

04-08-08        Roger Jackman
                Reg 10507-081
                Pro se

(16)