United States District Court
for the District of Columbia

RECEIVED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Roger Jackman,
Plaintiff,

Vs.,

USA et al.,
Defendant.

Civil Case No 1:07-CV-00691 RWR
Judge Richard W Roberts

Motion to Request Counsel

## Motion to Request Counsel

I, the Plaintiff, Roger Jackman, being indigent and unable to afford counsel, request of the court, Legal Assistance here out, to assist in legal matters and deposition of 5000+ Federal Sex offenders and unknown quantities of state offenders as evidence for this instant case, and for representation and mediation here forthey

Roger Jack
Pro Se

04-09-08