UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES, et al.<br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 07-0691 (RWR)<br>) (ECF)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO OPPOSE MOTIONS FOR
DIRECTED VERDICT AND TO APPOINT COUNSEL**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to oppose Plaintiff's Motion for Directed Verdict. Defendants request up to and including May 28, 2008, to oppose.

1. Plaintiff, a *pro se* prisoner, brings this action apparently alleging constitutional claims against the United States, the Bureau of Prisons and other Defendants.

2. On April 2, 2008, Plaintiff filed a Motion to Extend to Perfect Complaint. Just today, Plaintiff supplemented said motion and filed a new Motion for Appointment of Counsel.

3. The undersigned is seeking additional time to prepare comprehensive responses to Plaintiff's pleadings, including those filed today.

4. Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

Wherefore Defendants respectfully request that this motion be granted. A minute order is respectively requested.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

April 16, 2008                                        Respectfully submitted,

                                                                 _/s/_____
                                                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                                 United States Attorney

                                                                 /s/_____
                                                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                                 Assistant United States Attorney

                                                                 /s/_____
                                                                 KENNETH ADEBONOJO
                                                                 Assistant United States Attorney
                                                                 Judiciary Center Building
                                                                 555 4th Street, N.W. – Civil Division
                                                                 Washington, D.C.  20530
                                                                 (202) 514-7157
                                                                 (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Extend Time to Oppose Plaintiff's Motions for Directed Verdict and Appointment of Counsel to be served by first class mail upon *pro se* plaintiff at:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189

on this 16th day of April, 2008.    _/s/_____
                                     KENNETH ADEBONOJO
                                     Assistant United States Attorney