UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Roger Jackman,
Plaintiff

vs.,

United States of America,
  Et al.,
  Defendants.

RECEIVED
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No 1:07-CV-00691 (RWR)

REPLY TO DEFENDANTS REQUEST FOR SERVICE

## REPLY TO DEFENDANTS REQUEST FOR SERVICE

In reply to Defendant Julie George's request for myself, the plaintiff, to send her copies of "each and every pleading he files, to Julie George..."; I sympathise with Ms. George's plight. Not knowing the status or action of a case which can very well change one's life; myself having been in such an exact situation; but our roles somewhat reversed; with Ms. George. Also, not knowing or recieving notice of motions filed or actions taken, especially with direct dealings with the court and judge of which one is not privy to.

To not know if requested motions or actions one has requested to have fulfilled which can affect (especially if blocked) the very outcome of a case; can be very nerve wracking indeed! It is very life affecting.

(1)

"The Plaintiff has meant no disrespect, nor has intended to violate Ms. George's rights under the Rules of Civil Proceedure, regardless of his feelings toward or against Ms George. I would not mislead nor lie to ~~others~~ others in such a way, or spring items which are uncounseled or would be unfair to others in the end, no matter what my ethical or moral justification might be. I always try to fulfill my obligations to others - often at great cost to me.

I wish the Court to know, that if indeed, I have violated Ms George's rights in such a way (~~for~~ provided the following issues are considered) I would back down and have Ms George's removed from this suit. For no matter my desire for justice or justification for cause, I would not, nor could not, justify unfair treatment toward others regardless of my motives or goals. This makes me a "mark" for others; I know, and others have and will take advantage of such actions, ideals and beliefs, but in the end of my life, I know I have done the just and proper thing.

And, with no doubt of my right-ness (regardless of ~~that~~ what some people think) in spite of "moral" judgements, I ~~feel~~ I can or must make.

The qualifier here is like the letter to the Court by Ms George, requesting I pay for the 8 some odd hours Ms George (or her assistant) "spent" reviewing my file; it not having been stated if and whether the file reviewed is in Ms George's possession or at the Public Defenders Office, letters from both offices I believe have been entered as evidence in this case; a copy of which file from both offices I requested; Ms George, who then wrote me it was required to send her copy to the Public Defenders Office, which then should show a record of herself or her assistant having read or perused for some 8 odd hours, which to my memory, the Public Defenders Office said it must get a copy of from Ms Georges office.

(2)

• Such a file I <u>never did</u> recieve a copy of; but which I was entitled to, and lacking which, was unable to sufficently plead my ~~2255~~ Habeus Corpus. And thus appeal was <u>denied</u>.

This being said:

1) "...like the letter to the Court, by Ms. George, requesting for the 8 some odd hours...", I being an inmate, filing Pro Se, and "in forma Pauperis" with almost no income ($5.25 maintainance grade pay) am unable to comply with such a request for such specialized service, having sent what I can certified to the Court; and cannot pay for such service to the Court ~~to send to all plan~~ Ms George, and all other Defendants listed on a budget of $5.25, $10.00 or even $50.00

2) Nor can I afford copies of "all" documents I have previously sent to the court; to send to <u>all</u> Defendants.

3) Nor postage to send such copies, certified and/or registered; which without; such claims of no reciept could still be made; and as I have no monies for these services.

4) Of all such documents I <u>have</u> sent to the court, many (most) were; due to the transfers and moving I have done, many (most) were original documents or became the only copies available due to "shipping restrictions", one such original I placed in a container in a bodily orifice to take with, due to such restrictions, and not having access to envelopes and stamps eventually had to be destroyed due to a sudden retransfer.

5) And, in many cases have been denied ~~~~ legal copies and have had no choice to send originals, thus of which I cannot send to Ms George as I have nothing to send her.

6) And many documents of which had to be destroyed due to safety issues. ~~and~~ in cells and facilities.

(3)

.Thus, I don't even know if the Court has even ever recieved some of the documents I sent at all. The initial form of this suit never seems to have made it out of FCI RayBrook at all, if...

7) Because of the (literally) mind numbing, semi-sensory deprivation (~3 months worth) and many transfers made, I am unsure of what, or when I have sent it and I can't get psychological help to clear it up.

8) Additionally, it would seem with exception of Ms George and the state of Utah (once), all documents <u>recieved</u> by the Court <u>seem</u> to have been diseminated to the other Defendants by the same routes Ms George would recieve her's, but seems to have not.

9) All documents recieved by the Court, to my understanding, have been filed electronically and are available to the pubic at any time, free or at low cost, and Ms George can retriae (being a lawyer with access to such networks) without wasting time, money, energy or paper.

10) I, who have not touched a computer since December, 2002, when mine were taken by Rob Layton and carried about the city rolling (literally) about in the back of his department issued Tahoe, not checked into an evidence locker or kept in a safe place, free to have any bit of information loaded on it; and I was put on work suspention; <u>and</u> to my understanding from my sister via Ms George, I will... "never touch a computer again."

I have no access to a computer, the web or a printer, so I would be unable to get, download or send <u>any</u> of whatever documents which the Court may have recieved.

11) Any monies I do have, not taken by the Court for PLRA payments, postage to the Court etc., is spent on food neccessary to suppliment meals, as I cannot eat much of the food served by the BOP as Dry Cereal, apples, carrots, celery, salad, chips, fries, cookies, overcooked encheladas, old burritos, dried out chicken (baked & fried) and hard taco shells. And due to a continued lack of denture plate must do so for

(4)

another 1½ years unless I win this suit and the Court orders the BOP into immediate compliance.

As it is, I must <u>now</u> wait in hopes my medical needs (requested for <u>many</u> years now) be fulfilled and that an incident as was just unfolded 2 days ago where a state-mate diagnosed as having a hernia a year ago was <u>just</u> rushed into surgery and was found to have testicular cancer and 6 months to live. Or like my good friend Kendrick who was ignored by medical, got a bone infection, was pulled out of the hospital early and then spent 2 months recovering after almost dying because the infection wasn't cured.

But it seems inmates -especially sex offenders- don't deserve adequate medical care, optical, audio, psychological or dental care.

## Conclusion

I would hate to think Ms George was resorting to such tacticts as "dodging acceptance of responsibility" by trying to discover and fall back on some form of technicality, which she would not have to worry about "if you did nothing wrong"..., such an action she <u>would</u> not and <u>did</u> not fall back on in her legal dealings with her clients (such as the Plaintiff). Such "acceptance of responsibility," being a "key" factor in <u>any</u> legal case. Therefore, any such actions would then be unethical and immoral.

With all apologies, I cannot under any normal (or abnormal) circumstances meet such demands. Nor could I then; being in prison with no access to <u>any</u> "modern" conveniences such as cellphones, faxes, PDA's, computers, internet, email or MP3 players; and as I must suffer daily from lack of typewriters (1 typewriter per 300 inmates) with broken daisy wheels, 13¢ copies, and only (legally) allowed <u>1</u> 15 minute / $4.00 phone call per month, with no one to call for help if I could...

And, with no access to jobs that pay "modern" wages, (maximum pay $60.00 per month- grade 1) and no external income...

(5)

And, Ms. George, a federal legal defender, who knows my financial situation, yet is trying <u>again</u> to get me to pay out money I don't have for documents I can't get and thus, it is impossible to do as she asks.

It then would be a denial of justice and loss of access to the courts to require me in <u>my</u> situation, with lack of access to technology (thus the hand written replies) and no income for postage and copies (of which this is <u>again</u> an original ~~copy~~ document,) to meet such a high standard. I am even reliant upon the BOP for the paper I write on.

It is <u>impossible</u> for <u>me</u> to meet such a request.

4-20-08      Roger Jackman

I Roger Jackman Do certify on this 20th day of April 2008, that the above information is true and correct as can be and do so under penalty of ~~pergery~~ perjury.

Roger Jackman

(6)