UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER JACKMAN,<br>            Plaintiff<br><br>v.<br><br>UNITED STATES, et al.<br>            Defendants. | )<br>)<br>)<br>) Civil Action No. 07-0691 (RWR)<br>)  (ECF)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO OPPOSE MOTIONS FOR
DIRECTED VERDICT AND TO APPOINT COUNSEL**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to oppose Plaintiff's Motion for Directed Verdict. Defendant response is due on May 28, 2008. Defendants request up to and including June 30, 2008, to oppose.

    1.    Plaintiff, a *pro se* prisoner, brings this action apparently alleging constitutional claims against the United States, the Bureau of Prisons and other Defendants.

    2.    On April 2, 2008, Plaintiff filed a Motion to Extend to Perfect Complaint. Just today, Plaintiff supplemented said motion and filed a new Motion for Appointment of Counsel.

    3.    The undersigned is seeking additional time in order to digest Plaintiff's confusing diatribe and confer with Agency Counsel on issues to which the undersigned cannot be privy. The undersigned also requests the additional time due to the press of business.

    4.    Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

Wherefore Defendants respectfully request that this motion be granted.  A minute order is respectively requested.

May 27, 2008                                    Respectfully submitted,

                                                                          /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Extend Time to Oppose Plaintiff's Motions for Directed Verdict and Appointment of Counsel to be served by first class mail upon *pro se* plaintiff at:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189


on this 27th day of May, 2008.        _/s/_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney