UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROGER JACKMAN,<br>　　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES, et al.<br>　　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 07-0691 (RWR)<br>) (ECF)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ENLARGE TIME TO OPPOSE MOTIONS FOR DIRECTED VERDICT AND TO APPOINT COUNSEL

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully request an enlargement of time to oppose Plaintiff's Motion for Directed Verdict. Defendant response is due on May 28, 2008. Defendants request up to and including June 30, 2008, to oppose.

1.　Plaintiff, a *pro se* prisoner, brings this action apparently alleging constitutional claims against the United States, the Bureau of Prisons and other Defendants.

2.　On March 22, 2008, Plaintiff filed a Motion for Directed Verdict. On April 14, 2008, Plaintiff supplemented his motion and simultaneously filed a Motion to Appoint Counsel.

3.　The undersigned is seeking additional time in order to digest Plaintiff's confusing diatribe in his motions and to confer with Agency Counsel about issues which the undersigned is not yet privy. The undersigned also requests the additional time due to the press of business.

4.　Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

Wherefore Defendants respectfully request that this motion be granted. A minute order is respectively requested.

May 28, 2008                                      Respectfully submitted,

                                                                      _/s/_____
                                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                           United States Attorney

                                                           _/s/_____
                                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                           Assistant United States Attorney

                                                           _/s/_____
                                                           KENNETH ADEBONOJO
                                                           Assistant United States Attorney
                                                           Judiciary Center Building
                                                           555 4th Street, N.W. – Civil Division
                                                           Washington, D.C. 20530
                                                           (202) 514-7157
                                                           (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Extend Time to Oppose Plaintiff's Motions for Directed Verdict and Appointment of Counsel to be served by first class mail upon *pro se* plaintiff at:

Roger Jackman
R10507-081
Federal Transfer Center
Inmate Mail/Parcels
POB 098801
Oklahoma City, OK 73189

on this 28th day of May, 2008.          _/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney